# EXHIBIT C



# President Trump Is the Ultimate Wedding Crasher

He wants to Make Marriage Great Again.



Instagram/@lauramp11

BY PETER WADE   JUN 11, 2017



577

The most recognizable guest at Kristen Piatkowski and Tucker Gladhill's wedding on Saturday night wasn't even invited. President Donald Trump crashed the couple's wedding taking place at Trump National Golf Club in Bedminster, New Jersey.

Photos surfaced on Instagram showing the happy husband and wife smiling with President Trump, who apparently stopped by to greet the couple and shake hands with guests.



Instagram/@lauramp11

ADVERTISEMENT - CONTINUE READING BELOW

Trump has become such a fixture at nuptials at his resorts, the Bedminster club once advertised a Trump appearance as a potential feature of booking a wedding there, according to a now-discontinued brochure obtained by the New York Times:

> If [Trump] is on-site for your big day, he will likely stop in & congratulate the happy couple. He may take some photos with you but we ask you and your guests to be respectful of his time & privacy.

This was Trump's 24th visit to a golf course since he was elected. In addition to making an appearance, it looks like Trump also took the time to sign autographs for fans. One photo showed Trump with a Sharpie, waving a Make America Great Again hat.



Instagram/@lauramp11

[H/T *The Hill*]

## MORE FROM ESQUIRE:



The President-Elect Would Prefer Some 'Soft Sensuality' at His Inauguration



Alec Baldwin Continues to Troll Trump, This Time in Russian

ADVERTISING

MORE FROM

# Esquire



The Worst Heat Wave in Decades is Scorching the American Southwest



This Millionaire Hid Nearly $2 Million Worth of Treasure in the Rockies



THE RITZ-CARLTON
RANCHO MIRAGE
LET US STAY WITH YOU.®
Relax poolside with rates starting from $179 per night
RESERVE NOW



Okay, So You Kick Nancy Pelosi Out. Then What?



We Make Our Own Monsters, Even Out of Ourselves



## Esquire

The "Moderate" Republican Senator Is a Dangerous Myth

Either the Queen Just Threw Shade at Trump, or His State Visit Is Off

Do Not Ignore This Persistent Truth About Republicans

Chris Christie Doesn't Care About His Approval Rating, Which Happens to Be 15%

Uber Co-Founder Travis Kalanick Resigned as CEO on Tuesday

Paul Ryan's New Challenger Produced One Hell of a Political Ad




soft stretch linen drawstring pants

shop now

NEWS & POLITICS   DONALD TRUMP   LAURA PIATKOWSKI   PRESIDENT OBAMA, WEDDING CRASHER

DONALD TRUMP WAS REALLY DESPERATE TO GO TO CHELSEA CLINTON'S WEDDING

SEN. LINDSEY GRAHAM RETALIATED AGAINST DONALD TRUMP WITH THE ULTIMATE VIDEO COMEBACK

STEPHEN COLBERT AND DONALD TRUMP WERE THE ULTIMATE COMEDY DUO LAST NIGHT

TRUMP READING UPDATE: PRESIDENT TRUMP IS AT LEAST 'LOOKING AT A BOOK'

DONALD TRUMP TO TAKE ANOTHER STAB AT THIS WHOLE RUNNING FOR PRESIDENT THING



# Esquire

MORE FROM NEWS & POLITICS

Esquire  f  ▸  g+  ᵽ  t  ⊙  ▶

| | | |
|---|---|---|
| Newsletter | Digital Editions | About Us |
| Media Kit | Press Room | Contact Us |
| Community Guidelines | Advertise Online | About Our Ads |
| Customer Service | Subscribe | Other Hearst Subscriptions |
| Give a Gift | Events & Promotions | BestProducts |
| Giveaways | Being Green | Why Did I Get This Ad? |

A PART OF HEARST DIGITAL MEDIA

Esquire participates in various affiliate marketing programs, which means Esquire gets paid commissions on purchases made through our links to retailer sites.

©2017 Hearst Communications, Inc. All Rights Reserved.

Privacy Policy    Your California Privacy Rights    Terms of Use    Site Map

Esquire    STYLE  NEWS  POLITICS  ENTERTAINMENT  FOOD & DRINK

BY PETER WADE  JUN 11, 2017

577  f  ✉

The most recognizable guest at Kristen Piankowski and Tucker Gladhill's wedding on Saturday night wasn't even invited. President Donald Trump crashed the couple's wedding, taking place at Trump National Golf Club in Bedminster, New Jersey.

Photos surfaced on Instagram showing the happy husband and wife smiling with President Trump, who apparently stopped by to greet the couple and shake hands with guests.



Instagram @maramel1

Trump has become such a fixture at nuptials at his resorts, the Bedminster club once advertised a Trump appearance as a potential feature of booking a wedding there, according to a now-discontinued brochure obtained by the *New York Times*.

If [Trump] is on-site for your big day, he will likely stop in & congratulate the happy couple. He may take some photos with you but we ask you and your guests to be respectful of his time & privacy.

This was Trump's 24th visit to a golf course since he was elected. In addition to making an appearance, it looks like Trump also took the time to sign autographs for fans. One photo showed Trump with a Sharpie, waving a Make America Great Again hat.



MOST POPULAR



If Michael Flynn Is Talking the Game Has Changed



Okay So You Kick Nancy Pelosi Out, Then What?