September 12, 2017

VIA ECF

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *Otto v. Hearst Communications, Inc. (1:17-cv-4712-GHW)*

Dear Judge Woods,

We represent Plaintiff Jonathan Otto in the above case. The parties are requesting a referral to the magistrate judge for settlement purposes.

The Courts consideration is much appreciated.

                                                Respectfully Submitted,

                                                /s/Richard Liebowitz
                                                Liebowitz Law Firm, PLLC
                                                11 Sunrise Plaza, Suite 305
                                                Valley Stream, New York 11580
                                                Tele: 516-233-1660
                                                RL@LiebowitzLawFirm.com

                                                *Attorneys for Jonathan Otto*