# HEARST

**Jennifer D. Bishop**
Counsel

November 27, 2017

**Office of General Counsel**

Eve Burton
**Senior Vice President**
**General Counsel**

Catherine A. Bostron
**Corporate Secretary**

Jonathan R. Donnellan
Mark C. Redman
**Vice President**
**Deputy General Counsel**

Kristina E. Findikyan
Kenan J. Packman
Maureen Walsh Sheehan
Ravi V. Sitwala
Jack Spizz
Debra S. Weaver
**Senior Counsel**

Sultan Barazi
Liddy Barrow*
Jennifer D. Bishop
Lisa Bozman
Marianne W. Chow
Andrea Chui
Adam Colón
Travis P. Davis
Ignacio Diaz*
Carolene S. Eaddy
Carl G. Guida
Haifeng Han*
Audra B. Hart
Diego Ibargüen
Monika Jedrzejowska
Siu Y. Lin
Miyuki Matsumoto
Kate Mayer
Aimee Nisbet*
Shira R. Saiger
Eva M. Saketkoo
Evan Saucier
Jennifer Schanes
Aryn Sobo
Jennifer G. Tancredi
Federica Tigani*
Kitty Yang*
Stephen H. Yuhan
**Counsel**

* Not admitted or
  resident in New York

**VIA ECF**

Hon. Gregory H. Woods
United States Courthouse
500 Pearl Street, Courtroom 12C
New York, New York 10007

Re:   *Otto v. Hearst Communications, Inc.*, No. 1:17-cv-4712-GHW

Dear Judge Woods:

      I represent Defendant Hearst Communications, Inc. in the above-referenced matter. Pursuant to Rule 4(C) of Your Honor's Individual Rules of Practice, I write jointly with counsel for Plaintiff to advise the Court that the parties have agreed and stipulated to the Court's Model Protective Order and request that it be entered in this action. A copy of the parties' stipulated protective order is attached hereto as Exhibit A.

Respectfully submitted,

/s/ Jennifer D. Bishop
Jennifer D. Bishop

*Counsel for Defendant*

Cc:   all counsel of record, by ECF

300 West 57th Street
New York, NY 10019
T 212.649.2030
F 646.280.2030
jbishop@hearst.com