# HEARST

Jennifer D. Bishop
Counsel

**Office of**
**General Counsel**

Eve Burton
**Senior Vice President**
**General Counsel**

Catherine A. Bostron
**Corporate Secretary**

Jonathan R. Donnellan
Mark C. Redman
**Vice President**
**Deputy General Counsel**

Kristina E. Findikyan
Kenan J. Packman
Maureen Walsh Sheehan
Ravi V. Sitwala
Jack Spizz
Debra S. Weaver
**Senior Counsel**

Sultan Barazi
Liddy Barrow*
Jennifer D. Bishop
Lisa Bozman
Marianne W. Chow
Andrea Chui
Adam Colón
Travis P. Davis
Ignacio Diaz*
Carolene S. Eaddy
Carl G. Guida
Haifeng Han*
Audra B. Hart
Diego Ibargüen
Monika Jedrzejowska
Siu Y. Lin
Miyuki Matsumoto
Kate Mayer
Aimee Nisbet*
Shira R. Saiger
Eva M. Saketkoo
Evan Saucier
Jennifer Schanes
Aryn Sobo
Jennifer G. Tancredi
Federica Tigani*
Kitty Yang*
Stephen H. Yuhan
**Counsel**

* Not admitted or
  resident in New York

November 28, 2017

**VIA ECF**

Hon. Gregory H. Woods
United States Courthouse
500 Pearl Street, Courtroom 12C
New York, New York 10007

Re:   *Otto v. Hearst Communications, Inc.*, No. 1:17-cv-4712-GHW

Dear Judge Woods:

     I represent Defendant Hearst Communications, Inc. in the above-referenced matter. Pursuant to the Court's November 27, 2017 Order (ECF No. 19), I write jointly with Plaintiff's counsel to confirm that the executed protective order attached to the parties' November 27, 2017 joint letter (ECF No. 18-1) does not contain any modifications to the Court's Model Protective Order other than the insertion of the parties' names and signatures. As directed, the parties will submit that executed protective order (ECF No. 18-1) to the Orders and Judgements clerk.

                                        Respectfully submitted,

                                        /s/ Jennifer D. Bishop
                                        Jennifer D. Bishop

                                        *Counsel for Defendant*

Cc:   all counsel of record, by ECF

300 West 57th Street
New York, NY 10019
T 212.649.2030
F 646.280.2030
jbishop@hearst.com