January 29, 2018

**VIA ECF**

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312


Re:     *Otto v. Hearst Communications, Inc.* 1:17-cv-04712 (GHW)


Dear Judge Woods:

The parties submit this Joint Letter pursuant to Your Honor's scheduling order, dated August 24, 2017, and in anticipation of the status conference to be held on February 5, 2018 at 4:00 p.m.

**(1) all existing deadlines, due dates, and/or cut-off dates;**

• Motions for summary judgment shall be filed no later than <u>February 19, 2018.</u>

**(2) a brief description of any outstanding motions;**

• Plaintiff Jonathan Otto ("Plaintiff") will move for partial summary judgment on the issue of liability for copyright infringement.

• Defendant Hearst Communications, Inc. ("Defendant") will move for summary judgment on its fair use defense and, in the alternative, for partial summary judgment on the issue of willfulness under 17 U.S.C. § 504(c)(2).

**(3) a brief description of the status of discovery and of any additional discovery that remains to be completed;**

• Factual and expert discovery have been completed.

**(4) the status of settlement discussions;**

• Plaintiff remains amenable to engaging in settlement discussions prior to the briefing of the parties' summary judgment motions.

• Given the progress of the parties' prior settlement discussions and settlement conference before Judge Cott, Defendant does not believe further formal discussions

would be productive at this time. However, Defendant is amenable to continuing to discuss the issue informally with Plaintiff.

**(5) the anticipated length of trial and whether the case is to be tried to a jury;**

- 2-3 days for trial before a jury.

**(6) whether the parties anticipate filing motions for summary judgment**; and

- The parties intend to file cross-motions for summary judgment according to the following briefing schedule subject to the Court's approval:

| Submission | Deadline | Memorandum Page Limit |
|---|---|---|
| Plaintiff's Opening Brief | February 19, 2018 | 25 |
| Defendant's Opening & Opposition | March 19, 2018 | 50 |
| Plaintiff's Opposition & Reply Brief | April 16, 2018 | 35 |
| Defendant's Reply Brief | April 30, 2018 | 10 |

**(7) any other issue that the parties would like to address at the pretrial conference or any other information that the parties believe may assist the Court.**

- Plaintiff has no other issues to raise at this time.

- Defendant has no other issues to raise at this time.

Respectfully Submitted,

LIEBOWITZ LAW FIRM, PLLC

/s/richardliebowitz/
Richard Liebowitz
Yekaterina Tsyvkin
James H. Freeman
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
rl@liebowitzlawfirm.com

*Counsel for Plaintiff Jonathan Otto*

THE HEARST CORPORATION

OFFICE OF GENERAL COUNSEL

/s/ Jennifer D. Bishop_____
Jonathan R. Donnellan
Ravi V. Sitwala
Jennifer D. Bishop
300 West 57th Street, 40th Floor
New York, NY 10019
Tel: (212) 841-7000
Fax: (212) 554-7000
jdonnellan@hearst.com
rsitwala@hearst.com
jbishop@hearst.com

*Counsel for Defendant Hearst Communications, Inc.*