# HEARST

**Office of
General Counsel**

Eve Burton
**Senior Vice President
General Counsel**

Catherine A. Bostron
**Corporate Secretary**

Jonathan R. Donnellan
Mark C. Redman
**Vice President
Deputy General Counsel**

Kristina E. Findikyan
Kenan J. Packman
Maureen Walsh Sheehan
Ravi V. Sitwala
Jack Spizz
Debra S. Weaver
**Senior Counsel**

Sultan Barazi
Liddy Barrow*
Jennifer D. Bishop
Lisa Bozman
Marianne W. Chow
Andrea Chui
Adam Colón
Travis P. Davis
Ignacio Diaz*
Carolene S. Eaddy
Carl G. Guida
Haifeng Han*
Audra B. Hart
Diego Ibargüen
Monika Jedrzejowska
Siu Y. Lin
Miyuki Matsumoto
Kate Mayer
Aimee Nisbet*
Shira R. Saiger
Eva M. Saketkoo
Evan Saucier
Jennifer Schanes
Aryn Sobo
Jennifer G. Tancredi
Federica Tigani*
Kitty Yang*
Stephen H. Yuhan
**Counsel**

\* Not admitted or
 resident in New York

February 8, 2018

Jennifer D. Bishop
Counsel

**BY ECF**

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Otto v. Hearst Communications Inc.*, **No. 1:17-cv-4712-GHW**

Dear Judge Woods:

I write on behalf of Defendant Hearst Communications, Inc. ("Hearst") to respectfully request that the Court refer the above-captioned action to Magistrate Judge James L. Cott for the limited purpose of considering Hearst's forthcoming motion for sanctions against Plaintiff and his counsel.

As discussed with Your Honor at the February 5, 2018 status conference in this matter, at the end of fact discovery, Hearst learned of misconduct by Plaintiff and his counsel that began during the parties' October 23, 2017 settlement conference before Judge Cott and continued through discovery. Hearst intends to raise these facts with the Court through a motion for sanctions, and believes that the motion should be presented to Judge Cott in the first instance due to the confidential nature of the settlement conference. However, because Hearst's forthcoming motion will address discovery conduct in addition to conduct during the settlement conference, it will not fall entirely within the Court's prior order referring this matter to Judge Cott for settlement purposes (ECF No. 14). Hearst therefore requests an additional referral order that will allow it to present its complete sanctions motion to Judge Cott.

As also noted during the February 5, 2018 conference, both parties agree that Hearst's forthcoming sanctions motion will not affect the scheduled briefing of their cross-motions for summary judgment.

Respectfully submitted,

/s/ Jennifer D. Bishop
Jennifer D. Bishop
*Counsel for Defendant*

cc: All counsel of record (via ECF)

300 West 57th Street
New York, NY 10019
T 212.649.2030
F 646.280.2030
jbishop@hearst.com