UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN OTTO,<br><br>                      Plaintiff,<br><br>- against –<br><br>HEARST COMMUNICATIONS, INC.<br><br>                      Defendant. | 1:17-cv-04712 (GHW)<br><br>**NOTICE OF MOTION<br>FOR PARTIAL SUMMARY<br>JUDGMENT IN FAVOR OF<br>PLAINTIFF** |

**PLEASE TAKE NOTICE** that, upon the annexed declarations of Jonathan Otto, dated February 24, 2018; Donna Halperin, dated February 22, 2018, and the exhibits attached thereto; the annexed statement pursuant to Local Rule 56.1 of the United States District Court for the Southern District of New York of material facts as to which there is no genuine issue to be tried; the memorandum of law in support thereof; the parties' Second Stipulation of Facts, dated February 22, 2018; and the pleadings and prior proceedings herein, Plaintiff Jonathan Otto ("Plaintiff") will move the Court, before the Honorable Gregory H. Woods (U.S.D.J.), at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., New York, New York 10007-1312, at a time and date to be determined by the Court, for an order granting partial summary judgment pursuant to Rule 56(a) of the Federal Rules of Civil Procedure in Plaintiff's favor on the issue of liability for copyright infringement (Count I of the Complaint) against Defendant Hearst Communications, Inc. ("Defendant") and for the dismissal as a matter of law of Defendant's remaining affirmative defenses to liability, namely the first (failure to state a claim), second (fair use), third (non-infringement), sixth (consent, waiver); and eighth (release) and for such further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Defendant's opening and opposition papers must be served by March 26, 2018; Plaintiff's opposition and reply brief must be served by April 23, 2018; and Defendant's reply brief must be served by May 7, 2018.

Dated: New York, New York
February 26, 2018

                                                      Respectfully submitted,

                                                     LIEBOWITZ LAW FIRM
                                                     **By: /jameshfreeman/**
                                                     Richard Liebowitz
                                                     James H. Freeman
                                                     11 Sunrise Plaza, Suite 305
                                                     Valley Stream, New York 111580
                                                     (516) 233-1660
                                                     rl@liebowitzlawfirm.com
                                                     jf@liebowitzlawfirm.com

                                                     *Attorneys for Plaintiff Jonathan Otto*

**TO:**

THE HEARST CORPORATION
OFFICE OF GENERAL COUNSEL

Jonathan R. Donnellan
Ravi V. Sitwala
Jennifer D. Bishop
300 West 57th Street, 40th Floor
New York, NY 10019
Tel: (212) 841-7000
Fax: (212) 554-7000
jdonnellan@hearst.com
rsitwala@hearst.com
jbishop@hearst.com