# EXHIBIT A



OTTO_0007