# EXHIBIT B



OTTO_0014



| | |
|---|---|
| Title | No Title |
| Caption | No Caption |
| Copyright | Jonathan Otto |

      

Original                                              JPG

IMG_8105.JPG

Captured June 10, 2017 at 9:31:52 PM

Apple iPhone 7

3.99mm (iPhone 7 back camera 3.99mm ƒ/1.8)

3024 x 3024 (4032 x 3024)

1/6 sec                    ƒ/1.8                    ISO 100

OTTO_0015

Case 1:17-cv-04712-GHW-JLC    Document 38-2    Filed 02/26/18    Page 4 of 5



OTTO_0016



OTTO_0017