# EXHIBIT D



(612) 702-4605

iMessage
Saturday 9:38 PM





OTTO_0009

