# EXHIBIT E

  

(612) 702-4605

Yesterday 2:33 PM

Hey, TMZ & others using my photo above without credit/compensation. You send to anyone? I want my cut

Nope!

They reached out to kat



   

OTTO_0011