# EXHIBIT F

# Tweet

**TMZ** @TMZ · 7h
President Trump: Wedding Crasher (PHOTOS) dlvr.it/PLSn0F

↩ 28   ⇄ 25   ♥ 90

**Jonathan Otto**
@OttoJon

Replying to @TMZ

This is my original photo @TMZ - where is credit/compensation? Someone at event with me obviously shared without permission - please DM me.



Tweet your reply

Home    Explore    Notifications    Messages    OTTO_0012



6/11/17, 2:58 PM

📊 VIEW TWEET ACTIVITY

 **Jonathan Otto** @OttoJon · 2h
Replying to @OttoJon and @TMZ
Cc. @HarveyLevinTMZ would like someone to contact me asap

Tweet your reply