# EXHIBIT G

7/7/2017    President Trump Is the Ultimate Wedding Crasher



# President Trump Is the Ultimate Wedding Crasher

He wants to Make Marriage Great Again.



Instagram/@lauramp11

BY PETER WADE    JUN 11, 2017

577    f    ▢    ▢    ▢    ✉

The most recognizable guest at Kristen Piatkowski and Tucker Gladhill's wedding on Saturday night wasn't even invited. President Donald Trump crashed the couple's wedding taking place at Trump National Golf Club in Bedminster, New Jersey.

HCI-OTTO-00001

7/7/2017    President Trump Is the Ultimate Wedding Crasher



Instagram/@lauramp11

*ADVERTISEMENT - CONTINUE READING BELOW*

Trump has become such a fixture at nuptials at his resorts, the Bedminster club once advertised a Trump appearance as a potential feature of booking a wedding there, according to a now-discontinued brochure obtained by the *New York Times*:

> **If [Trump] is on-site for your big day, he will likely stop in & congratulate the happy couple. He may take some photos with you but we ask you and your guests to be respectful of his time & privacy.**

This was Trump's 24th visit to a golf course since he was elected. In addition to making an appearance, it looks like Trump also took the time to sign autographs for fans. One photo showed Trump with a Sharpie, waving a Make America Great Again hat.

HCI-OTTO-00002

7/7/2017 — President Trump Is the Ultimate Wedding Crasher

# Esquire



Instagram/@lauramp11

[H/T *The Hill*]

## MORE FROM ESQUIRE:



**The President-Elect Would Prefer Some 'Soft Sensuality' at His Inauguration**



### Alec Baldwin Continues to Troll Trump, This Time in Russian

ADVERTISING



MORE FROM
# NEWS & POLITICS

 



**Dozens of Topless Protesters Demonstrated Against Bullfighting in Spain**

**The President's IKEA Cabinet Is Falling Apart Right on Schedule**





**The Bathroom Police Forgot to Run the Government**



**The Most Interesting Story of the Day Has Nothing to Do with Trump**



**Trump's Press Conference with the Polish President Was a Total Circus**



**Hobby Lobby Was Buying Biblical Artifacts Plundered from Iraq**









**Do Not Insult the King**

**We're Now Living in the Great American Shadow**



**Someone Finally Shut Martin Shkreli Up**



**This Newly Discovered Photograph Might Prove That Amelia Earhart Survived Her Flight**



NEWS & POLITICS    DONALD TRUMP    LAURA PIATKOWSKI    PRESIDENT OBAMA, WEDDING CRASHER

DONALD TRUMP WAS REALLY DESPERATE TO GO TO CHELSEA CLINTON'S WEDDING

SEN. LINDSEY GRAHAM RETALIATED AGAINST DONALD TRUMP WITH THE ULTIMATE VIDEO COMEBACK

STEPHEN COLBERT AND DONALD TRUMP WERE THE ULTIMATE COMEDY DUO LAST NIGHT

TRUMP READING UPDATE: PRESIDENT TRUMP IS AT LEAST 'LOOKING AT A BOOK'

DONALD TRUMP TO TAKE ANOTHER STAB AT THIS WHOLE RUNNING FOR PRESIDENT THING



**MORE FROM NEWS & POLITICS**



HCI-OTTO-00007

HCI-OTTO-00008