# EXHIBIT H



HCI-OTTO-00010