# EXHIBIT I



HCI-OTTO-00012



HCI-OTTO-00013



HCI-OTTO-00014



HCI-OTTO-00015



HCI-OTTO-00016



HCI-OTTO-00017



HCI-OTTO-00018