# EXHIBIT J



HCI-OTTO-00027



HCI-OTTO-00028

## Image Info

Uploaded by  Peter Wade

🖼 1122x561  🕒 11/06/2017



http://esq.h-cdn.co/assets/17/23/1497191369-screen-shot-2017-06-11-at-102542-am-copy.jpg

Create Crops

## Shape: gallery



ID: 217075-1
Size: 160x80

ID: 217075-2
Size: 320x160

ID: 217075-3
Size: 480x240

ID: 217075-4
Size: 640x320

ID: 217075-5
Size: 768x384

ID: 217075-6
Size: 980x490

ID: 217075-7
Size: 1024x512





## Used In

| UID | Title | Section | Sub-section | Type | Publish date | Editor |
|-----|-------|---------|-------------|------|--------------|--------|
| **Article** | | | | | | |
| article.55573 | President Trump Is the Ultimate Wedding Crasher | News & Politics | | News | Jun 11 2017 10:41 AM | Peter Wade |

HCI-OTTO-00032