# EXHIBIT K

Sunday, June 11th

**Peter Wade** 9:56 AM
sup

**Michael Sebastian** 9:57 AM
Good morning sir! Momentous day

**Peter Wade** 9:57 AM
It is 😞

**Michael Sebastian** 9:58 AM
I'm still in denial
Anyway! What's cookin out there?

**Peter Wade** 9:58 AM
this is bonkers http://www.kansascity.com/news/local/crime/article155279329.html



★ kansascity
**After finding his doppelganger, Kansas City man is freed from prison**
Richard Anthony Jones was freed Thursday, June 8, after a Johnson County judge ruled that based on new evidence, no reasonable juror would have convicted him. (2 MB) ▼

http://thehill.com/blogs/blog-briefing-room/337295-trump-crashes-wedding-at-new-jersey-golf-club

 **Peter Wade** 10:00 AM
uploaded this image: trumpdonald_wedding_061117.jpg



 **Peter Wade** 10:00 AM
The New Jersey golf club even touted him as a selling point in past brochures, according to The New York Times. "If he is on-site for your big day, he will likely stop in & congratulate the happy couple. He may take some photos with you but we ask you and your guests to be respectful of his time & privacy,"

 **Michael Sebastian** 10:01 AM
Is that a recent picture?

 **Peter Wade** 10:02 AM
yeah, it's from last night according to The Hill. trying to find original source
oh wow. there are a bunch of them: https://www.instagram.com/p/BVMzQMrBUvu/

 Instagram
Instagram post by Laura Piatkowski • Jun 11, 2017 at 12:54pm UTC
57 Likes, 4 Comments - Laura Piatkowski (@lauramp11) on Instagram: "When POTUS shows up at your wedding....safe to say #gladhillbemine was one for the books!..." (1 MB)



 **Michael Sebastian** 10:06 AM
Let's start there

 **Peter Wade** 10:06 AM
 👍

HCI-OTTO-00279


**Michael Sebastian** 10:06 AM
And then do doppelgänger which is insane


**Peter Wade** 10:06 AM
sounds good


**Peter Wade** 10:42 AM
President Trump Is the Ultimate Wedding Crasher http://www.esquire.com/news-politics/news/a55573/president-trump-wedding-crasher/ @here

 Esquire
**President Trump Is the Ultimate Wedding Crasher**
He wants to Make Weddings Great Again. (156 kB)
Jun 11th at 5:41 AM




**Luke O'Neil** 11:46 AM
http://www.oregonlive.com/portland/index.ssf/2017/06/before_addiction_man_who_stole.html


**Peter Wade** 11:47 AM
oh wow


**KP Peralta** 11:53 AM
https://youtu.be/jfLvXhN4uCo

YouTube | grandayy
**RedRoll'D**

