# EXHIBIT L

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-055-309**
Effective Date of Registration:
June 12, 2017

## Title

        Title of Work:   Donald Trump crashes wedding at Trump Nationsl Golf Club, Bedminster, NJ

## Completion/Publication

    Year of Completion:   2017
Date of 1st Publication:   June 10, 2017
Nation of 1st Publication:   United States

## Author

-         Author:   Jonathan Otto
Author Created:   photograph
    Citizen of:   United States

## Copyright Claimant

    Copyright Claimant:   Jonathan Otto
    1450 Washington Street, Hoboken, NJ, 07030, United States

## Certification

        Name:   Richard Liebowitz
        Date:   June 12, 2017

Page 1 of 1

OTTO_0001



OTTO_0002

**Registration #:**  VA0002055309
**Service Request #:**  1-5377479441

Richard Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

OTTO_0003



OTTO_0004