# EXHIBIT M

# OOPS! WE DON'T HAVE THE PAGE YOU ARE LOOKING FOR.

Sorry, we couldn't find the page you wanted. Check out our latest stories.

| | | | | |
|---|---|---|---|---|
| Newsletter | Digital Editions | About Us | Media Kit |
| Press Room | Contact Us | Community Guidelines | Advertise Online |
| About Our Ads | Customer Service | Subscribe | Other Hearst Subscriptions |
| Give a Gift | Events & Promotions | BestProducts | Giveaways |
| Being Green | Why Did I Get This Ad? | | |

**A Part of Hearst Digital Media**

Esquire participates in various affiliate marketing programs, which means we may get paid commissions on editorially chosen products purchased through our links to retailer sites.

©2018 Hearst Communications, Inc. All Rights Reserved.

Privacy Policy   Your California Privacy Rights   Terms of Use   Site Map