UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN OTTO,<br><br>                              Plaintiff,<br><br>   - against –<br><br>HEARST COMMUNICATIONS, INC.<br><br><br>                              Defendants. | 1:16-cv-05277 (GHW)<br><br>ECF Case<br><br>**DECLARATION OF DONNA HALPERIN IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**DONNA HALPERIN**, under the penalty of perjury, declares:

1.    I am over the age of 18 years old and competent to submit this declaration in support of Plaintiff Jonathan Otto's motion for partial summary judgment.

2.    I have been a full-time employee of Liebowitz Law Firm, Plaintiff's counsel in this action (the "Firm") since June 2015.

3.    My title at the Firm is Director of Client Relations.

4.    It is the Firm's routine practice to register photographs with the U.S. Copyright Office (the "USCO") on behalf of the Firm's clients.

5.    Part of my job function at the firm is to personally register clients' photographs with the USCO.  I also supervise three other Firm employees whose primary job function is to register clients' photographs with the USCO.

6.    Jonathan Otto became a client of the Firm on Monday, June 12, 2017.  That same day, I personally registered a photograph taken by Jonathan Otto of President Trump dancing with a bride at a Wedding held at the Trump National Golf Club in Bedminster, New Jersey (the "Photograph").  A true and correct copy of the Photograph is attached hereto as Exhibit A.

7.   I personally submitted the Photograph to the USCO as part of an application for copyright registration bearing service request # 1-5377479441 (the "Application"). A true and correct copy of the Application is attached hereto as <u>Exhibit B</u>.

8.   The USCO eventually approved the Application and mailed the Firm a registration certificate bearing registration number VA 2-055-309, with effective date June 12, 2017 (the "309 Registration"). A true and correct copy of the 309 Registration is attached hereto as <u>Exhibit C</u>.

9.   My registration of the Photograph on behalf of Mr. Otto was carried out in accordance with the Firm's routine practice of registering clients' photographs with the USCO.

Dated: Valley Stream, New York
Executed this 22d Day of February, 2018

_____
DONNA HALPERIN