# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-055-309

**Effective Date of Registration:**
June 12, 2017

## Title

| | |
|---|---|
| **Title of Work:** | Donald Trump crashes wedding at Trump Nationsl Golf Club, Bedminster, NJ |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | June 10, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| •   **Author:** | Jonathan Otto |
| **Author Created:** | photograph |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jonathan Otto |
| | 1450 Washington Street, Hoboken, NJ, 07030, United States |

## Certification

| | |
|---|---|
| **Name:** | Richard Liebowitz |
| **Date:** | June 12, 2017 |

Page 1 of 1

OTTO_0001

*0000VA00002055309090202*

OTTO_0002

**Registration #:**    VA0002055309
**Service Request #:**    1-5377479441

Richard Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

OTTO_0003



OTTO_0004