# Exhibit A



CONFIDENTIAL  HCI-OTTO-00278

 **Peter Wade** 10:00 AM
uploaded this image: **trumpdonald_wedding_061117.jpg**



 **Peter Wade** 10:00 AM
The New Jersey golf club even touted him as a selling point in past brochures, according to The New York Times. "If he is on-site for your big day, he will likely stop in & congratulate the happy couple. He may take some photos with you but we ask you and your guests to be respectful of his time & privacy,"

 **Michael Sebastian** 10:01 AM
Is that a recent picture?

 **Peter Wade** 10:02 AM
yeah, it's from last night according to The Hill. trying to find original source

oh wow. there are a bunch of them: https://www.instagram.com/p/BVMzQMrBUvu/

 Instagram

**Instagram post by Laura Piatkowski • Jun 11, 2017 at 12:54pm UTC**
57 Likes, 4 Comments - Laura Piatkowski (@lauramp11) on Instagram: "When POTUS shows up at your wedding....safe to say #gladhillbemine was one for the books!..." (1 MB)



 **Michael Sebastian** 10:06 AM
Let's start there

 **Peter Wade** 10:06 AM
 👍


**Michael Sebastian** 10:06 AM
And then do doppelgänger which is insane


**Peter Wade** 10:06 AM
sounds good


**Peter Wade** 10:42 AM
President Trump Is the Ultimate Wedding Crasher http://www.esquire.com/news-politics/news/a55573/president-trump-wedding-crasher/ @here


Esquire
**President Trump Is the Ultimate Wedding Crasher**
He wants to Make Weddings Great Again. (156 kB)
Jun 11th at 5:41 AM




**Luke O'Neil** 11:46 AM
http://www.oregonlive.com/portland/index.ssf/2017/06/before_addiction_man_who_stole.html


**Peter Wade** 11:47 AM
oh wow


**KP Peralta** 11:53 AM
https://youtu.be/jfLvXhN4uCo

YouTube | grandayy
RedRoll'D




**Peter Wade** 11:55 AM
someone slow jammed the rickroll
His Doppelgänger Committed the Crime, But He Did the Time
http://www.esquire.com/news-politics/news/a55574/doppelganger-crime/ @here

>  **Esquire**
> His Doppelgänger Committed the Crime, But He Did the Time
> Truth is stranger than fiction. (128 kB) ▼
> Jun 11th at 6:57 AM
>
> 


**Peter Wade** 1:49 PM
Donald Trump Jr. Unwittingly Corroborated James Comey's Testimony on Fox News
http://www.esquire.com/news-politics/news/a55575/donald-trump-jr-corroborated-comey/ @here

>  **Esquire**
> Donald Trump Jr. Unwittingly Corroborated James Comey's Testimony on Fox News
> Way to make Daddy proud. (180 kB) ▼
> Jun 11th at 8:48 AM
>
> 


**Peter Wade** 3:47 PM
Here Are the Best Signs from Equality March and Resist March
http://www.esquire.com/news-politics/news/a55576/equality-march/ @here

 Esquire
**Americans Marched for Equality on Sunday**
Americans marched en masse on Sunday. (202 kB) ▾
Jun 11th at 10:46 AM




**Peter Wade** 4:27 PM
President Jimmy Carter Will Not Sit Down Until He Shakes Every Hand on This Plane
http://www.esquire.com/news-politics/news/a55577/jimmy-carter-plane-handshake/
@here

 Esquire
**President Jimmy Carter Will Not Sit Down Until He Shakes Every Hand on This Plane**
"It's hard to put into words what a nice reprieve from the current political theater this moment was." (134 kB) ▾
Jun 11th at 11:26 AM




**Michael Sebastian** 4:39 PM
That was @wade final post as Esquire weekend editor

👏👏👏👏👏👏👏👏👏
We're certainly going to miss having you on the team


**Peter Wade** 4:41 PM
☹ It's been an amazing experience and I've loved every minute of it! I'll miss working with everyone here immensely. But please stay in touch, and I'm sure we'll run into each other on Twitter



CONFIDENTIAL  HCI-OTTO-00283