# Exhibit C

# Edit Article 55573

Last saved by on Sun Jun 11 2017 10:44:33 AM

Clone    Keyboard Shortcuts

**Status: LIVE**    Preview

**Timezone**
GMT -4

**Status**
LIVE

**Article Display Date** Jun 11 2017 10:41 AM ⊕

**Published on** Jun 11 2017 10:41 AM ⊕

**Revisions** 6

**Expiration Date** ⊕

Update    Un-Publish

Create test

## Header

**Hed**

President Trump Is the Ultimate Wedding Crasher    (47 / 55)

**Dek**

B  *I*  U̲  $  %  Ω    </>

He wants to Make Marriage Great Again.    (188 / 200)

**Short Title**

President Trump Is the Ultimate Wedding Crasher    (47 / 50)

**Slug**

president-trump-wedding-crasher

**Social / Index Title**

President Trump Is the Ultimate Wedding Crasher    (47 / 55)

**Editor(s)**

CONFIDENTIAL        HCI-OTTO-00012



CONFIDENTIAL



HCI-OTTO-00014

CONFIDENTIAL



**Sponsorship**

Sponsorship Type

Program Type
- ( ) None  (●) Proactive  ( ) Reactive

**SEO/Metadata**

Meta Title

President Trump Is the Ultimate Wedding Crasher

Meta Description

```
<p>He wants to Make Weddings Great Again.
<span class="redactor-invisible-space"></span>
<span class="redactor-invisible-space"></span>
```

Meta Keywords

donald trump, laura piatkowski

HCI-OTTO-00016

CONFIDENTIAL

**Meta Keywords**

donald trump,laura piatkowski

**Google News Keywords**

Enter a group of keywords or phrases, separated with commas.

**Custom Canonical**

Enter URL Here

**SEO Related Links**

Enter Title Here

Enter URL Here

Add another link (up to 6) ⊕

**Hide From Search Engines**  NO

**Hide From Internal Search**  NO

**Nofollow**  NO

CONFIDENTIAL    HCI-OTTO-00017



HCI-OTTO-00018

CONFIDENTIAL