# Exhibit D



CONFIDENTIAL    HCI-OTTO-00027



CONFIDENTIAL
HCI-OTTO-00028



HCI-OTTO-00029

CONFIDENTIAL





HCI-OTTO-00031

CONFIDENTIAL

## Used In

| UID | Title | Section | Sub-section | Type | Publish date | Editor |
|---|---|---|---|---|---|---|
| **Article** | | | | | | |
| article.55573 | President Trump Is the Ultimate Wedding Crasher | News & Politics | | News | Jun 11 2017 10:41 AM | Peter Wade |

CONFIDENTIAL

HCI-OTTO-00032