IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN OTTO,<br><br>       Plaintiff,<br><br>v.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>       Defendant. | C.A. No. 1:17-cv-04712-GHW |

**NOTICE OF DEFENDANT'S MOTION TO STRIKE THE
FEB. 22, 2018 DECLARATION OF DONNA HALPERIN AND CERTAIN
PARAGRAPHS OF THE FEB. 24, 2018 DECLARATION OF JONATHAN OTTO**

PLEASE TAKE NOTICE that pursuant to Rules 56 and 37 of the Federal Rules of Civil Procedure, and upon the March 26, 2018 Declaration of Jennifer D. Bishop and exhibits annexed thereto, and the accompanying Memorandum of Law, Defendant Hearst Communications, Inc. ("Hearst"), by its undersigned counsel, will move this Court before the Honorable Gregory H. Woods, United States District Judge of the United States District Court for the Southern District of New York, at the United States Courthouse, Courtroom 12C, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, for an order (i) striking the February 22, 2018 Declaration of Donna Halperin (ECF No. 39) in its entirety, (ii) striking Paragraphs 16-22 of the February 24, 2018 of Jonathan Otto (ECF No. 38), and (iii) granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE THAT Plaintiff's opposition papers must be served by April 9, 2018, and Defendant's reply brief must be served by April 16, 2018.

| | |
|---|---|
| New York, New York<br>March 26, 2018 | /s/ Jennifer D. Bishop<br>Jonathan R. Donnellan<br>Ravi V. Sitwala<br>Jennifer D. Bishop<br>The Hearst Corporation<br>Office of General Counsel<br>300 West 57th Street, 40th Floor<br>New York, NY 10019<br>Tel: (212) 841-7000<br>Fax: (212) 554-7000<br>jdonnellan@hearst.com<br>rsitwala@hearst.com<br>jbishop@hearst.com<br><br>*Counsel for Defendant Hearst Communications, Inc.* |

To:

Richard Liebowitz
James H. Freeman
Liebowitz Law Firm, PLLC
*Counsel for Plaintiff*
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
rl@liebowitzlawfirm.com
jf@liebowitzlawfirm.com

*Counsel for Plaintiff*

2

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on March 26, 2018.

                                               /s/ Jennifer D. Bishop
                                               Jennifer D. Bishop