# Exhibit A

1

2           IN THE UNITED STATES DISTRICT COURT

3             SOUTHERN DISTRICT OF NEW YORK

4               Case No. 1:17-cv-04712-GHW

5    -----------------------------------------------x

6    JONATHAN OTTO,

7                          Plaintiff,

8         v.

9    HEARST COMMUNICATIONS, INC.,

10                         Defendant.

11   -----------------------------------------------x

12

13       VIDEOTAPED DEPOSITION OF JONATHAN OTTO

14         New York, New York

15         Monday, December 11, 2017

16

17

18

19   Reported by:

     Amy A. Rivera, CSR, RPR, CLR

20

21

22

23   JOB NO. 134834

24

25

Page 2

2     December 11, 2017
3        10:27 a.m.
4
5     Videotaped deposition of JONATHAN
6  OTTO held at the office of BALLARD SPAHR LLP, 919
7  Third Avenue, New York, New York, pursuant to
8  Notice, before Amy A. Rivera, Certified Shorthand
9  Reporter, Registered Professional Reporter,
10 Certified LiveNote Reporter, and a Notary Public of
11 the States of New York, New Jersey, and Delaware.

Page 3

2  A P P E A R A N C E S :
3  LIEBOWITZ LAW FIRM
4  Attorneys for Plaintiff
5       11 Sunrise Plaza
6       Valley Stream, New York  11580
7  BY:  JAMES FREEMAN, ESQ.
8
9  HEARST CORPORATION
10 OFFICE OF GENERAL COUNSEL
11 Attorneys for Defendant
12      300 West 57th Street
13      New York, New York  10019
14 BY:  JENNIFER BISHOP, ESQ.
15      RAVI SITWALA, ESQ.
16
17 A L S O   P R E S E N T :
18      ROBERT RINKEWICH, Legal Video Specialist

Page 4

1         JONATHAN OTTO
2       VIDEOGRAPHER:  This is the start of
3  media labeled number 1 of the video-recorded
4  deposition of Jonathan Otto in the matter of
5  Jonathan Otto versus Hearst Communications,
6  Inc., in the United States District Court
7  for the Southern District of New York.
8       This deposition is being held at 919
9  Third Avenue, New York, New York, on
10 December 11, 2017, at approximately
11 10:27 a.m.  My name is Robert Rinkewich.  I
12 am the legal video specialist at TSG
13 Reporting, Inc., located at 747 Third
14 Avenue, New York, New York.
15      The court reporter is Amy Rivera in
16 association with TSG Reporting.
17      Counsel, please introduce yourself for
18 the record.
19      MS. BISHIOP:  Hi, this is Jennifer
20 Bishop, in-house counsel for the Hearst
21 Corporation, for the defendant Hearst
22 Communications, Inc., and I'm here with my
23 colleague Ravi Sitwala, also from the Hearst
24 Corporation for the defendant Hearst
25 Communications, Inc.

Page 5

1         JONATHAN OTTO
2       MR. FREEMAN:  Hi, James Freeman.  I'm
3  here with the Liebowitz law firm on behalf
4  of Jonathan Otto, the plaintiff.
5       VIDEOGRAPHER:  Will the court reporter
6  please swear in the witness.
7  J O N A T H A N   O T T O, having been duly sworn,
8  testified as follows:
9  EXAMINATION
10   BY MS. BISHOP:
11      Q.   Good morning, Mr. Otto.
12      A.   Good morning.
13      Q.   Just for the record, could you also
14 give and spell your address?
15      A.   Sure thing.  It's 1450; 1450
16 Washington Street, W-A-S-H-I-N-G-T-O-N, apartment
17 1107, Hoboken, H-O-B-O-K-E-N, New Jersey, 07030.
18      Q.   And have you ever gone by any other
19 former names?
20      A.   No.
21      Q.   Have you been deposed before?
22      A.   No.
23      Q.   Have you been a party to a litigation
24 before?
25      A.   Not to my knowledge.

Page 6

JONATHAN OTTO

1
2    Q.   Are you the -- a party to any other
3    pending litigation besides this one?
4        A.   Yes.
5        Q.   What are those cases?
6        A.   I couldn't name all of them, all of
7    the cases related to this.
8        Q.   You can't name all of them?
9        A.   It's a long list.
10       Q.   Do you know approximately how many
11   cases?
12       A.   Six or seven.
13       Q.   Okay.  Can you name any of the
14   defendants?
15       A.   TMZ, but I forget their parent company
16   name.
17       Q.   Is that Warner Brothers?
18       A.   Yeah, CBS.  I'm struggling here.  I
19   don't know the rest of them.
20       Q.   Are they all copyright infringement
21   litigations?
22       A.   Yes.
23       Q.   Are they all similar in nature to this
24   case?
25       A.   Yes.

Page 7

JONATHAN OTTO

1
2    Q.   Do they all concern the same
3    photograph as this case?
4        A.   Yes.
5        Q.   Do you understand that you're here to
6    give testimony under oath in this litigation and
7    that your testimony must be truthful today?
8        A.   I do.
9        Q.   Is there any reason you can't give
10   truthful testimony?
11       A.   No.
12       Q.   Because you haven't been deposed
13   before, I'm going to go over some ground rules
14   that sort of govern most depositions.
15           I'm going to ask you that you speak
16   slowly and clearly, and I'm going to try to do the
17   same.  I also ask that you give audible answers,
18   as opposed to nodding or gesturing so the court
19   reporter can take down your answer and it's clear
20   for the record.
21           Let's also try not to interrupt each
22   other.  So if I'm asking questions, but it seems
23   like I have not finished my question, I ask that
24   you just wait so that the whole question is on the
25   record before you answer, even though you think

Page 8

JONATHAN OTTO

1
2    you  know where I'm going.
3            If you don't understand a question
4    that I ask, please let me know, and I'll try to
5    ask it in a different way.
6            If you do answer a question, I'm just
7    going to assume that you've understood what I was
8    asking.
9            Do you understand?
10       A.   Yes.
11       Q.   If you'd like to take a break at any
12   time, please let me know.  I just ask that you
13   answer -- if I've already asked a question, that
14   you answer the question that's pending on the
15   record before we take a break.
16           What did you do to prepare for the
17   deposition today?
18       A.   Nothing.
19       Q.   Did you meet with your counsel?
20       A.   No.
21       Q.   Did you review any documents?
22       A.   No.
23       Q.   Okay.  So I'm just going to ask that
24   you go through your education history starting
25   with high school.  So where did you go to high

Page 9

JONATHAN OTTO

1
2    school?
3        A.   Watchung Hills Regional High School.
4        Q.   When did you graduate?
5        A.   2003.
6        Q.   Did you go to college?
7        A.   Yes.
8        Q.   Where did you go?
9        A.   Susquehana University, graduated, I
10   think it was 2013.
11       Q.   What was your major at Susquehana?
12       A.   Business administration.
13       Q.   Did you ever take any photography
14   classes?
15       A.   Yes.
16       Q.   In college or in high school?
17       A.   College.
18       Q.   Was it a college course?
19       A.   Yeah, it was -- well, I mean, I think
20   it was one of the choices out of electives to --
21   to take.
22       Q.   Okay.  What -- or can you walk me
23   through your work history beginning after college?
24       A.   Sure.  I worked at J.P. Morgan Chase.
25   I don't know, I probably had over eight positions

Page 10

JONATHAN OTTO

1
2  there, worked there for about nine years, and then
3  moved to Deutsche Bank two years ago.  I'm
4  vice-president, operations manager.
5      Q.   Okay.  So starting with J.P. Morgan,
6  was there a particular division or part of the
7  firm that you were in?
8      A.   I believe I started at private wealth
9  management.
10     Q.   And what was the last position you
11 held there?
12     A.   Special projects within asset
13 management.
14     Q.   Okay.  And you said at Deutsche Bank,
15 you are a VP of operations?
16     A.   Yes.
17     Q.   What does that entail?
18     A.   Overseeing day-to-day activities
19 relating to processing of transactions.
20     Q.   Can you be a little more specific?
21     A.   You know, ensuring that transactions
22 for our customers are processed timely,
23 accurately, working with sales product to ensure,
24 you know, smooth delivery of service to our
25 customers, especially for new customers.

Page 11

JONATHAN OTTO

1
2      Q.   Okay.  And are you still employed with
3  Deutsche Bank?
4      A.   Yes.
5      Q.   Were you employed at Deutsche Bank in
6  June of 2017?
7      A.   Yes.
8      Q.   And just to be clear, you were
9  employed there at the time you took the photograph
10 that's at issue in this litigation?
11     A.   Yes.
12     Q.   How much do you make annually at
13 Deutsche Bank?
14     A.   $135,000.
15     Q.   Does that include any bonuses?
16     A.   It should.
17     Q.   Okay.
18     A.   If they're paid out.  Last year we
19 didn't get paid bonus.
20     Q.   I'm sorry to hear that.
21          And have you ever been employed as a
22 journalist or a reporter?
23     A.   No.
24     Q.   Do you serve on any boards or --
25     A.   Yes.

Page 12

JONATHAN OTTO

1
2      Q.   -- or nonprofits?
3      A.   Yes.
4      Q.   Can you list them for me, please?
5      A.   I serve on the Hoboken Zoning Board,
6  City of Hoboken Zoning Board.  I'm also on Board
7  of Bike Hoboken.  It's a bicycle pedestrian
8  advocacy group.
9      Q.   What are your responsibilities with
10 respect to each of those?
11     A.   On the zoning board, hear applications
12 for anything that requires a zoning variance
13 within the city of Hoboken, and on Bike Hoboken,
14 I'm the treasurer, but we're just really getting
15 started with it, so...
16     Q.   Have you ever been in the business of
17 licensing photographs?
18     A.   No.
19     Q.   Have you ever been employed as a
20 professional photographer?
21     A.   No.
22     Q.   Okay.  I'm going to mark this as
23 Exhibit 1.
24          (Exhibit 1, the complaint, was marked
25          for identification at this time.)

Page 13

JONATHAN OTTO

1
2      Q.   Do you recognize the document we've
3  marked as Exhibit 1?
4      A.   Yes.
5      Q.   What is it?
6      A.   It's the complaint against Hearst
7  Media.
8      Q.   And did you review this before it was
9  filed?
10     A.   Yes.
11     Q.   If you could turn to Exhibit A to the
12 complaint, which is a few pages in -- I'm sorry.
13 It's not consecutively numbered pages, but it's
14 the photograph at issue.
15          And do you agree that this is the
16 photograph at issue in this litigation?
17     A.   Yes.
18     Q.   If at any time during this deposition
19 I refer to "the photograph," will you understand
20 that I'm referring to this photograph?
21     A.   Yes.
22     Q.   Great.  Did you take this photograph?
23     A.   Yes.
24     Q.   On what device?
25     A.   My iPhone.

Page 14

JONATHAN OTTO

1
2    Q.   Was that -- do you know which iPhone
3    that was?
4        A.   IPhone 7.
5        Q.   Great.
6            When -- approximately when did you
7    take the photograph?
8        A.   Probably just after 8 p.m. in the
9    evening.
10       Q.   On what date?
11       A.   I don't know the date off the top of
12   my head.
13       Q.   Do you know where you took the
14   photograph?
15       A.   Yes.  It was the Beminister Country
16   Club.
17       Q.   And was there a particular event
18   happening there?
19       A.   Yes.  There was a wedding.
20       Q.   And why were you at the wedding?
21       A.   We had grown up with the bride.  She
22   lives across the street from my now wife, so...
23       Q.   And what was the bride's name?  And
24   what was the bride's name?
25       A.   Kristen.

Page 15

JONATHAN OTTO

1
2        Q.   Kristen?
3        A.   Piatkowski.
4        Q.   Okay.  Did you stage this photograph?
5        A.   No.
6        Q.   So if you didn't stage it, can you
7    walk me through how you ended up capturing this
8    photograph?
9        A.   Sure.  You know, everyone was, you
10   know, just going about their normal, you know,
11   activities of the wedding, eating.  Some were
12   dancing.  And a few people that Mr. Trump
13   had -- President Trump had entered the room.
14   Everyone kind of ran over.  I was able to get
15   towards the front of the pack.  And I just started
16   taking photos.
17       Q.   Were you excited to see the President?
18       A.   Yes.
19       Q.   How come?
20       A.   Because it's not every day the
21   President shows up at a wedding.
22       Q.   And why did you take the photograph?
23       A.   Because I thought it was, you know --
24   you know, a really, you know, important memory.
25       Q.   How did you intend to use the

Page 16

JONATHAN OTTO

1
2    photograph?
3        A.   Just for personal use.
4        Q.   Did you intend to post it on any
5    social media?
6        A.   No.
7        Q.   Did you intend to show it to your
8    friends and family?
9        A.   No.
10       Q.   Did you ever post it to your social
11   media account?
12       A.   No.
13       Q.   Did the bride and groom hire
14   photographers at the wedding?
15       A.   Yes.
16       Q.   Did you take other photos of President
17   Trump at the wedding?
18       A.   Yes.
19       Q.   About how many?
20       A.   I guess probably at least two dozen.
21       Q.   Do you still have the same iPhone 7
22   that you used to take this photograph?
23       A.   Yes.
24       Q.   Is it still the phone you use on a
25   regular basis today?

Page 17

JONATHAN OTTO

1
2        A.   Yes.
3        Q.   Do you own any cameras?
4        A.   Yes.
5        Q.   What kinds of cameras?
6        A.   I believe the one is -- it's a --
7    actually, I think it's a Pentax.  It's an old
8    35-millimeter, actually takes film.
9        Q.   Film camera?
10       A.   Yeah, film camera.  And the other one
11   is an Olympus OMD EM5 Mark II.
12       Q.   Is that like an SLR?
13       A.   It's a micro four-thirds camera.
14       Q.   Did you have either of those cameras
15   with you at the wedding?
16       A.   No.
17       Q.   Why not?
18       A.   Too big, too clunky.
19           MS. BISHIOP:  Mark this as Exhibit 2.
20           (Exhibit 2, a photograph, was marked
21       for identification at this time.)
22       Q.   So the court reporter just handed you
23   Exhibit 2.  And I'm just going to represent for
24   the record that it's very hard to read the Bates
25   numbers in the corner of the two pages of this

Page 18

JONATHAN OTTO

1    document, but they read OTTO_0007 and 8. And they
2    were produced to us in this litigation.
3         So Mr. Otto, your counsel produced
4    both of these photographs to us. Do you know why
5    there's two different photographs?
6         A.   All's I know is I was asked to take
7    everything I had on my phone for that day. I
8    could have duplicated photos. I'm not sure. I
9    just dragged everything off my iPhone and saved it
10   to a shared drive.
11        Q.   Is there -- are there differences
12   between the two photographs that are in Exhibit 2?
13        A.   That may be. I had the actual photo
14   that was published, I had actually cropped.
15        Q.   So to be clear, Exhibit 2 has two
16   pages? And there's two different -- it was two
17   different pages of the production that your
18   counsel provided to us?
19        A.   It's probably just a crop. I cropped
20   the image.
21        Q.   Why did you crop the image?
22        A.   To focus on the President and the
23   bride.
24        Q.   Do you regularly crop and edit your

Page 19

JONATHAN OTTO

1    photos?
2         A.   Yes.
3         Q.   Why?
4         A.   Just to make the pictures more
5    appealing.
6         Q.   But you only intended to use this for
7    your own personal use. Is that correct?
8         A.   Correct.
9              MS. HASBANI: Mark this Exhibit 3.
10             (Exhibit 3, a photograph, was marked
11        for identification at this time.)
12        Q.   Mr. Otto, do you recognize Exhibit 3?
13        A.   Yes.
14        Q.   What is it?
15        A.   It's a screenshot of Light Room. It's
16   an app to edit photos.
17        Q.   I'm sorry. What was the name of that
18   app?
19        A.   Light Room.
20        Q.   I think there are four pages to
21   Exhibit 3. Are all of those photos from Light
22   Room?
23        A.   That's correct.
24        Q.   Can you tell me what is shown on the

Page 20

JONATHAN OTTO

1    first page of Exhibit 3?
2         A.   Screenshot appears to just be the
3    photos displayed within the app Light Room.
4         Q.   Is there any particular significance
5    of this graph that's at the top of the screenshot?
6         A.   It just has to do with the colors.
7         Q.   What about page 2, is this a different
8    view within the Light Room app?
9         A.   Page 2 will just show that it was a --
10   an original photo. The naming that was given to
11   the photo by the phone at the time it was
12   captured, what device it was captured on, and then
13   various different aspects of the photo, the
14   shutter speed, the aperture, the size of the
15   photo.
16        Q.   I just want to direct your attention
17   to the copyright line, where it reads, "Copyright:
18   Jonathan Otto," did you fill that out yourself?
19        A.   I believe it gets filled in on -- I
20   think I have it set up to fill in the photos that
21   I import. It doesn't -- a photo doesn't
22   automatically go into this.
23        Q.   I see.
24        A.   So when I import a photo into this

Page 21

JONATHAN OTTO

1    application or actually take the photo with this
2    application, it automatically assigns that.
3         Q.   Was that a setting that you set up on
4    the app when you installed it?
5         A.   Yes.
6         Q.   If you turn to page 3, can you just
7    describe what that page is for me?
8         A.   This page -- sorry. It says "before"
9    on the top?
10        Q.   Yes.
11        A.   There's a feature within the
12   application, if you are push and hold the photo,
13   it will show you the original photo. So you can
14   press and hold to see the original, and then the
15   changes you've made, so you can judge if the edits
16   you've made are to your liking.
17        Q.   I'm just going to ask you the same
18   question with respect to the last page of Exhibit
19   3.
20        A.   It's likely a screenshot after I
21   released the before and after feature.
22        Q.   Did you pay for the Light Room app?
23        A.   I don't believe you pay for the app.
24   I believe they have various subscription prices

JONATHAN OTTO

1
2  about savings, a number of, you know, data that
3  you can actually save within the cloud.
4      Q.   Do you have other photography apps on
5  your iPhone?
6      A.   Yes.
7      Q.   Did you use any of those other apps to
8  edit the photo at issue in this case?
9      A.   Not to my knowledge.
10     Q.   Did you take the photo at issue in
11 this case in the Light Room app or did you take it
12 with the regular camera on the iPhone?
13     A.   This specific photo, I'm not sure.  I
14 believe I probably took it with me -- with the
15 camera app that comes stock within the iPhone.
16     Q.   Why do you believe that?
17     A.   Primarily because this photo was part
18 of a burst of photos.
19     Q.   Do you know approximately how many
20 photos you took of the bride and the President at
21 the wedding?
22     A.   If you count bursts, it's probably
23 well over a hundred, but probably at least over
24 25.
25     Q.   Why did you take so many?

JONATHAN OTTO

1
2      A.   To capture the right moment.
3          MS. BISHOP:  This is going to be 4.
4          (Exhibit 4, a photograph, was marked
5  for identification at this time.)
6      Q.   Mr. Otto, do you recognize Exhibit 4?
7      A.   Yes.
8      Q.   What is it?
9      A.   It's a chain of text messages between
10 myself and another guest at the wedding.
11     Q.   And are they your text messages on the
12 right-hand side of the page?
13     A.   Yes.
14     Q.   When did this text exchange occur?
15     A.   It appears between 7 p.m. and
16 9:38 p.m. of the day in question.
17     Q.   The day of the wedding?
18     A.   Correct.
19     Q.   When was the screenshot created?
20     A.   What was the day of the wedding?
21 Sorry.
22     Q.   I believe it was either June 10th or
23 June 11th.  My question is the screenshot --
24     A.   It was taken about a day or two after
25 the wedding.

JONATHAN OTTO

1
2      Q.   Why did you take a screenshot of your
3  text?
4      A.   Because he was the only -- the text is
5  the only person I had sent the image to.
6      Q.   Do you know whose phone number is at
7  the top?
8      A.   Yes.  His name is Sean Burke.
9      Q.   Do you know that when you sent these
10 text messages to this phone number that that phone
11 number belonged to Sean Burke?
12     A.   Yes, because he had -- he had sent a
13 photo of myself to me earlier in the night.
14     Q.   Who was Sean Burke?
15     A.   It was another guest at the wedding.
16     Q.   Did you know him prior to the wedding?
17     A.   I had met him, I think, once before
18 that, but, yeah, I wasn't friends with him before.
19     Q.   Okay.  And at the bottom of the first
20 page of this exhibit, is that the photo at issue
21 in this case?
22     A.   That's correct.
23     Q.   And so does this show you sending the
24 photograph to Mr. Burke?
25     A.   That's correct.

JONATHAN OTTO

1
2      Q.   Why did you send the photo to
3  Mr. Burke?
4      A.   Mr. Burke is right behind the
5  President's shoulder, left shoulder -- right
6  shoulder.
7      Q.   So this man in the beige suit is
8  Mr. Burke?
9      A.   Yes.
10     Q.   And did he ask you for the photograph?
11     A.   Yes.
12     Q.   Did you and Mr. Burke discuss the
13 photograph that night outside of these few texts?
14     A.   He was -- I believe he was at the seat
15 next to me or his guest was the seat next to me,
16 and they looked at the photos and said it was a
17 great photo, and asked if I could share it with
18 him.
19     Q.   Did you agree to share it with him?
20     A.   I sent it to him.
21     Q.   Did you and Mr. Burke have any
22 discussion about the photograph that night?
23     A.   Not to my knowledge.
24     Q.   Did you know what Mr. Burke planned to
25 do with the photograph?

Page 26

JONATHAN OTTO

1
2    A.  No.
3    Q.  Do you know what he actually did with
4 it?
5    A.  I can only assume what he did with it.
6    Q.  What's that assumption?
7    A.  That he somehow distributed the photo
8 to media outlets.
9    Q.  But you don't know if he actually
10 shared it with anyone else?
11    A.  He -- no, I don't.
12    Q.  Do you know someone named Kat
13 Kellerman?
14    A.  I believe that was who he attended the
15 wedding with.
16    Q.  Did you meet her that night?
17    A.  Yes.
18    Q.  But you did not have any -- did you
19 have any discussions with her about the
20 photograph?
21    A.  No.
22    Q.  Did you communicate with Mr. Burke
23 about the photograph after the night of the
24 wedding?
25    A.  Yes.  I had messaged him to ask him if

Page 27

JONATHAN OTTO

1
2 he shared it.  That was it.
3    Q.  Those were the only communications you
4 had with him?
5    A.  Yeah.
6    Q.  Did you give the photograph to anyone
7 besides Mr. Burke?
8    A.  No.
9    Q.  Have you seen the photograph at issue
10 published in the press?
11    A.  Yes.
12    Q.  Which outlets have you seen it in, if
13 you could just give me your best recollection
14 of --
15    A.  I probably have well over a hundred
16 now.  It's, you know, TMZ, Esquire, CBS.
17    Q.  Did the Washington Post publish the
18 photograph?
19    A.  I'm not sure.
20    Q.  Did The Hill publish the photograph?
21    A.  I'm not sure.
22    Q.  Do you know how any of the media
23 outlets on which you've seen the photograph
24 published obtain the photograph?
25    A.  Definitively, no.

Page 28

JONATHAN OTTO

1
2    Q.  Do you have a suspicion?
3    A.  Yes.
4    Q.  Can you please tell that for me --
5 that was not English.
6        Can you please tell me your suspicion?
7    A.  That either Sean or the guest he
8 attended with, Kat, shared it with -- with
9 media outlets.
10        MS. BISHOP:  Are we on 5?
11        (Exhibit 5, an article from the "Daily
12 Mail," was marked for identification at this
13 time.)
14    Q.  Mr. Otto, have you seen Exhibit 5
15 before?
16    A.  Yes.
17    Q.  What is it?
18    A.  It's an article that was posted from
19 the "Daily Mail."
20    Q.  Does it include the photograph at
21 issue in this case?
22    A.  I believe so -- yes.
23    Q.  Is it on page 5, Bates stamped, HCI
24 OTTO12?
25    A.  Yes.

Page 29

JONATHAN OTTO

1
2    Q.  Who is the photograph credited to?
3    A.  Laura Piatkowski.
4    Q.  Do you know who Laura Piatkowski is?
5    A.  I don't.  Possibly the bride's cousin.
6    Q.  Does she have the same last name as
7 the bride?
8    A.  Yes.
9    Q.  What does this credit line indicate to
10 you?
11    A.  That Laura represented the photo was
12 hers.
13    Q.  Does it suggest that she may have
14 posted it to her own Instagram?
15    A.  Yes.
16    Q.  Do you know whether the photograph was
17 published on her own Instagram?
18    A.  I do not.
19    Q.  Do you have any idea how Laura
20 Piatkowski might have obtained the photograph?
21    A.  She's likely friends with Kat.
22 They've all been friends for a number of years.
23    Q.  Do you have any idea if she gave the
24 Daily Mail permission to use the photograph?
25    A.  I don't.  I would assume she did.

Page 30

JONATHAN OTTO

1
2      Q.   Do you think whether or not she gave
3  that information -- that she gave permission to
4  the Daily Mail is relevant to this lawsuit?
5      MR. FREEMAN:  Objection.
6      That's a legal -- you're asking for a
7  legal conclusion.
8      Q.   You can still answer the question.
9      A.   Sorry.  What was the question again?
10     Q.   Do you believe whether or not
11 Ms. Piatkowski gave the Daily Mail permission to
12 use the photograph is relevant to your claims?
13     A.   No.
14     MS. BISHOP:  This is going to be
15 Exhibit 6.
16     (Exhibit 6, an article, was marked for
17     identification at this time.)
18     Q.   Mr. Otto, have you seen Exhibit 6
19 before?
20     A.   I believe so.  It looks like a
21 different format, but yeah.
22     Q.   And what is Exhibit 6?
23     A.   It's an article from what appears to
24 be the "Philly Voice."
25     Q.   If you turn to the third page of this

Page 31

JONATHAN OTTO

1
2  article, which is Bates stamped 159, what's on --
3  what is on that page?
4      A.   It's a post from "Beauty on Location,"
5  which I believe was the hair and markup artist for
6  Kristen.
7      Q.   And does that post include the
8  photograph at issue in this case?
9      A.   Yes.
10     Q.   And you said this is a post.  Is it
11 fair to say that this -- looks like an embed, an
12 Instagram embed, an embed from Instagram from her
13 post?
14     A.   I'm not sure.  I'd have to see it on
15 the actual website.
16     Q.   Do you know how Beauty on Location
17 obtained the photograph at issue in this case?
18     A.   I don't know definitively.  I can only
19 make an assumption.
20     Q.   And what is that assumption?
21     A.   I believe she probably saw it posted
22 on the media outlets, probably took a screenshot
23 of it, and reposted it.  She posted it much later
24 than when the story initially broke.
25     Q.   How do you know she posted it much

Page 32

JONATHAN OTTO

1
2  later?
3      A.   Because someone had pointed out to me
4  that she posted it as well.
5      Q.   Who pointed it out to you?
6      A.   Possibly my wife.
7      Q.   Did anyone besides your wife point out
8  other uses of the photograph to you?
9      A.   One of my wife's friends saw the
10 initial post and said -- asked if it was the
11 wedding we went to, but no one knew it was my
12 photo, no.
13     Q.   What post are you referring to when
14 you say the "initial post"?
15     A.   I believe it was TMZ or one of the
16 other, you know, big media outlets.
17     Q.   So if we could turn back to Exhibit 3,
18 which is the complaint, if you could turn to --
19     MR. FREEMAN:  You mean Exhibit 1?
20     MS. BISHIOP:  Sorry, Exhibit 1.  I
21 apologize.
22     Q.   If you could turn to the third exhibit
23 to the complaint, which is Exhibit C, what is
24 Exhibit C to your complaint?
25     A.   Sorry.

Page 33

JONATHAN OTTO

1
2      Q.   Exhibit C.
3      MR. FREEMAN:  Yeah.  He's there.
4      A.   On this photo?
5      Q.   Just what is the exhibit?
6      A.   I believe it's just a super zoomed-in
7  version of the photo in question.  I'm not sure
8  what that is.
9      Q.   Well, is Exhibit C to your complaint
10 the esquire.com article that's at issue in this
11 case?  It's several pages long.
12     A.   Oh.  Again, it's in a different format
13 than it was on the web.  But I don't recognize the
14 initial photo here.
15     Q.   If you turn -- if you go ahead and
16 turn to -- a few pages in, page 3 of 8 of Exhibit
17 C to your complaint?
18     A.   Yeah.  This, to my knowledge, this was
19 the headline photo.
20     Q.   The headline photo.  What do you mean
21 by that?
22     A.   The main image when -- I thought it
23 was the main image when you went onto the site.
24     Q.   How do you interpret the photo credit
25 under the photo on this page?

JONATHAN OTTO

1
2       A.   It's seems to imply that it was from
3   Instagram from Laura MP 11, but I don't know.
4   There's a Pinterest in the bottom right-hand
5   corner, but I'm not sure if that's advertising
6   or --
7       Q.   Do you know who owns the Instagram
8   account, Laura MP 11?
9       A.   I do not.
10      Q.   Do you know how Laura MP 11 might have
11  obtained a copy of the photograph?
12      A.   I do not.
13      Q.   When did you discover the photograph
14  on esquire.com?
15      A.   Somewhere the day after the wedding.
16      Q.   How did you come across it?
17      A.   I just started looking -- I primarily
18  ran a Google image search to back search if it
19  found my image in other locations.
20      Q.   What prompted you to run a Google
21  image search?
22      A.   Because my wife had received a text
23  message asking her if some of the media stories
24  were the wedding we attended to -- attended.  And
25  my wife had noticed, I guess -- my wife sent it to

JONATHAN OTTO

1
2   me, I believe, and I noticed right away it was my
3   photo.
4       Q.   And why did that prompt you to look
5   for other instances of your photo being used?
6       A.   Because none of them had permission to
7   use my photo.
8       Q.   But why did you expect other media
9   outlets had used your photograph?
10      A.   At the point I looked at the one
11  article, I saw at least probably a dozen other
12  articles.
13      Q.   And what did you expect would happen
14  after you identified unauthorized uses of your
15  photograph?
16      A.   I wasn't sure.  I had known it was an
17  issue.  I had other outlets use my photos without
18  permission in the past.  They were generally
19  one-offs.  But I inquired with, you know, some
20  attorneys and friends, you know, what I could do
21  about it.
22      Q.   You said you had other photos used
23  without permission by media outlets in the past,
24  what were those photos?
25      A.   I don't know all of them.  The biggest

JONATHAN OTTO

1
2   one, I took a photo from Hurricane Sandy of
3   flooded taxicabs in Hoboken.  That's probably the
4   biggest one.
5       Q.   Did you post that to your social
6   media?
7       A.   I believe so, yes.
8       Q.   Is that how the media outlets obtained
9   your photograph?
10      A.   I'm not sure.
11      Q.   Did you ever file a lawsuit?
12      A.   I don't think so.
13      Q.   Did you, with respect to that
14  Hurricane Sandy photograph, did you ever complain
15  to the media outlets that used it without your
16  authorization?
17      A.   Yes.
18      Q.   Did you ever receive a payment from
19  the media outlets for the use of that photograph?
20      A.   No.
21      Q.   Did you ever ask that they pay you for
22  the use of that photograph?
23      A.   Possibly in communication with them.
24      Q.   So you said a minute ago that after
25  the day after the wedding, when you discovered at

JONATHAN OTTO

1
2   least one use of your photograph in the media,
3   you -- you spoke with friends and attorneys.  Who
4   were the friends and attorneys you spoke with?
5       A.   Oh, I -- I couldn't name them all.  I
6   mean, I know I had reached out to Liebowitz,
7   Richard Liebowitz, the day after.  I'm not sure of
8   the other attorneys that I reached out to by name.
9   There were probably half a dozen.
10      Q.   What about the friends you reached out
11  to?
12      A.   Probably just friends I was with that
13  day.  I think we were having a few friends over
14  that afternoon.
15      Q.   And what did you speak with your
16  friends about, with respect to the photograph?
17      A.   Just confirming that it was indeed my
18  photo that was being used in the media and --
19  yeah.
20      Q.   Did you know Mr. Liebowitz prior to
21  reaching out to him about this photograph?
22      A.   I believe I had contacted him for
23  probably my Hurricane Sandy photo.  I believe that
24  was what it was.  It could have been a
25  different -- for a different photo thing.

Page 38

JONATHAN OTTO

1
2      Q.   About when did the issue with your
3  Hurricane Sandy photo arise?
4      A.   Oh, it's been ongoing, since Hurricane
5  Sandy 'til today.
6      Q.   So it's still being used without your
7  authorization?
8      A.   Yes.  I think there was something
9  recently with the five-year anniversary, but I'm
10  not sure.
11      Q.   And you said you might have contacted
12  Mr. Liebowitz about other photos, but you don't
13  recall what those photos are?
14      A.   There's a lot.  There's a lot of
15  photos and videos of mine that have been
16  published.  Most recently -- most recently, I took
17  the video of a man being saved from drowning in
18  the Hudson River.  That made news outlets and
19  staff started publishing.
20      Q.   And how -- do you know how those news
21  outlets published that photograph?
22      A.   I'm assuming from my Twitter, but they
23  downloaded it and didn't repost it.
24      MS. BISHOP:  I'd like to take a little
25      break.  I don't know if now is a good time,

Page 39

JONATHAN OTTO

1
2  but it is for me.
3      So if we can go off record.
4      VIDEOGRAPHER:  The time is 11:07 a.m.
5  We're off the record.
6      (Recess.)
7      VIDEOGRAPHER:  The time is 11:12 a.m.
8  We're on the record.
9  BY MS. BISHOP:
10      Q.   Mr. Otto, I asked you a few minutes
11  ago who the friends were at your apartment the day
12  that you were discussing the media's uses of your
13  photograph.  Can you just, please, provide their
14  names for me?
15      A.   I'm not sure who it was.  It was
16  months back now.  I'm not sure.  In the
17  summertime, we tend to have a lot of people over
18  on the weekends.
19      Q.   You don't remember even one person?
20      A.   No, not definitively.
21      Q.   When did you retain Richard Liebowitz
22  as your lawyer for any matter?
23      A.   Actually retain him?  In this case?
24      Q.   In any case?
25      A.   I'm not sure I retained him.  It might

Page 40

JONATHAN OTTO

1
2  have been just, you know, information gathering
3  previous instances when I spoke with him.  But in
4  this case, I believe it was maybe two, three days
5  after the wedding.
6      Q.   Do you recall at all when you spoke to
7  him about other instances that are not this
8  photograph?
9      A.   I do not.
10      Q.   Was it in the last year?
11      A.   I'm not sure.
12      Q.   Was it more than three years ago?
13      A.   I'm not sure.
14      Q.   Have you ever licensed the photograph
15  at issue in this case to anyone?
16      A.   Currently, yes.
17      Q.   What do you mean by "currently"?
18      A.   We've -- we've licensed the photos,
19  yes.
20      Q.   Who have you licensed it to?
21      A.   TMZ.
22      Q.   Is that it?
23      A.   To my knowledge as of today, yes.
24      (Exhibit 7, a license, was marked for
25  identification at this time.)

Page 41

JONATHAN OTTO

1
2      Q.   Mr. Otto, do you recognize Exhibit 7?
3      A.   Yes.
4      Q.   Is this your license with TMZ?
5      A.   Yeah, with Warner Brothers
6  Entertainment.
7      Q.   Do you know why it's marked
8  "confidential" at the top?
9      A.   I'm not sure.  There were a bunch of
10  confidentiality agreements that I signed with
11  them.
12      Q.   With TMZ and Warner Brothers?
13      A.   Yes.
14      Q.   So I want to direct your attention to
15  the second "whereas" paragraph in recitals on the
16  first page of the license.
17      A.   Sorry.  Which?
18      Q.   The second whereas paragraph, so
19  there's a heading that says "recitals," there's
20  two?
21      A.   Okay.
22      Q.   Does this license -- does this
23  paragraph indicate that this license authorizes
24  TMZ's use of the photograph at a specific URL?
25      A.   Correct.

JONATHAN OTTO

1
2  wedding.
3      Q.   And do you know when you took this
4  screenshot of the text message exchange?
5      A.   I believe it was about two days after
6  the wedding.
7      Q.   And so, is it fair to say that TMZ was
8  using the photo well before you licensed -- well
9  before you executed the license agreement with
10  them?
11     A.   Correct.
12     Q.   Several months before?
13     A.   Correct.
14     Q.   Is this your text message in blue at
15  top of the page?
16     A.   Yes.
17     Q.   What did you mean when you wrote, "I
18  want my cut"?
19     A.   I just -- he was the only one I had
20  sent it to.  The fact that the big media outlets
21  were using it without any photo credit meant that
22  someone had to represent their -- that they took
23  the photo, when they didn't.
24     Q.   Did you think Mr. Burke was paid for
25  the use of the photo?

JONATHAN OTTO

1
2      A.   Potentially.
3      Q.   Were you asking for him to provide you
4  with money?
5      A.   Potentially, yes.
6      Q.   What did you think your cut should be?
7      A.   I wasn't -- you know, I'm not sure.
8      Q.   And is this Mr. Burke's text message
9  here, they reached out to Kat?
10     A.   Yes.
11     Q.   And was he referring to Kat Kellerman?
12     A.   I believe so.
13     Q.   What did you understand him to mean
14  with this text message?
15     A.   I'm not sure.  That's where it ended.
16     Q.   In the blue text message at the top,
17  you say, "TMZ and others are using my photo above
18  without credit."
19          Who were those others you were
20  referring to?
21     A.   The names I had mentioned earlier.  I
22  mean, like I said, there were -- by that time, I
23  had taken a look at it, there were -- there were
24  many.
25          (Exhibit 9, a text message, was

JONATHAN OTTO

1
2  marked for identification at this time.)
3      Q.   Before you look at Exhibit 9,
4  Mr. Otto, after this text message exchange you had
5  with Mr. Burke, did you have any further
6  communications with Sean Burke or Kat Kellerman
7  about the photograph?
8      A.   No.
9      Q.   So you haven't spoken to them since
10  June 2017 about the photograph?
11     A.   No, I haven't spoken to them at all.
12     Q.   Why not?
13     A.   Like I said, I didn't know them before
14  the wedding -- well, I met Sean once.  I never met
15  Kat before that evening.
16     Q.   Did you contemplate filing a lawsuit
17  against Mr. Burke?
18     A.   I'm not sure what the -- or the
19  recourse is.  I'm assuming my attorney would
20  direct me that way.
21     Q.   All right.  Turning to Exhibit 9,
22  which the court reporter just handed you.  Do you
23  recognize this document?
24     A.   Yes.
25     Q.   I'll just represent for you, the first

JONATHAN OTTO

1
2  two pages are pages that your counsel produced to
3  the defendants in this case.  The last page is a
4  separate screenshot of the same tweet on -- tweet
5  and response on TMZ, but it shows the actual date
6  that the exchange occurred, whereas the first two
7  pages just are, you know, the date, rather than
8  having a date, it says, "seven hours."
9      A.   Okay.
10     Q.   So turning back to the first page of
11  Exhibit 9, is this your response to TMZ's tweet?
12     A.   Yes.
13     Q.   What did you mean when you wrote that
14  someone at the event with me obviously shared
15  without permission?
16     A.   As I said, I didn't -- I didn't share
17  the photo with TMZ.  So, therefore, if I only sent
18  it to Sean, somehow --
19     Q.   Did you tell Mr. Burke that he didn't
20  have permission to share it with others?
21     A.   The only thing he had said is he
22  wanted it because he was in the background.  I
23  don't know.
24     Q.   In your tweet, what does "DM" mean?
25     A.   Direct message.

Page 50

JONATHAN OTTO

1
2   Q.   Did TMZ DM you in response to this
3   tweet?
4   A.   No.
5   Q.   So what happened next after this
6   exchange with respect to your interactions with
7   TMZ?
8   A.   Nothing.  You mean on social media
9   or --
10  Q.   At all?
11  A.   We had filed the lawsuit.
12       MS. BISHOP:  I just want to introduce
13  really quickly.
14       (Exhibit 10, a stipulation of
15  dismissal, was marked for identification at
16  this time.)
17  Q.   Mr. Otto, have you seen Exhibit 10
18  before?
19  A.   Yes.
20  Q.   What is it?
21  A.   I believe it's part of the settlement
22  documents.
23  Q.   This isn't the settlement agreement
24  that you referred to earlier, is it?
25  A.   I'm not sure.  I think this represents

Page 51

JONATHAN OTTO

1
2   the case is going to be dismissed.
3   Q.   And, again, it's your testimony that
4   the license agreement with TMZ is separate from
5   the settlement agreement?
6   A.   Correct.
7   Q.   Do you just mean that it's a separate
8   piece of paper?
9   A.   They were done at different times.
10  Q.   Well, let's just look back at that
11  license agreement, which I believe is Exhibit 7.
12  What's the date that the license agreement was
13  signed?
14  A.   Sorry.  On which?
15  Q.   Exhibit 7.
16  A.   October 26.
17  Q.   And what's the date that this Exhibit
18  10, which is the stipulation of dismissal with
19  prejudice, was signed?
20  A.   October 30th.
21  Q.   There's only three days in between
22  those two dates.  Therefore --
23  A.   We had been working on the license for
24  a period of time before that.
25  Q.   And presumably you were also working

Page 52

JONATHAN OTTO

1
2   on the settlement agreement for a period of time
3   before that as well?
4   A.   I didn't see the settlement until
5   after the license agreement.
6   Q.   So other than TMZ, did you reach out
7   to any other media organizations directly to
8   complain about their use of the photograph?
9   A.   I'm not sure.
10  Q.   Did you contact esquire.com directly?
11  A.   I'm not sure.
12  Q.   It's not something you would remember?
13  A.   It was a whirlwind of a few days.
14       (Exhibit 11, a certificate of
15  registration, was marked for identification
16  at this time.)
17  Q.   Mr. Otto, have you seen Exhibit 11
18  before?
19  A.   Yes.
20  Q.   What is it?
21  A.   The registration of copyright for
22  the -- the photograph.
23  Q.   Is this whole thing the registration,
24  or is it -- or is there something else in the
25  back?

Page 53

JONATHAN OTTO

1
2   Let me ask it differently.  Are the --
3   beginning at OTTO_005, do you recognize this as an
4   application for copyright registration?
5   A.   Yes.
6   Q.   When was this copyright registration
7   application submitted?
8   A.   I believe it was, I don't know, a few
9   days after the wedding.
10  Q.   Did you review the application?
11  A.   Yes.
12  Q.   Prior to it being submitted?  Do you
13  know how it was submitted?
14  A.   I believe Richard's office submitted
15  it.
16  Q.   Do you know if it was a paper
17  application?
18  A.   I believe we did electronic 'cause we
19  had -- I'm not sure, but I believe it was
20  electronic because we had multiple images.
21  Q.   You had multiple images?
22  A.   Correct.
23  Q.   So did this copyright registration and
24  this application cover multiple images?
25  A.   I'm not sure how it was handled.

Page 54

JONATHAN OTTO

1
2   There was --
3       Q.   You just said you reviewed it before
4   it was submitted?
5       A.   Correct.  I believe it was all under
6   one application, all the photos I had taken that
7   day.
8       Q.   All the photos from the wedding?
9       A.   Yes.
10      Q.   Are you familiar with how the
11  electronic Copyright Office registration system
12  works?
13      A.   I mean, yeah.  Basic terms, yes.
14      Q.   How does it work?
15      A.   You go onto the website.  You fill in
16  some information.  That's really it.
17      Q.   Were you in Mr. Liebowitz's offices
18  when he submitted this?
19      A.   No.
20      Q.   How did you review it before it was
21  submitted?
22      A.   We had discussed it, went back and
23  forth on the phone, we had questions on various
24  different images, what to include.  I had
25  organized the photos into different folders, and I

Page 55

JONATHAN OTTO

1
2   believe it was my Dropbox or Google Drive that he
3   ended up using.
4       Q.   So do you know whether this beginning
5   on page OTTO 005 is the exact document that
6   Mr. Liebowitz submitted to the Copyright Office?
7       A.   I believe so.  I have a copy in my
8   e-mail.
9       Q.   Do you know whether copies of it --
10  sounds like multiple photographs were submitted to
11  the Copyright Office in connection with this
12  application?
13      A.   I'm sorry.  What do you mean by
14  "copies"?
15      Q.   Copies of the photograph.
16      A.   I'm not sure.
17      Q.   You're not sure.
18          So you don't know whether digital
19  JPEGs were submitted or a CD rom or paper copies
20  of the photographs?
21      A.   I -- my assumption is they were
22  electronic, but I'm not sure.
23      Q.   But do you know whether they were
24  submitted at all?
25      A.   Yeah, I have a confirmation.

Page 56

JONATHAN OTTO

1
2       Q.   That copies of the photographs were
3   submitted?
4       A.   Again, I was on the phone with Richard
5   when it was being filed.  He was confirming which
6   photos to include, so I'm assuming that he used
7   the folder with all the images.
8          MS. BISHOP:  James, I haven't received
9       the deposit copies and we would ask that you
10      produce those before the end of fact
11      discovery.
12         MR. FREEMAN:  If we have them, we'll
13      produce them.  They're not always
14      maintained.  Of course you're free to
15      contact the U.S. Copyright Office.  They are
16      a matter of public record, you know.
17      Q.   If you turn to the -- well, both
18  OTTO_5 and the first page OTTO_1, the report of
19  date of first publication is June 10, 2017.  Why
20  do both of these documents say that the first
21  publication of the photographs was June 10th?
22         MR. FREEMAN:  Objection.
23      You're calling for a legal conclusion.
24         MS. BISHOP:  I don't believe that's a
25      legal conclusion.  He said he reviewed this.

Page 57

JONATHAN OTTO

1
2          MR. FREEMAN:  Isn't "publication" a
3       term of art that's defined by Section 101 of
4       the Copyright Act?  So you're asking him
5       whether or not this constitutes publication
6       or when it occurred.  It's calling for a
7       legal conclusion.
8          He can answer the question, but I'm
9       making my objection.
10         MS. BISHIOP:  He can answer the
11      question.  He just testified that he
12      reviewed these answers with Richard over the
13      phone.
14         MR. FREEMAN:  He said he reviewed the
15      registration process.
16      A.   Again, I had sent a group of photos.
17  Everything, I think there were possibly some
18  photos of the day before the wedding, including
19  photos throughout the day of the wedding possibly
20  to cover that.
21      Q.   Was there a publication of any of
22  these photos on June 10th?
23         MR. FREEMAN:  Objection.
24      She's calling for a legal conclusion.
25      A.   I'm not sure.

Page 58

JONATHAN OTTO

1
2    Q.   Do you have any other copyright
3  registrations besides this one?
4    A.   I don't believe so.  I don't think so.
5    Q.   When you spoke to Richard Liebowitz
6  about other photographs like the Sandy photograph,
7  was he acting as your lawyer?
8        MR. FREEMAN:  Objection,
9  attorney-client privilege.
10        MR. SITWALA:  Are you directing him
11  not to answer?
12        MS. BISHIOP:  Are you directing him
13  not to answer?
14        MR. FREEMAN:  No.  Don't answer that.
15        MS. BISHIOP:  I'm just asking if there
16  was an attorney-client privilege at that
17  time?
18        MR. FREEMAN:  I need to hear the
19  question one more time.
20    Q.   Was he acting as your lawyer when you
21  spoke to him about the Sandy photographs?
22        MR. FREEMAN:  You can answer that.
23    A.   I'm not sure.
24        (Exhibit 12, answers to
25    interrogatories, were marked for

Page 59

JONATHAN OTTO

1
2    identification at this time.)
3    Q.   Mr. Otto, do you know what Exhibit 12
4  is?
5    A.   Not specifically.
6    Q.   Have you seen it before?
7    A.   Probably.
8    Q.   Do you know what an interrogatory is?
9    A.   No.
10    Q.   What's the date on this document?
11        MR. FREEMAN:  It's at the back.
12    A.   October 18th.
13    Q.   So I'd like to direct your attention
14  to interrogatory No. -- it's on the fourth page of
15  this document.  Just read that over for me.
16    A.   Okay.
17    Q.   Do you know why Kat Kellerman and Sean
18  Burke are not identified in response to this
19  interrogatory?
20    A.   I do not.
21    Q.   Do you know in October 2017 that they
22  had information about the use of your photograph?
23    A.   I suspect that they did, but depends
24  on who published the photos, some were given no
25  credit at all.  Some were, you know, listing

Page 60

JONATHAN OTTO

1
2    others as photo credit.  I wasn't really sure how
3  the different media outlets were giving at that
4  point.
5    Q.   Do you have anymore information today
6  about that, about Sean Burke and Kat Kellerman's
7  knowledge about the issues in this lawsuit than
8  you did in October?
9    A.   No.
10    Q.   Can you turn to the last page of
11  interrogatory No. 6.  Let me know when you're done
12  looking at it.
13    A.   Okay.
14    Q.   Do you see where it says that
15  "Plaintiff further calculates the loss of
16  licensing fee in the range of $5,000"?
17    A.   Yes.
18    Q.   How was that amount calculated?
19    A.   I believe I -- off the top of my head,
20  I don't recall, but I had done some, you know,
21  quick research and discussed it with Richard
22  and --
23    Q.   Based on the market rate of
24  photographs of similar style, quality, and
25  content, what other photographs do you consider to

Page 61

JONATHAN OTTO

1
2    be of similar style, quality, and content as the
3  photograph in issue in this case?
4    A.   There's numerous every day.  I mean --
5    Q.   There's numerous every day?
6    A.   Yeah.  You know, newsworthy, you know,
7  celebrity sightings.  I don't know.
8    Q.   You consider your photograph a
9  newsworthy celebrity sighting?
10    A.   No.  Just, you know, it's not every
11  day the President shows up at a wedding.
12    Q.   So it's not newsworthy?
13    A.   I mean, it was a private event, so I'm
14  not sure how the news would know about it.
15    Q.   How much do you think a license to
16  your photograph is worth?
17    A.   Today or then?
18    Q.   Let's start with then.
19    A.   In excess of $10,000.
20    Q.   And what do you think it is today?
21    A.   Somewhere in that same range.
22    Q.   Well, if it's in excess of $10,000,
23  why does it say "$5,000" in this interrogatory
24  response?
25    A.   I didn't have much knowledge,

Page 62

JONATHAN OTTO

1
2    licensing on what media organizations paid for
3    images like this prior to this whole process.
4        Q.   Well, this again is in October of
5    2017?
6        A.   Correct.
7        Q.   So what's changed between six weeks
8    ago and today that the photograph is now worth
9    twice as much?
10       A.   I'm not sure.
11       Q.   So you're aware that your counsel
12   produced documents to the defendant in this case?
13       A.   Sorry.  What was the question again?
14       Q.   Are you aware that your counsel has
15   produced documents to defendants in this case?
16       A.   Yes.
17       Q.   Have you seen the requests for
18   production of documents that defendants have sent
19   to your counsel?
20       A.   Possibly.  I mean, there's been a lot
21   of documents.
22       Q.   Did you help your counsel search for
23   documents to produce to those requests?
24       A.   Potentially.  I've been asked --
25       Q.   Let me ask it a different way.

Page 63

JONATHAN OTTO

1
2        Q.   Did you search in your own files for
3    documents and turn over documents to your lawyers
4    for the purpose of turning them over to the
5    side -- other side?
6        A.   I believe so.  I've been asked to
7    reprovide information, screenshots, explain where
8    they were saved and folders, I provided.
9        Q.   Did you search yourself for responsive
10   documents?
11       A.   I'm not sure.
12       Q.   Do you use e-mail?
13       A.   Yes.
14       Q.   How many e-mail accounts do you have?
15       A.   Including work?
16       Q.   Sure.
17       A.   Six or seven, but that's including
18   stuff for organizations I'm on on the social media
19   accounts I run.
20       Q.   Do you recall exchanging any e-mails
21   about the photograph at issue in this case?
22       A.   To my attorney or to --
23       Q.   Not to your attorney.  Aside from
24   communications with your attorney?
25       A.   Not that I recall.

Page 64

JONATHAN OTTO

1
2        (Exhibits 13, supplementary set of
3    responses to request for production of
4    documents, was marked for identification at
5    this time.)
6        (Exhibit 14,  responses to requests
7    for production of documents were marked for
8    identification at this time.)
9        Q.   Mr. Otto, the court reporter just
10   handed you two exhibits, one of which is the
11   original responses to the requests for production
12   of documents that defendants served on you in this
13   case.
14            And the second is a supplementary set
15   of responses.  I believe the supplement is marked
16   13 and the originals are marked 14.
17            Did you review these documents prior
18   to their being provided to defendants?
19       A.   I'm not sure; possibly.
20       Q.   So because of the nature of the
21   supplement, there are additional responses that,
22   as the name suggests, supplement the responses in
23   the original document, so it may be helpful to
24   look the them at the same time.
25       A.   Sure.

Page 65

JONATHAN OTTO

1
2        Q.   The supplement to the -- the
3    particular items I'm going to ask you about start
4    at the bottom of page 2 of Exhibit 13, where it
5    says, "Supplement to plaintiff's responses and
6    objections for said document requests."
7            And then those requests correspond to
8    the requests in the other document.
9            First I'd like you to look at request
10   No. 4.  There's not a supplement to that answer.
11   So it's on page 3 of the -- of Exhibit 14.  Just
12   let me know when you've had a chance to read them.
13       A.   Okay.
14       Q.   So is it accurate that you have no
15   documents responsive to this request?
16       A.   Well, it would be correct.
17       Q.   It would be correct?
18       A.   I don't have any communications with
19   Laura Kristen.
20       Q.   I thought Kristen was your friend for
21   many years?
22       A.   I don't have any communications
23   related to this with her.
24       Q.   The request doesn't actually ask for
25   communications related to the photograph.  But is

Page 66

JONATHAN OTTO

1
2  it still your testimony that you don't have any
3  responsive communications?
4      A.  Yeah, between the wedding and now, no.
5      Q.  What about before the wedding?
6      A.  Probably came through my wife.
7      Q.  Looking at 5 and 6, there are
8  supplements to those answers.  Let me know when
9  you've had a chance to review them?
10     A.  Sorry.
11     Q.  This is a supplement.  It's request 5
12 and 6.  So you can read the original in 14 and
13 then the supplemental answer; great.
14     A.  Okay.
15     Q.  Do you know whether documents have
16 been produced in response to these requests?
17     A.  I'm not sure.
18     Q.  Look at request 7, which again has a
19 supplement as well.  Let me know when you've had a
20 chance to read that.
21     A.  Okay.
22     Q.  Do you know, have you provided your
23 counsel with all documents that could be
24 responsive to this request?
25     A.  To my knowledge.

Page 67

JONATHAN OTTO

1
2      Q.  Do you know whether all those
3  documents have been produced?
4      A.  To my knowledge, yes.
5      Q.  Can you also review request 8?  And
6  there's not a supplement to 8.
7      A.  Okay.
8      Q.  Is it accurate that you don't have any
9  documents responsive to that request?
10     A.  I'm not sure what would be provided
11 there.  Other media outlets?
12     Q.  Documents that reflect your efforts to
13 search for other uses of the photographs could be
14 the articles, it could be the searches that you
15 ran?
16     A.  I'm not sure.  I mean, I know I was
17 keeping, I believe, it was a Word document or
18 Google spreadsheet.  I'm not sure which one it
19 was.
20     Q.  Were you keeping that document at your
21 counsel's direction?
22     A.  No, I think it was days prior.
23     Q.  Do you still have that document?
24     A.  Possibly.
25         MS. BISHIOP:  We're going to ask that

Page 68

JONATHAN OTTO

1
2  that be produced, James.
3      Q.  I'd like to direct your attention to
4  request 13 and the supplement as well.
5      A.  Okay.
6      Q.  Is it accurate to say that the -- the
7  original response to request 13 stated that you
8  were not in possession of any non-privileged
9  documents responsive to the request, but the
10 supplement says that you will produce documents
11 that are responsive to the request?
12     A.  Yes.
13     Q.  Do you know why the original response
14 said that you were not in possession of any
15 non-privileged documents?
16     A.  We may have still been working on the
17 licensing agreement.  I'm not sure.
18     Q.  So it could be because the license
19 agreements had not yet been signed?
20     A.  Yeah.  There was a period of a couple
21 of weeks that I was going back and forth.
22         MS. BISHOP:  All right.  Well, we're
23 just about done, so I think we want to go
24 off the record and talk for a second and we
25 will come back and ask a couple more

Page 69

JONATHAN OTTO

1
2  questions, but it looks like we will be out
3  and not have to stay for lunch.
4      THE WITNESS:  What are we going to
5  have for lunch?
6      VIDEOGRAPHER:  The time is 11:56 a.m.
7  This is the end of media number 1.  We're
8  off the record.
9      (Recess.)
10     VIDEOGRAPHER:  The time is 12:01 p.m.
11 This is the start of media number 2.  We're
12 on the record.
13 BY MS. BISHIOP:
14     Q.  Mr. Otto, I just have a few more
15 questions and I think you might have answered this
16 before, so forgive me if I already asked this.
17     Have you ever licensed any other
18 photographs other than the one at issue in this
19 lawsuit?
20     A.  Not to my knowledge.
21     Q.  How would you have licensed a
22 photograph that you did not have knowledge of?
23     A.  No.  I mean, I've never formally
24 licensed a photo.
25     Q.  Going back to your conversation with

Page 70

JONATHAN OTTO

1
2  Mr. Liebowitz about the Sandy photograph or other
3  photographs, what did he tell you about those
4  photographs?
5       MR. FREEMAN:  Objection,
6  attorney-client privilege.
7       MS. BISHIOP:  Are you instructing him
8  not to answer?
9       MR. FREEMAN:  Yeah.
10      You don't have to answer that.  You
11  could have been asking for advice or giving
12  you advice.
13      (Continued on next page for jurat.)

Page 71

1
2       MS. BISHIOP:  Okay.
3       MR. FREEMAN:  No questions.
4       MS. BISHIOP:  No questions.  All
5  right.  Then we are done.
6       VIDEOGRAPHER:  The time is 12:02 p.m.
7  We're off the record.
8       (Whereupon the proceedings were
9  concluded at 12:02 p.m.)
10           oOo
11      I, JONATHAN OTTO, the witness herein,
12  do hereby certify that the foregoing
13  testimony of the pages of this deposition to
14  be a true and correct transcript, subject to
15  the corrections, if any, shown on the
16  attached page.
17  _____
18           JONATHAN OTTO
19  Subscribed and sworn to before me this
20  _____ day of _____,_____.
21
22  _____

Page 72

1
2           CERTIFICATE
3      I, AMY A. RIVERA, a Certified Shorthand
4  Reporter, Registered Professional Reporter,
5  Certified LiveNote Reporter, and Notary Public of
6  the State of New York, do hereby certify that prior
7  to the commencement of the examination JONATHAN
8  OTTO, was duly sworn by me to testify the truth, the
9  whole truth and nothing but the truth.
10      I DO FURTHER CERTIFY that the foregoing is
11  a true and accurate transcript of the testimony as
12  taken stenographically by and before me at the time,
13  place and on the date hereinbefore set forth.
14      I DO FURTHER CERTIFY that I am neither a
15  relative nor employee nor attorney nor counsel of
16  any of the parties to this action, and that I am
17  neither a relative nor employee of such attorney or
18  counsel, and that I am not financially interested in
19  the action.
20  _____
21      Notary Public of the State of New York
22      My commission expires December 6, 2021
23      License No. XI00939
24  Dated:  December 21, 2017
25

Page 73

1
2              INDEX
3  WITNESS                    PAGE
4  JONATHAN OTTO
5  By Ms. Bishop                5
6
7            EXHIBITS
8  NUMBER          DESCRIPTION      PAGE
9  Exhibit 1        Complaint        12
10 Exhibit 2        Photograph       17
11 Exhibit 3        Photograph       19
12 Exhibit 4        Photograph       23
13 Exhibit 5        Article-Daily Mail   28
14 Exhibit 6        Article          30
15 Exhibit 7        License agreement    40
16 Exhibit 8        Text message      45
17 Exhibit 9        Text message      48
18 Exhibit 10       Stipulation of
19                  dismissal        50
20 Exhibit 11       Certificate of
21                  registration     52
22 Exhibit 12       Answers to
23                  interrogatories  59
24 Exhibit 13       Supplementary responses 64
25 Exhibit 13       Original responses   64

Page 74

1
2     UNITED STATES DISTRICT COURT )
3     SOUTHERN DISTRICT OF NEW YORK )
4          I wish to make the following changes for
5     the following reasons:
6     PAGE  LINE
7     ____ ____       CHANGE: _____
8                     REASON: _____
9     ____ ____       CHANGE: _____
10                    REASON: _____
11    ____ ____       CHANGE: _____
12                    REASON: _____
13    ____ ____       CHANGE: _____
14                    REASON: _____
15    ____ ____       CHANGE: _____
16                    REASON: _____
17    ____ ____       CHANGE: _____
18                    REASON: _____
19    ____ ____       CHANGE: _____
20                    REASON: _____
21    ____ ____       CHANGE: _____
22                    REASON: _____
23    ____ ____       CHANGE: _____
24                    _____
25               JONATHAN OTTO

**A**

**$10,000 (2)**
61:19,22
**$135,000 (1)**
11:14
**$5,000 (2)**
60:16 61:23
**a.m (7)**
2:3 4:11 39:4,7 44:10
   44:13 69:6
**able (1)**
15:14
**account (2)**
16:11 34:8
**accounts (2)**
63:14,19
**accurate (4)**
65:14 67:8 68:6 72:11
**accurately (1)**
10:23
**Act (1)**
57:4
**acting (2)**
58:7,20
**action (2)**
72:16,19
**activities (2)**
10:18 15:11
**actual (3)**
18:14 31:15 49:5
**additional (2)**
43:14 64:21
**address (1)**
5:14
**administration (1)**
9:12
**advertising (1)**
34:5
**advice (2)**
70:11,12
**advocacy (1)**
12:8
**afternoon (1)**
37:14
**ago (5)**
10:3 36:24 39:11
   40:12 62:8
**agree (2)**
13:15 25:19
**agreement (18)**
42:14 43:5,10,12,16
   43:25 44:4,23 46:9
   50:23 51:4,5,11,12
   52:2,5 68:17 73:15
**agreements (5)**
41:10 44:17 45:18,20

68:19
**ahead (1)**
33:15
**All's (1)**
18:7
**amount (1)**
60:18
**Amy (4)**
1:19 2:8 4:15 72:3
**anniversary (1)**
38:9
**annually (1)**
11:12
**answer (19)**
7:19,25 8:6,13,14
   30:8 43:22,24 44:4
   57:8,10 58:11,13,14
   58:22 65:10 66:13
   70:8,10
**answered (1)**
69:15
**answering (1)**
44:7
**answers (5)**
7:17 57:12 58:24 66:8
   73:22
**anymore (1)**
60:5
**apartment (2)**
5:16 39:11
**aperture (1)**
20:15
**apologize (1)**
32:21
**app (9)**
19:17,19 20:4,9 21:5
   21:23,24 22:11,15
**appealing (1)**
19:6
**appears (3)**
20:3 23:15 30:23
**application (10)**
21:2,3,13 53:4,7,10
   53:17,24 54:6 55:12
**applications (1)**
12:11
**approach (1)**
42:16
**approached (1)**
42:19
**approximately (5)**
4:10 6:10 14:6 22:19
   44:20
**apps (2)**
22:4,7
**art (1)**

57:3
**article (8)**
28:11,18 30:16,23
   31:2 33:10 35:11
   73:14
**Article-Daily (1)**
73:13
**articles (2)**
35:12 67:14
**artist (1)**
31:5
**Aside (1)**
63:23
**asked (8)**
8:13 18:7 25:17 32:10
   39:10 62:24 63:6
   69:16
**asking (8)**
7:22 8:8 30:6 34:23
   47:3 57:4 58:15
   70:11
**aspects (1)**
20:14
**asset (1)**
10:12
**assigns (1)**
21:3
**association (1)**
4:16
**assume (3)**
8:7 26:5 29:25
**assuming (3)**
38:22 48:19 56:6
**assumption (4)**
26:6 31:19,20 55:21
**attached (1)**
71:16
**attended (4)**
26:14 28:8 34:24,24
**attention (4)**
20:17 41:14 59:13
   68:3
**attorney (6)**
48:19 63:22,23,24
   72:15,17
**attorney-client (3)**
58:9,16 70:6
**attorneys (6)**
3:4,11 35:20 37:3,4,8
**audible (1)**
7:17
**authorization (2)**
36:16 38:7
**authorize (1)**
42:2
**authorizes (1)**

41:23
**automatically (2)**
20:23 21:3
**Avenue (3)**
2:7 4:9,14
**aware (2)**
62:11,14

**B**

**back (13)**
32:17 34:18 39:16
   42:10 45:19 49:10
   51:10 52:25 54:22
   59:11 68:21,25
   69:25
**background (1)**
49:22
**BALLARD (1)**
2:6
**Bank (5)**
10:3,14 11:3,5,13
**Based (1)**
60:23
**Basic (1)**
54:13
**basis (1)**
16:25
**Bates (3)**
17:24 28:23 31:2
**Beauty (2)**
31:4,16
**beginning (4)**
9:23 42:3 53:3 55:4
**behalf (1)**
5:3
**beige (1)**
25:7
**believe (44)**
10:8 17:6 20:20 21:24
   21:25 22:14,16
   23:22 25:14 26:14
   28:22 30:10,20 31:5
   31:21 32:15 33:6
   35:2 36:7 37:22,23
   40:4 42:18,20,22
   43:3 45:24 46:5
   47:12 50:21 51:11
   53:8,14,18,19 54:5
   55:2,7 56:24 58:4
   60:19 63:6 64:15
   67:17
**belonged (1)**
24:11
**Beminister (1)**
14:15
**best (2)**

27:13 42:7
**bicycle (1)**
12:7
**big (3)**
17:18 32:16 46:20
**biggest (2)**
35:25 36:4
**Bike (2)**
12:7,13
**bind (1)**
44:4
**BISHIOP (15)**
4:19 17:19 32:20 39:9
   44:8,15 56:24 57:10
   58:12,15 67:25
   69:13 70:7 71:2,4
**Bishop (12)**
3:14 4:20 5:10 23:3
   28:10 30:14 38:24
   45:12 50:12 56:8
   68:22 73:5
**blue (2)**
46:14 47:16
**board (4)**
12:5,6,6,11
**boards (1)**
11:24
**bonus (1)**
11:19
**bonuses (1)**
11:15
**bottom (3)**
24:19 34:4 65:4
**breach (1)**
44:5
**break (3)**
8:11,15 38:25
**bride (5)**
14:21 16:13 18:24
   22:20 29:7
**bride's (3)**
14:23,24 29:5
**broke (1)**
31:24
**Brothers (5)**
6:17 41:5,12 44:6
   45:10
**bunch (2)**
41:9 44:25
**Burke (20)**
24:8,11,14,24 25:3,4
   25:8,12,21,24 26:22
   27:7 45:25 46:24
   48:5,6,17 49:19
   59:18 60:6
**Burke's (1)**

47:8
**burst (1)**
22:18
**bursts (1)**
22:22
**business (2)**
9:12 12:16

**C**

**C (6)**
3:2 32:23,24 33:2,9
33:17
**calculated (1)**
60:18
**calculates (1)**
60:15
**calling (3)**
56:23 57:6,24
**camera (5)**
17:9,10,13 22:12,15
**cameras (3)**
17:3,5,14
**capture (1)**
23:2
**captured (2)**
20:13,13
**capturing (1)**
15:7
**case (22)**
1:4 6:24 7:3 22:8,11
24:21 28:21 31:8,17
33:11 39:23,24 40:4
40:15 43:21 49:3
51:2 61:3 62:12,15
63:21 64:13
**cases (3)**
6:5,7,11
**cause (1)**
53:18
**CBS (2)**
6:18 27:16
**CD (1)**
55:19
**celebrity (2)**
61:7,9
**certificate (3)**
52:14 72:2 73:20
**Certified (4)**
2:8,10 72:3,5
**certify (4)**
71:12 72:6,10,14
**chain (1)**
23:9
**chance (3)**
65:12 66:9,20
**CHANGE (9)**

74:7,9,11,13,15,17,19
74:21,23
**changed (1)**
62:7
**changes (2)**
21:16 74:4
**Chase (1)**
9:24
**choices (1)**
9:20
**circumstances (1)**
42:21
**city (2)**
12:6,13
**claims (1)**
30:12
**classes (1)**
9:14
**clear (4)**
7:19 11:8 18:16 45:5
**clearly (1)**
7:16
**cloud (1)**
22:3
**CLR (1)**
1:19
**Club (1)**
14:16
**clunky (1)**
17:18
**colleague (1)**
4:23
**college (5)**
9:6,16,17,18,23
**colors (1)**
20:7
**come (4)**
15:19 34:16 45:18
68:25
**comes (1)**
22:15
**commencement (1)**
72:7
**commission (1)**
72:22
**communicate (1)**
26:22
**communication (1)**
36:23
**communications (11)**
1:9 4:5,22,25 27:3
48:6 63:24 65:18,22
65:25 66:3
**company (1)**
6:15
**complain (2)**

36:14 52:8
**complaint (9)**
12:24 13:6,12 32:18
32:23,24 33:9,17
73:9
**concern (1)**
7:2
**concluded (1)**
71:9
**conclusion (5)**
30:7 56:23,25 57:7,24
**confidential (5)**
41:8 43:22 44:2,3,16
**confidentiality (4)**
41:10 43:19,20 44:25
**confirmation (1)**
55:25
**confirming (1)**
37:17 56:5
**connection (1)**
55:11
**consecutively (1)**
13:13
**consider (2)**
60:25 61:8
**consideration (1)**
43:15
**constitutes (1)**
57:5
**contact (2)**
52:10 56:15
**contacted (2)**
37:22 38:11
**contemplate (1)**
48:16
**content (2)**
60:25 61:2
**Continued (1)**
70:13
**contract (1)**
44:6
**conversation (1)**
69:25
**copies (6)**
55:9,14,15,19 56:2,9
**copy (2)**
34:11 55:7
**copyright (13)**
6:20 20:18,18 52:21
53:4,6,23 54:11
55:6,11 56:15 57:4
58:2
**corner (2)**
17:25 34:5
**Corporation (3)**
3:9 4:21,24

**correct (17)**
19:8,9,24 23:18 24:22
24:25 41:25 45:11
46:11,13 51:6 53:22
54:5 62:6 65:16,17
71:14
**corrections (1)**
71:15
**correspond (1)**
65:7
**counsel (14)**
3:10 4:17,20 8:19
18:4,19 49:2 62:11
62:14,19,22 66:23
72:15,18
**counsel's (1)**
67:21
**count (1)**
22:22
**Country (1)**
14:15
**couple (2)**
68:20,25
**course (2)**
9:18 56:14
**court (11)**
1:2 4:6,15 5:5 7:18
17:22 45:15,16
48:22 64:9 74:2
**cousin (1)**
29:5
**cover (3)**
42:9 53:24 57:20
**created (1)**
23:19
**credit (6)**
29:9 33:24 46:21
47:18 59:25 60:2
**credited (1)**
29:2
**crop (3)**
18:20,22,25
**cropped (2)**
18:15,20
**CSR (1)**
1:19
**currently (2)**
40:16,17
**customers (3)**
10:22,25,25
**cut (2)**
46:18 47:6

**D**

**Daily (5)**
28:11,19 29:24 30:4

30:11
**dancing (1)**
15:12
**data (1)**
22:2
**date (11)**
14:10,11 42:3 49:5,7
49:8 51:12,17 56:19
59:10 72:13
**Dated (1)**
72:24
**dates (1)**
51:22
**day (23)**
15:20 18:8 23:16,17
23:20,24 34:15
36:25 37:7,13 39:11
42:8,10,13,14 45:25
54:7 57:18,19 61:4
61:5,11 71:20
**day-to-day (1)**
10:18
**days (6)**
40:4 46:5 51:21 52:13
53:9 67:22
**December (5)**
1:15 2:2 4:10 72:22
72:24
**defendant (5)**
1:10 3:11 4:21,24
62:12
**defendants (6)**
6:14 49:3 62:15,18
64:12,18
**defined (1)**
57:3
**definitively (3)**
27:25 31:18 39:20
**Delaware (1)**
2:11
**delivery (1)**
10:24
**depends (1)**
59:23
**deposed (2)**
5:21 7:12
**deposit (1)**
56:9
**deposition (10)**
1:13 2:5 4:4,8 8:17
13:18 43:22 45:14
45:19 71:13
**depositions (1)**
7:14
**describe (1)**
21:8

**DESCRIPTION (1)**
73:8
**Deutsche (5)**
10:3,14 11:3,5,13
**device (2)**
13:24 20:13
**differences (1)**
18:12
**different (15)**
8:5 18:6,17,18 20:8
  20:14 30:21 33:12
  37:25,25 51:9 54:24
  54:25 60:3 62:25
**differently (1)**
53:2
**digital (1)**
55:18
**direct (6)**
20:17 41:14 48:20
  49:25 59:13 68:3
**directing (2)**
58:10,12
**direction (1)**
67:21
**directly (2)**
52:7,10
**discover (1)**
34:13
**discovered (1)**
36:25
**discovery (1)**
56:11
**discuss (1)**
25:12
**discussed (3)**
45:13 54:22 60:21
**discussing (1)**
39:12
**discussion (1)**
25:22
**discussions (1)**
26:19
**dismissal (3)**
50:15 51:18 73:19
**dismissed (1)**
51:2
**displayed (1)**
20:4
**distributed (1)**
26:7
**District (6)**
1:2,3 4:6,7 74:2,3
**division (1)**
10:6
**DM (2)**
49:24 50:2

**document (12)**
13:2 18:2 48:23 55:5
  59:10,15 64:23 65:6
  65:8 67:17,20,23
**documents (25)**
8:21 44:25 50:22
  56:20 62:12,15,18
  62:21,23 63:3,3,10
  64:4,7,12,17 65:15
  66:15,23 67:3,9,12
  68:9,10,15
**downloaded (1)**
38:23
**dozen (3)**
16:20 35:11 37:9
**dragged (1)**
18:10
**drive (2)**
18:11 55:2
**Dropbox (1)**
55:2
**drowning (1)**
38:17
**due (1)**
42:22
**duly (2)**
5:7 72:8
**duplicated (1)**
18:9

———————
E
———————
**E (4)**
3:2,2,17,17
**e-mail (1)**
55:8 63:12,14
**e-mails (1)**
63:20
**earlier (3)**
24:13 47:21 50:24
**eating (1)**
15:11
**edit (3)**
18:25 19:17 22:8
**edits (1)**
21:16
**education (1)**
8:24
**efforts (1)**
67:12
**eight (1)**
9:25
**either (3)**
17:14 23:22 28:7
**electives (1)**
9:20
**electronic (4)**

53:18,20 54:11 55:22
**EM5 (1)**
17:11
**embed (3)**
31:11,12,12
**employed (5)**
11:2,5,9,21 12:19
**employee (2)**
72:15,17
**ended (3)**
15:7 47:15 55:3
**English (1)**
28:5
**ensure (1)**
10:23
**ensuring (1)**
10:21
**entail (1)**
10:17
**entered (1)**
15:13
**Entertainment (1)**
41:6
**especially (1)**
10:25
**ESQ (3)**
3:7,14,15
**Esquire (1)**
27:16
**esquire.com (3)**
33:10 34:14 52:10
**evening (2)**
14:9 48:15
**event (3)**
14:17 49:14 61:13
**exact (1)**
55:5
**examination (2)**
5:9 72:7
**excess (2)**
61:19,22
**exchange (6)**
23:14 45:25 46:4 48:4
  49:6 50:6
**exchanging (1)**
63:20
**excited (1)**
15:17
**executed (1)**
46:9
**exhibit (68)**
12:23,24 13:3,11
  17:19,20,23 18:13
  18:16 19:10,11,13
  19:22 20:2 21:19
  23:4,6 24:20 28:11

28:14 30:15,16,18
  30:22 32:17,19,20
  32:22,23,24 33:2,5
  33:9,16 40:24 41:2
  45:21,23 47:25 48:3
  48:21 49:11 50:14
  50:17 51:11,15,17
  52:14,17 58:24 59:3
  64:6 65:4,11 73:9
  73:10,11,12,13,14
  73:15,16,17,18,20
  73:22,24,25
**exhibits (3)**
64:2,10 73:7
**expect (2)**
35:8,13
**expires (1)**
72:22
**explain (1)**
63:7

———————
F
———————
**fact (2)**
46:20 56:10
**fair (2)**
31:11 46:7
**familiar (1)**
54:10
**family (1)**
16:8
**feature (2)**
21:12,22
**fee (2)**
43:15 60:16
**file (1)**
36:11
**filed (4)**
13:9 42:25 50:11 56:5
**files (1)**
63:2
**filing (1)**
48:16
**fill (3)**
20:19,21 54:15
**filled (1)**
20:20
**film (3)**
17:8,9,10
**financially (1)**
72:18
**finished (1)**
7:23
**firm (3)**
3:3 5:3 10:7
**first (10)**
20:2 24:19 41:16

48:25 49:6,10 56:18
  56:19,20 65:9
**five (1)**
45:6
**five-year (1)**
38:9
**flooded (1)**
36:3
**focus (1)**
18:23
**folder (1)**
56:7
**folders (2)**
54:25 63:8
**following (2)**
74:4,5
**follows (1)**
5:8
**foregoing (2)**
71:12 72:10
**forget (1)**
6:15
**forgive (1)**
69:16
**formally (1)**
69:23
**format (2)**
30:21 33:12
**former (1)**
5:19
**forth (3)**
54:23 68:21 72:13
**found (1)**
34:19
**four (1)**
19:21
**four-thirds (1)**
17:13
**fourth (1)**
59:14
**free (1)**
56:14
**Freeman (20)**
3:7 5:2,2 30:5 32:19
  33:3 43:24 56:12,22
  57:2,14,23 58:8,14
  58:18,22 59:11 70:5
  70:9 71:3
**friend (1)**
65:20
**friends (13)**
16:8 24:18 29:21,22
  32:9 35:20 37:3,4
  37:10,12,13,16
  39:11
**front (1)**

15:15
**further (4)**
48:5 60:15 72:10,14

G

**gathering (1)**
40:2
**GENERAL (1)**
3:10
**generally (1)**
35:18
**gesturing (1)**
7:18
**getting (1)**
12:14
**give (6)**
5:14 7:6,9,17 27:6,13
**given (2)**
20:11 59:24
**giving (2)**
60:3 70:11
**go (12)**
7:13 8:24,25 9:6,8 20:23 33:15 39:3 44:8 45:15 54:15 68:23
**going (20)**
7:13,15,16 8:2,7,23 12:22 15:10 17:23 21:18 23:3 30:14 42:10 45:14 51:2 65:3 67:25 68:21 69:4,25
**good (3)**
5:11,12 38:25
**Google (4)**
34:18,20 55:2 67:18
**govern (1)**
7:14
**graduate (1)**
9:4
**graduated (1)**
9:9
**graph (1)**
20:6
**great (4)**
13:22 14:5 25:17 66:13
**groom (1)**
16:13
**ground (1)**
7:13
**group (2)**
12:8 57:16
**grown (1)**
14:21
**guess (2)**
16:20 34:25
**guest (4)**
23:10 24:15 25:15 28:7

H

**H (1)**
5:7
**H-O-B-O-K-E-N (1)**
5:17
**hair (1)**
31:5
**half (1)**
37:9
**handed (3)**
17:22 48:22 64:10
**handled (1)**
53:25
**happen (1)**
35:13
**happened (1)**
50:5
**happening (1)**
14:18
**hard (1)**
17:24
**HASBANI (1)**
19:10
**HCI (1)**
28:23
**head (2)**
14:12 60:19
**heading (1)**
41:19
**headline (2)**
33:19,20
**hear (3)**
11:20 12:11 58:18
**Hearst (8)**
1:9 3:9 4:5,20,21,23 4:24 13:6
**held (3)**
2:6 4:8 10:11
**help (1)**
62:22
**helpful (1)**
64:23
**hereinbefore (1)**
72:13
**Hi (2)**
4:19 5:2
**high (4)**
8:25,25 9:3,16
**Hill (1)**
27:20
**Hills (1)**
9:3
**hire (1)**
16:13
**history (2)**
8:24 9:23
**Hoboken (7)**
5:17 12:5,6,7,13,13 36:3
**hold (2)**
21:13,15
**honestly (1)**
42:11
**hours (1)**
49:8
**Hudson (1)**
38:18
**hundred (2)**
22:23 27:15
**Hurricane (5)**
36:2,14 37:23 38:3,4

I

**idea (2)**
29:19,23
**identification (14)**
12:25 17:21 19:12 23:5 28:12 30:17 40:25 45:22 48:2 50:15 52:15 59:2 64:4,8
**identified (2)**
35:14 59:18
**II (1)**
17:11
**image (8)**
18:21,22 24:5 33:22 33:23 34:18,19,21
**images (6)**
53:20,21,24 54:24 56:7 62:3
**imply (1)**
34:2
**import (2)**
20:22,25
**important (1)**
15:24
**in-house (1)**
4:20
**include (5)**
11:15 28:20 31:7 54:24 56:6
**including (3)**
57:18 63:15,17
**INDEX (1)**
73:2
**indicate (2)**
29:9 41:23
**information (6)**
30:3 40:2 54:16 59:22 60:5 63:7
**infringement (1)**
6:20
**initial (3)**
32:10,14 33:14
**initially (1)**
31:24
**inquired (1)**
35:19
**Instagram (6)**
29:14,17 31:12,12 34:3,7
**installed (1)**
21:5
**instances (3)**
35:5 40:3,7
**instructing (1)**
70:7
**intend (3)**
15:25 16:4,7
**intended (1)**
19:7
**interactions (1)**
50:6
**interested (1)**
72:18
**interpret (1)**
33:24
**interrogatories (2)**
58:25 73:23
**interrogatory (5)**
59:8,14,19 60:11 61:23
**interrupt (1)**
7:21
**introduce (2)**
4:17 50:12
**iPhone (8)**
13:25 14:2,4 16:21 18:10 22:5,12,15
**issue (17)**
11:10 13:14,16 22:8 22:10 24:20 27:9 28:21 31:8,17 33:10 35:17 38:2 40:15 61:3 63:21 69:18
**issues (1)**
60:7
**items (1)**
65:3

J

**J (1)**
5:7
**J.P (2)**
9:24 10:5
**James (4)**
3:7 5:2 56:8 68:2
**Jennifer (2)**
3:14 4:19
**Jersey (2)**
2:11 5:17
**JOB (1)**
1:23
**Jonathan (79)**
1:6,13 2:5 4:1,4,5 5:1 5:4 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1,19 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:11,18 72:7 73:4 74:25
**journalist (1)**
11:22
**JPEGs (1)**
55:19
**judge (1)**
21:16
**June (7)**
11:6 23:22,23 48:10 56:19,21 57:22
**jurat (1)**
70:13

K

**Kat (9)**
26:12 28:8 29:21 47:9 47:11 48:6,15 59:17 60:6
**keeping (2)**
67:17,20
**Kellerman (4)**
26:13 47:11 48:6 59:17
**Kellerman's (1)**
60:6

**kind (1)**
15:14
**kinds (1)**
17:5
**knew (1)**
32:11
**know (83)**
6:10,19 8:2,4,12 9:25
10:21,24 14:2,11,13
15:9,10,10,23,24,24
18:5,7 22:2,19 24:6
24:9,16 25:24 26:3
26:9,12 27:16,22
29:4,16 31:16,18,25
32:16 34:3,7,10
35:19,20,25 37:6,20
38:20,25 40:2 41:7
42:5,12 46:3 47:7
48:13 49:7,23 53:8
53:13,16 55:4,9,18
55:23 56:16 59:3,8
59:17,21,25 60:11
60:20 61:6,6,7,10
61:14 65:12 66:8,15
66:19,22 67:2,16
68:13
**knowledge (12)**
5:25 22:9 25:23 33:18
40:23 42:7 60:7
61:25 66:25 67:4
69:20,22
**known (1)**
35:16
**Kristen (5)**
14:25 15:2 31:6 65:19
65:20

**L**

**L (1)**
3:17
**labeled (1)**
4:3
**Laura (8)**
29:3,4,11,19 34:3,8
34:10 65:19
**law (2)**
3:3 5:3
**lawsuit (11)**
30:4 36:11 42:22,23
42:25 43:2,6 48:16
50:11 60:7 69:19
**lawyer (3)**
39:22 58:7,20
**lawyers (1)**
63:3
**lead (1)**

44:5
**left (1)**
25:5
**legal (8)**
3:18 4:12 30:6,7
56:23,25 57:7,24
**let's (3)**
7:21 51:10 61:18
**license (23)**
40:24 41:4,16,22,23
42:2,9,14,17 43:5
43:10,15 45:8 46:9
51:4,11,12,23 52:5
61:15 68:18 72:23
73:15
**licensed (7)**
40:14,18,20 46:8
69:17,21,24
**licensing (4)**
12:17 60:16 62:2
68:17
**Liebowitz (10)**
3:3 5:3 37:6,7,20
38:12 39:21 55:6
58:5 70:2
**Liebowitz's (1)**
54:17
**Light (7)**
19:16,20,22 20:4,9
21:23 22:11
**liking (1)**
21:17
**line (4)**
20:18 29:9 45:13 74:6
**list (2)**
6:9 12:4
**listing (1)**
59:25
**litigation (6)**
5:23 6:3 7:6 11:10
13:16 18:3
**litigations (1)**
6:21
**little (2)**
10:20 38:24
**LiveNote (2)**
2:10 72:5
**lives (1)**
14:22
**LLP (1)**
2:6
**located (1)**
4:13
**Location (2)**
31:4,16
**locations (1)**

34:19
**long (2)**
6:9 33:11
**look (7)**
35:4 47:23 48:3 51:10
64:24 65:9 66:18
**looked (2)**
25:16 35:10
**looking (3)**
34:17 60:12 66:7
**looks (3)**
30:20 31:11 69:2
**loss (1)**
60:15
**lot (4)**
38:14,14 39:17 62:20
**lunch (2)**
69:3,5

**M**

**Mail (6)**
28:12,19 29:24 30:4
30:11 73:13
**main (2)**
33:22,23
**maintained (1)**
56:14
**major (1)**
9:11
**making (1)**
57:9
**man (2)**
25:7 38:17
**management (2)**
10:9,13
**manager (1)**
10:4
**mark (5)**
12:22 17:11,19 19:10
43:21
**marked (18)**
12:24 13:3 17:20
19:11 23:4 28:12
30:16 40:24 41:7
45:21 48:2 50:15
52:15 58:25 64:4,7
64:15,16
**market (1)**
60:23
**markup (1)**
31:5
**matter (3)**
4:4 39:22 56:16
**mean (19)**
9:19 32:19 33:20 37:6
40:17 46:17 47:13

47:22 49:13,24 50:8
51:7 54:13 55:13
61:4,13 62:20 67:16
69:23
**meant (1)**
46:21
**media (27)**
4:3 13:7 16:5,11 26:8
27:22 28:9 31:22
32:16 34:23 35:8,23
36:6,8,15,19 37:2
37:18 46:20 50:8
52:7 60:3 62:2
63:18 67:11 69:7,11
**media's (1)**
39:12
**meet (2)**
8:19 26:16
**memory (1)**
15:24
**mentioned (1)**
47:21
**message (13)**
34:23 45:21,24 46:4
46:14 47:8,14,16,25
48:4 49:25 73:16,17
**messaged (1)**
26:25
**messages (3)**
23:9,11 24:10
**met (2)**
24:17 48:14,14
**micro (1)**
17:13
**mine (1)**
38:15
**minute (1)**
36:24
**minutes (1)**
39:10
**moment (1)**
23:2
**Monday (1)**
1:15
**money (1)**
47:4
**months (2)**
39:16 46:12
**Morgan (2)**
9:24 10:5
**morning (2)**
5:11,12
**moved (1)**
10:3
**MP (3)**
34:3,8,10

**multiple (4)**
53:20,21,24 55:10

**N**

**N (4)**
3:2,17 5:7,7
**name (13)**
4:11 6:6,8,13,16
14:23,24 19:18 24:8
29:6 37:5,8 64:22
**named (1)**
26:12
**names (3)**
5:19 39:14 47:21
**naming (1)**
20:11
**nature (2)**
6:23 64:20
**need (1)**
58:18
**negotiate (1)**
42:16
**neither (2)**
72:14,17
**never (2)**
48:14 69:23
**new (20)**
1:3,14,14 2:7,7,11,11
3:6,13,13 4:7,9,9,14
4:14 5:17 10:25
72:6,21 74:3
**news (3)**
38:18,20 61:14
**newsworthy (3)**
61:6,9,12
**night (5)**
24:13 25:13,22 26:16
26:23
**nine (1)**
10:2
**nodding (1)**
7:18
**non-privileged (2)**
68:8,15
**nonprofits (1)**
12:2
**normal (1)**
15:10
**Notary (3)**
2:10 72:5,21
**Notice (1)**
2:8
**noticed (2)**
34:25 35:2
**number (9)**
4:3 22:2 24:6,10,11

numbered (1)
13:13
numbers (1)
17:25
numerous (2)
61:4,5

**O**

O (4)
3:17 5:7,7,7
oath (1)
7:6
objection (6)
30:5 56:22 57:9,23
58:8 70:5
objections (1)
65:6
obtain (1)
27:24
obtained (4)
29:20 31:17 34:11
36:8
obviously (1)
49:14
occur (1)
23:14
occurred (2)
49:6 57:6
October (6)
51:16,20 59:12,21
60:8 62:4
office (7)
2:6 3:10 53:14 54:11
55:6,11 56:15
offices (1)
54:17
Oh (3)
33:12 37:5 38:4
Okay (20)
6:13 8:23 9:22 10:5
10:14 11:2,17 12:22
15:4 24:19 41:21
49:9 59:16 60:13
65:13 66:14,21 67:7
68:5 71:2
old (1)
17:7
Olympus (1)
17:11
OMD (1)
17:11
once (2)
24:17 48:14
one's (1)
43:3

one-offs (1)
35:19
ongoing (1)
38:4
oOo (1)
71:10
open (1)
45:15
operations (2)
10:4,15
opposed (1)
7:18
order (3)
43:20 44:3 45:17
ordering (1)
45:17
organizations (3)
52:7 62:2 63:18
organized (1)
54:25
original (9)
20:11 21:14,15 64:11
64:23 66:12 68:7,13
73:25
originals (1)
64:16
Otto (95)
1:6,13 2:6 4:1,4,5 5:1
5:4,11 6:1 7:1 8:1
9:1 10:1 11:1 12:1
13:1 14:1 15:1 16:1
17:1 18:1,4 19:1,13
20:1,19 21:1 22:1
23:1,6 24:1 25:1
26:1 27:1 28:1,14
29:1 30:1,18 31:1
32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1
39:10 40:1 41:1,2
42:1 43:1 44:1 45:1
45:23 46:1 47:1
48:1,4 49:1 50:1,17
51:1 52:1,17 53:1
54:1 55:1,5 56:1
57:1 58:1 59:1,3
60:1 61:1 62:1 63:1
64:1,9 65:1 66:1
67:1 68:1 69:1,14
70:1 71:11,18 72:8
73:4 74:25
OTTO_0007 (1)
18:2
OTTO_005 (1)
53:3
OTTO_1 (1)
56:18

OTTO_5 (1)
56:18
OTTO12 (1)
28:24
outlets (17)
26:8 27:12,23 28:9
31:22 32:16 35:9,17
35:23 36:8,15,19
38:18,21 46:20 60:3
67:11
outside (1)
25:13
Overseeing (1)
10:18
owns (1)
34:7

**P**

P (3)
3:2,2,17
p.m (6)
14:8 23:15,16 69:10
71:6,9
pack (1)
15:15
page (29)
20:2,8,10 21:7,8,9,19
23:12 24:20 28:23
30:25 31:3 33:16,25
41:16 46:15 49:3,10
55:5 56:18 59:14
60:10 65:4,11 70:13
71:16 73:3,8 74:6
pages (12)
13:12,13 17:25 18:17
18:18 19:21 33:11
33:16 49:2,2,7
71:13
paid (4)
11:18,19 46:24 62:2
paper (3)
51:8 53:16 55:19
paragraph (3)
41:15,18,23
parent (1)
6:15
part (5)
10:6 22:17 43:5,21
50:21
particular (4)
10:6 14:17 20:5 65:3
parties (2)
44:18 72:16
party (3)
5:23 6:2 44:22
pay (3)

21:23,24 36:21
payment (2)
36:18 43:14
pedestrian (1)
12:7
pending (2)
6:3 8:14
Pentax (1)
17:7
people (2)
15:12 39:17
period (3)
51:24 52:2 68:20
permission (8)
29:24 30:3,11 35:6,18
35:23 49:15,20
person (2)
24:5 39:19
personal (2)
16:3 19:8
Philly (1)
30:24
phone (9)
16:24 18:8 20:12 24:6
24:10,10 54:23 56:4
57:13
photo (46)
18:14 20:11,12,14,16
20:22,25 21:2,13,14
22:8,10,13,17 24:13
24:20 25:2,17 26:7
29:11 32:12 33:4,7
33:14,19,20,24,25
35:3,5,7 36:2 37:18
37:23,25 38:3 42:6
42:10 46:8,21,23,25
47:17 49:17 60:2
69:24
photograph (75)
7:3 11:9 13:14,16,19
13:20,22 14:7,14
15:4,8,22 16:2,22
17:20 19:11 23:4
24:24 25:10,13,22
25:25 26:20,23 27:6
27:9,18,20,23,24
28:20 29:2,16,20,24
30:12 31:8,17 32:8
34:11,13 35:9,15
36:9,14,19,22 37:2
37:16,21 38:21
39:13 40:8,14 41:24
42:24 44:18 48:7,10
52:8,22 55:15 58:6
59:22 61:3,8,16
62:8 63:21 65:25

69:22 70:2 73:10,11
73:12
photographer (1)
12:20
photographers (1)
16:14
photographs (16)
12:17 18:5,6,13 55:10
55:20 56:2,21 58:6
58:21 60:24,25
67:13 69:18 70:3,4
photography (2)
9:13 22:4
photos (27)
15:16 16:16 18:9 19:2
19:17,22 20:4,21
22:18,20 25:16
35:17,22,24 38:12
38:13,15 40:18 54:6
54:8,25 56:6 57:16
57:18,19,22 59:24
Piatkowski (5)
15:3 29:3,4,20 30:11
pictures (1)
19:5
piece (1)
51:8
Pinterest (1)
34:4
place (1)
72:13
plaintiff (4)
1:7 3:4 5:4 60:15
plaintiff's (1)
65:5
planned (1)
25:24
Plaza (1)
3:5
please (8)
4:17 5:6 8:4,12 12:4
28:4,6 39:13
point (3)
32:7 35:10 60:4
pointed (2)
32:3,5
position (1)
10:10
positions (1)
9:25
possession (2)
68:8,14
possibly (8)
29:5 32:6 36:23 57:17
57:19 62:20 64:19
67:24

post (11)
16:4,10 27:17 31:4,7
31:10,13 32:10,13
32:14 36:5
posted (6)
28:18 29:14 31:21,23
31:25 32:4
Potentially (3)
47:2,5 62:24
prejudice (1)
51:19
prepare (1)
8:16
President (7)
15:13,17,21 16:16
18:23 22:20 61:11
President's (1)
25:5
press (2)
21:15 27:10
presumably (1)
51:25
previous (1)
40:3
prices (1)
21:25
primarily (2)
22:17 34:17
prior (7)
24:16 37:20 53:12
62:3 64:17 67:22
72:6
private (2)
10:8 61:13
privilege (3)
58:9,16 70:6
probably (17)
9:25 14:8 16:20 18:20
22:14,22,23 27:15
31:21,22 35:11 36:3
37:9,12,23 59:7
66:6
proceedings (1)
71:8
process (2)
57:15 62:3
processed (1)
10:22
processing (1)
10:19
produce (4)
56:10,13 62:23 68:10
produced (8)
18:3,4 49:2 62:12,15
66:16 67:3 68:2
product (1)

10:23
production (6)
18:18 45:17 62:18
64:3,7,11
professional (3)
2:9 12:20 72:4
projects (1)
10:12
prompt (1)
35:4
prompted (1)
34:20
protective (1)
44:3
provide (2)
39:13 47:3
provided (5)
18:19 63:8 64:18
66:22 67:10
public (4)
2:10 56:16 72:5,21
publication (5)
56:19,21 57:2,5,21
publish (2)
27:17,20
published (8)
18:15 27:10,24 29:17
38:16,21 42:5 59:24
publishing (1)
38:19
purpose (1)
63:4
pursuant (1)
2:7
push (1)
21:13
put (1)
45:12

**Q**

quality (2)
60:24 61:2
question (19)
7:23,24 8:3,6,13,14
21:19 23:16,23 30:8
30:9 33:7 43:23
44:7 45:19 57:8,11
58:19 62:13
questions (8)
7:22 43:25 44:5 54:23
69:2,15 71:3,4
quick (1)
60:21
quickly (1)
50:13

**R**

R (2)
3:2,17
ran (3)
15:14 34:18 67:15
range (2)
60:16 61:21
rate (1)
60:23
Ravi (2)
3:15 4:23
reach (1)
52:6
reached (4)
37:6,8,10 47:9
reaching (1)
37:21
read (6)
17:24 18:2 59:15
65:12 66:12,20
reads (1)
20:18
really (5)
12:14 15:24 50:13
54:16 60:2
reason (9)
7:9 74:8,10,12,14,16
74:18,20,22
reasons (1)
74:5
recall (5)
38:13 40:6 60:20
63:20,25
receive (1)
36:18
received (2)
34:22 56:8
Recess (3)
39:6 44:12 69:9
recitals (2)
41:15,19
recognize (7)
13:2 19:13 23:6 33:13
41:2 48:23 53:3
recollection (1)
27:13
record (18)
4:18 5:13 7:20,25
8:15 17:24 39:3,5,8
44:8,11,14 45:13
56:16 68:24 69:8,12
71:7
recourse (1)
48:19
refer (1)
13:19

referred (1)
50:24
referring (5)
13:20 32:13 45:4
47:11,20
reflect (1)
67:12
regarding (3)
42:24 44:18 45:20
Regional (1)
9:3
Registered (2)
2:9 72:4
registration (9)
52:15,21,23 53:4,6,23
54:11 57:15 73:21
registrations (1)
58:3
regular (2)
16:25 22:12
regularly (1)
18:25
related (3)
6:7 65:23,25
relating (1)
10:19
relative (2)
72:15,17
released (1)
21:22
relevant (2)
30:4,12
remain (1)
45:14
remember (2)
39:19 52:12
reopen (1)
45:19
report (1)
56:18
Reported (1)
1:19
reporter (13)
2:9,9,10 4:15 5:5 7:19
11:22 17:22 48:22
64:9 72:4,4,5
Reporting (2)
4:13,16
repost (1)
38:23
reposted (1)
31:23
represent (3)
17:23 46:22 48:25
represented (1)
29:11

represents (1)
50:25
reprovide (1)
63:7
request (16)
45:14,16,16 64:3 65:9
65:15,24 66:11,18
66:24 67:5,9 68:4,7
68:9,11
requests (3)
62:17,23 64:6,11 65:6
65:7,8 66:16
requires (1)
12:12
research (1)
60:21
reserve (1)
45:18
respect (5)
12:10 21:19 36:13
37:16 50:6
response (8)
49:5,11 50:2 59:18
61:24 66:16 68:7,13
responses (9)
64:3,6,11,15,21,22
65:5 73:24,25
responsibilities (1)
12:9
responsive (7)
63:9 65:15 66:3,24
67:9 68:9,11
rest (1)
6:19
retain (2)
39:21,23
retained (1)
39:25
review (7)
8:21 13:8 53:10 54:20
64:17 66:9 67:5
reviewed (4)
54:3 56:25 57:12,14
Richard (6)
37:7 39:21 56:4 57:12
58:5 60:21
Richard's (1)
53:14
right (7)
23:2 25:4,5 35:2
48:21 68:22 71:5
right-hand (2)
12:12 34:4
rights (1)
45:18
Rinkewich (2)

3:18 4:11
**River (1)**
38:18
**Rivera (4)**
1:19 2:8 4:15 72:3
**Robert (2)**
3:18 4:11
**rom (1)**
55:19
**room (8)**
15:13 19:16,20,23
20:4,9 21:23 22:11
**RPR (1)**
1:19
**rules (1)**
7:13
**run (2)**
34:20 63:19

**S**

**S (3)**
3:2,17,17
**sales (1)**
10:23
**Sandy (8)**
36:2,14 37:23 38:3,5
58:6,21 70:2
**save (1)**
22:3
**saved (3)**
18:10 38:17 63:8
**savings (1)**
22:2
**saw (3)**
31:21 32:9 35:11
**says (8)**
21:9 41:19 49:8 60:14
65:5 68:10
**school (4)**
8:25 9:2,3,16
**screenshot (10)**
19:16 20:3,6 21:21
23:19,23 24:2 31:22
46:4 49:4
**screenshots (1)**
63:7
**Sean (10)**
24:8,11,14 28:7 45:25
48:6,14 49:18 59:17
60:6
**search (7)**
34:18,18,21 62:22
63:2,9 67:13
**searches (1)**
67:14
**seat (2)**

25:14,15
**second (5)**
41:15,18 44:9 64:14
68:24
**Section (1)**
57:3
**see (6)**
15:17 20:24 21:15
31:14 52:4 60:14
**seen (9)**
27:9,12,23 28:14
30:18 50:17 52:17
59:6 62:17
**send (1)**
25:2
**sending (1)**
24:23
**sent (9)**
24:5,9,12 25:20 34:25
46:20 49:17 57:16
62:18
**separate (6)**
43:7,8,11 49:4 51:4,7
**serve (2)**
11:24 12:5
**served (1)**
64:12
**service (1)**
10:24
**set (5)**
20:21 21:4 64:2,14
72:13
**setting (1)**
21:4
**settled (1)**
43:3
**settlement (16)**
43:4,6,9,11,16,25
44:17,23 45:16,17
45:20 50:21,23 51:5
52:2,4
**settlements (2)**
45:7,9
**seven (3)**
6:12 49:8 63:17
**share (4)**
25:17,19 49:16,20
**shared (5)**
18:11 26:10 27:2 28:8
49:14
**Shorthand (2)**
2:8 72:3
**shoulder (3)**
25:5,5,6
**show (4)**
16:7 20:10 21:14

24:23
**shown (2)**
19:25 71:15
**shows (3)**
15:21 49:5 61:11
**shutter (1)**
20:15
**side (3)**
23:12 63:5,5
**sighting (1)**
61:9
**sightings (1)**
61:7
**signed (8)**
41:10 42:14 44:17,23
45:2 51:13,19 68:19
**significance (1)**
20:5
**similar (3)**
6:23 60:24 61:2
**site (1)**
33:23
**Sitwala (3)**
3:15 4:23 58:10
**six (3)**
6:12 62:7 63:17
**size (1)**
20:15
**slowly (1)**
7:16
**SLR (1)**
17:12
**smooth (1)**
10:24
**social (5)**
16:5,10 36:5 50:8
63:18
**sorry (13)**
11:20 13:12 19:18
21:9 23:21 30:9
32:20,25 41:17
51:14 55:13 62:13
66:10
**sort (1)**
7:14
**sounds (1)**
55:10
**Southern (3)**
1:3 4:7 74:3
**SPAHR (1)**
2:6
**speak (2)**
7:15 37:15
**Special (1)**
10:12
**specialist (2)**

3:18 4:12
**specific (4)**
10:20 22:13 41:24
42:3
**specifically (1)**
59:5
**speed (1)**
20:15
**spell (1)**
5:14
**spoke (6)**
37:3,4 40:3,6 58:5,21
**spoken (2)**
48:9,11
**spreadsheet (1)**
67:18
**staff (1)**
38:19
**stage (2)**
15:4,6
**stamped (2)**
28:23 31:2
**start (4)**
4:2 61:18 65:3 69:11
**started (5)**
10:8 12:15 15:15
34:17 38:19
**starting (2)**
8:24 10:5
**State (2)**
72:6,21
**stated (1)**
68:7
**States (4)**
1:2 2:11 4:6 74:2
**status (1)**
43:2
**stay (1)**
69:3
**stenographically (1)**
72:12
**stipulation (3)**
50:14 51:18 73:18
**stock (1)**
22:15
**stories (1)**
34:23
**story (1)**
31:24
**Stream (1)**
3:6
**street (3)**
3:12 5:16 14:22
**struggling (1)**
6:18
**stuff (1)**

63:18
**style (2)**
60:24 61:2
**subject (1)**
71:14
**submitted (12)**
53:7,12,13,14 54:4,18
54:21 55:6,10,19,24
56:3
**Subscribed (1)**
71:19
**subscription (1)**
21:25
**sue (1)**
42:12
**suggest (1)**
29:13
**suggests (1)**
64:22
**suit (1)**
25:7
**summertime (1)**
39:17
**Sunrise (1)**
3:5
**super (1)**
33:6
**supplement (1)**
64:15,21,22 65:2,5,10
66:11,19 67:6 68:4
68:10
**supplemental (1)**
66:13
**supplementary (3)**
64:2,14 73:24
**supplements (1)**
66:8
**sure (50)**
5:15 9:24 15:9 18:9
22:13 27:19,21
31:14 33:7 34:5
35:16 36:10 37:7
38:10 39:15,16,25
40:11,13 41:9 42:4
42:11,15 43:19
44:24 47:7,15 48:18
50:25 52:9,11 53:19
53:25 55:16,17,22
57:25 58:23 60:2
61:14 62:10 63:11
63:16 64:19,25
66:17 67:10,16,18
68:17
**suspect (1)**
59:23
**suspicion (2)**

28:2,6
**Susquehanna (2)**
9:9,11
**swear (1)**
5:6
**sworn (3)**
5:7 71:19 72:8
**system (1)**
54:11

_____
**T**

**T (4)**
3:17 5:7,7,7
**take (17)**
7:19 8:11,15 9:13,21
    13:22 14:7 15:22
    16:16,22 18:7 21:2
    22:10,11,25 24:2
    38:24
**taken (4)**
23:24 47:23 54:6
    72:12
**takes (1)**
17:8
**talk (3)**
43:17,18 68:24
**taxicabs (1)**
36:3
**tell (5)**
19:25 28:4,6 49:19
    70:3
**tend (1)**
39:17
**term (1)**
57:3
**terms (2)**
44:3 54:13
**testified (2)**
5:8 57:11
**testify (1)**
72:8
**testimony (7)**
7:6,7,10 51:3 66:2
    71:13 72:11
**text (18)**
23:9,11,14 24:3,4,10
    34:22 45:21,24 46:4
    46:14 47:8,14,16,25
    48:4 73:16,17
**texts (1)**
25:13
**thing (4)**
5:15 37:25 49:21
    52:23
**think (23)**
7:25 9:10,19 17:7

19:21 20:21 24:17
    30:2 36:12 37:13
    38:8 43:4 44:21
    46:24 47:6 50:25
    57:17 58:4 61:15,20
    67:22 68:23 69:15
**third (7)**
2:7 4:9,13 30:25
    32:22 44:18,22
**thought (3)**
15:23 33:22 65:20
**three (4)**
40:4,12 45:6 51:21
**time (33)**
8:12 11:9 12:25 13:18
    17:21 19:12 20:12
    23:5 28:13 30:17
    38:25 39:4,7 40:25
    44:10,13 45:22
    47:22 48:2 50:16
    51:24 52:2,16 58:17
    58:19 59:2 64:5,8
    64:24 69:6,10 71:6
    72:12
**timely (1)**
10:22
**times (1)**
51:9
**TMZ (17)**
6:15 27:16 32:15
    40:21 41:4,12 42:5
    42:16 45:10 46:7
    47:17 49:5,17 50:2
    50:7 51:4 52:6
**TMZ's (3)**
41:24 42:9 49:11
**today (9)**
7:7 8:17 16:25 38:5
    40:23 60:5 61:17,20
    62:8
**top (8)**
14:11 20:6 21:10 24:7
    41:8 46:15 47:16
    60:19
**transactions (2)**
10:19,21
**transcript (2)**
71:14 72:11
**treasurer (1)**
12:14
**true (2)**
71:14 72:11
**Trump (3)**
15:12,13 16:17
**truth (3)**
72:8,9,9

**truthful (2)**
7:7,10
**try (3)**
7:16,21 8:4
**TSG (2)**
4:12,16
**turn (11)**
13:11 21:7 30:25
    32:17,18,22 33:15
    33:16 56:17 60:10
    63:3
**turning (3)**
48:21 49:10 63:4
**tweet (5)**
49:4,4,11,24 50:3
**twice (1)**
62:9
**Twitter (1)**
38:22
**two (18)**
10:3 16:20 17:25 18:6
    18:13,16,17,17
    23:24 40:4 41:20
    45:6,7 46:5 49:2,6
    51:22 64:10

_____
**U**

**U.S (1)**
56:15
**unauthorized (1)**
35:14
**understand (5)**
7:5 8:3,9 13:19 47:13
**understood (1)**
8:7
**United (3)**
1:2 4:6 74:2
**University (1)**
9:9
**URL (1)**
41:24
**use (23)**
15:25 16:3,24 19:7,8
    22:7 29:24 30:12
    35:7,17 36:19,22
    37:2 41:24 42:2,9
    42:13,24 44:18
    46:25 52:8 59:22
    63:12
**uses (4)**
32:8 35:14 39:12
    67:13

_____
**V**

**v (1)**
1:8

**Valley (1)**
3:6
**variance (1)**
12:12
**various (3)**
20:14 21:25 54:23
**version (1)**
33:7
**versus (1)**
4:5
**vice-president (1)**
10:4
**video (3)**
3:18 4:12 38:17
**video-recorded (1)**
4:3
**VIDEOGRAPHER...**
4:2 5:5 39:4,7 44:10
    44:13 69:6,10 71:6
**videos (1)**
38:15
**Videotaped (2)**
1:13 2:5
**view (1)**
20:9
**virtue (1)**
44:6
**Voice (1)**
30:24
**VP (1)**
10:15

_____
**W**

**W-A-S-H-I-N-G-T-...**
5:16
**wait (1)**
7:24
**walk (2)**
9:22 15:7
**want (7)**
20:17 41:14 45:5,12
    46:18 50:12 68:23
**wanted (1)**
49:22
**Warner (5)**
6:17 41:5,12 44:6
    45:10
**Washington (2)**
5:16 27:17
**wasn't (4)**
24:18 35:16 47:7 60:2
**Watchung (1)**
9:3
**way (3)**
8:5 48:20 62:25
**we'll (1)**

56:12
**we're (11)**
12:14 39:5,8 44:11,14
    45:13 67:25 68:22
    69:7,11 71:7
**we've (3)**
13:2 40:18,18
**wealth (1)**
10:8
**web (1)**
33:13
**website (2)**
31:15 54:15
**wedding (34)**
14:19,20 15:11,21
    16:14,17 17:15
    22:21 23:10,17,20
    23:25 24:15,16
    26:15,24 32:11
    34:15,24 36:25 40:5
    42:8,10,13 46:2,6
    48:14 53:9 54:8
    57:18,19 61:11 66:4
    66:5
**weekends (1)**
39:18
**weeks (2)**
62:7 68:21
**went (3)**
32:11 33:23 54:22
**West (1)**
3:12
**whirlwind (1)**
52:13
**wife (7)**
14:22 32:6,7 34:22,25
    34:25 66:6
**wife's (1)**
32:9
**wish (1)**
74:4
**witness (4)**
5:6 69:4 71:11 73:3
**Word (1)**
67:17
**work (3)**
9:23 54:14 63:15
**worked (2)**
9:24 10:2
**working (4)**
10:23 51:23,25 68:16
**works (1)**
54:12
**worth (2)**
61:16 62:8
**written (1)**

43:11
**wrote (2)**
46:17 49:13

—————————
**X**
**x (2)**
1:5,11
**XI00939 (1)**
72:23

—————————
**Y**
**yeah (16)**
6:18 9:19 17:10 24:18
  27:5 30:21 33:3,18
  37:19 41:5 54:13
  55:25 61:6 66:4
  68:20 70:9
**year (2)**
11:18 40:10
**years (5)**
10:2,3 29:22 40:12
  65:21
**yelled (1)**
15:12
**York (17)**
1:3,14,14 2:7,7,11 3:6
  3:13,13 4:7,9,9,14
  4:14 72:6,21 74:3

—————————
**Z**
**zoning (4)**
12:5,6,11,12
**zoomed-in (1)**
33:6

—————————
**0**
**005 (1)**
55:5
**07030 (1)**
5:17

—————————
**1**
**1 (8)**
4:3 12:23,24 13:3
  32:19,20 69:7 73:9
**1:17-cv-04712-GH ...**
1:4
**10 (5)**
50:14,17 51:18 56:19
  73:18
**10:27 (2)**
2:3 4:11
**10019 (1)**
3:13
**101 (1)**
57:3

**10th (3)**
23:22 56:21 57:22
**11 (10)**
1:15 2:2 3:5 4:10 34:3
  34:8,10 52:14,17
  73:20
**11:07 (1)**
39:4
**11:12 (1)**
39:7
**11:18 (1)**
44:10
**11:20 (1)**
44:13
**11:56 (1)**
69:6
**1107 (1)**
5:17
**11580 (1)**
3:6
**11th (1)**
23:23
**12 (4)**
58:24 59:3 73:9,22
**12:01 (1)**
69:10
**12:02 (2)**
71:6,9
**13 (7)**
64:2,16 65:4 68:4,7
  73:24,25
**134834 (1)**
1:23
**14 (4)**
64:6,16 65:11 66:12
**1450 (2)**
5:15,15
**159 (1)**
31:2
**17 (1)**
73:10
**18th (1)**
59:12
**19 (1)**
73:11

—————————
**2**
**2 (10)**
17:19,20,23 18:13,16
  20:8,10 65:4 69:11
  73:10
**2003 (1)**
9:5
**2013 (1)**
9:10
**2017 (9)**

1:15 2:2 4:10 11:6
  48:10 56:19 59:21
  62:5 72:24
**2021 (1)**
72:22
**21 (1)**
72:24
**23 (1)**
73:12
**25 (1)**
22:24
**26 (1)**
51:16
**28 (1)**
73:13

—————————
**3**
**3 (11)**
19:10,11,13,22 20:2
  21:7,20 32:17 33:16
  65:11 73:11
**30 (1)**
73:14
**300 (1)**
3:12
**30th (1)**
51:20
**35-millimeter (1)**
17:8

—————————
**4**
**4 (5)**
23:3,4,6 65:10 73:12
**40 (1)**
73:15
**45 (1)**
73:16
**48 (1)**
73:17

—————————
**5**
**5 (8)**
28:10,11,14,23 66:7
  66:11 73:5,13
**50 (1)**
73:19
**52 (1)**
73:21
**57th (1)**
3:12
**59 (1)**
73:23

—————————
**6**
**6 (9)**
30:15,16,18,22 60:11

66:7,12 72:22 73:14
**64 (2)**
73:24,25

—————————
**7**
**7 (9)**
14:4 16:21 23:15
  40:24 41:2 51:11,15
  66:18 73:15
**747 (1)**
4:13

—————————
**8**
**8 (8)**
14:8 18:2 33:16 45:21
  45:23 67:5,6 73:16

—————————
**9**
**9 (5)**
47:25 48:3,21 49:11
  73:17
**9:38 (1)**
23:16
**919 (2)**
2:6 4:8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN OTTO,

Plaintiff,

- against -

HEARST COMMUNICATIONS, INC.

Defendant.

Docket No. 1:17-cv-4712

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff Jonathan Otto ("Otto" or "Plaintiff"), by and through his undersigned counsel, as

and for his Complaint against Defendant Hearst Communications, Inc. ("Hearst" or

"Defendant") hereby alleges as follows:

### NATURE OF THE ACTION

1.       This is an action for copyright infringement under Section 501 of the Copyright

Act. This action arises out of Defendant's unauthorized reproduction and public display of a

copyrighted photograph of President Donald Trump crashing a wedding at Trump National Golf

Club in Bedminster, New Jersey, owned and registered by Otto, a New York City-based

photojournalist. Accordingly, Otto seeks monetary relief under the Copyright Act of the United

States, as amended, 17 U.S.C. § 101 *et seq.*

### JURISDICTION AND VENUE

2.       This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq.* This Court has

subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.       This Court has personal jurisdiction over Defendant because Defendant resides in

and/or is transacting business in New York.

EXHIBIT
1
12/11/17 AR

4.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.    Otto is a professional photojournalist in the business of licensing his photographs to online, print, and television stations for a fee, having a usual place of business at 31450 Washington Street, Hoboken, New Jersey 07030.

6.    Upon information and belief, Hearst is a foreign business corporation duly organized and existing under the laws of the State of Delaware, with a place of business at 225 Liberty Street, New York, New York 10281. Upon information and belief, Hearst is registered with the New York Department of State, Division of Corporations to do business in the State of New York. At all times material hereto, Hearst has owned and operated a website at the URL: www.esquire.com (the "Website").

## STATEMENT OF FACTS

**A.    Background and Plaintiff's Ownership of the Photograph**

7.    Otto photographed Donald Trump crashing a wedding in Trump National Golf Club in Bedminster, New Jersey (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8.    Otto is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9.    The Photograph has a pending application with the United States Copyright Office and was given pending number 1-5377479441. See Exhibit B.

10.    The fee has been paid the work has been deposited with the Copyright Office.

**B.     Defendant's Infringing Activities**

11.     Upon information and belief, on or about June 11, 2017, Hearst ran an article on

the Website entitled *President Trump is the Ultimate Wedding Crasher*. See

http://www.esquire.com/news-politics/news/a55573/president-trump-wedding-crasher/. The

article prominently featured the Photograph. A true and correct copy of the article is attached

hereto in Exhibit C.

12.     The Photograph appears on Hearst's servers.

13.     Hearst did not license the Photograph from Plaintiff for its article, nor did Hearst

have Plaintiff's permission or consent to publish the Photograph on its Website.

## CLAIM FOR RELIEF
## (COPYRIGHT INFRINGEMENT AGAINST HEARST)
## (17 U.S.C. §§ 106, 501)

14.     Plaintiff incorporates by reference each and every allegation contained in

Paragraphs 1-13 above.

15.     Hearst infringed Plaintiff's copyright in the Photograph by reproducing and

publicly displaying the Photograph on the Website. Hearst is not, and has never been, licensed or

otherwise authorized to reproduce, publicly display, distribute and/or use the Photograph.

16.     The acts of Defendant complained of herein constitute infringement of Plaintiff's

copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the

Copyright Act, 17 U.S.C. §§ 106 and 501.

17.     Upon information and belief, the foregoing acts of infringement by Hearst have

been willful, intentional, and purposeful, in disregard of and with indifference to Plaintiff's

rights.

18.    As a direct and proximate cause of Defendant's infringement of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to recover his damages and defendant's profits pursuant to 17 U.S.C. § 504(b).

19.    Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

20.    Plaintiff further is entitled to recover his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.    That Defendant Hearst be adjudged to have infringed upon Plaintiff's copyright in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2.    That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3.    That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4.    That Plaintiff be awarded his costs, expenses and attorney's fees pursuant to 17 U.S.C. § 505;

5.    That Plaintiff be awarded pre-judgment interest; and

6.    Such other and further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal

Rule of Civil Procedure 38(b).

Dated:   Valley Stream, New York
         June 21, 2017

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
    Richard P. Liebowitz
    11 Sunrise Plaza, Suite 305
    Valley Stream, New York 11580
    Telephone: (516) 233-1660
    RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Jonathan Otto*

# EXHIBIT A



# EXHIBIT B

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-5377479441

## Mail Certificate

Richard Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

**Priority:**   Routine          **Application Date:**   June 12, 2017

## Correspondent

**Name:**   Richard Liebowitz
**Email:**   rl@liebowitzlawfirm.com
**Telephone:**   (516)233-1660
**Address:**   11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

Registration Number

# *-APPLICATION-*

## Title _____

**Title of Work:**  Donald Trump crashes wedding at Trump Nationsl Golf Club, Bedminster, NJ

## Completion/Publication _____

**Year of Completion:**  2017
**Date of 1st Publication:**  June 10, 2017
**Nation of 1ˢᵗ Publication:**  United States

## Author _____

**Author:**  Jonathan Otto
**Author Created:**  photograph
**Citizen of:**  United States

## Copyright Claimant _____

**Copyright Claimant:**  Jonathan Otto
1450 Washington Street, Hoboken, NJ, 07030, United States

## Certification _____

**Name:**  Richard Liebowitz
**Date:**  June 12, 2017

# EXHIBIT C

6/21/2017                                   President Trump is the Ultimate Wedding Crasher



# President Trump Is the Ultimate Wedding Crasher

He wants to Make Marriage Great Again.

6/21/2017    Case 1:17-cv-04712-GHW-JLC Document 1-1 Filed 06/21/17    Page 3 of 10



Instagram/@lauramp11

BY PETER WADE   JUN 11, 2017



577

The most recognizable guest at Kristen Piatkowski and Tucker Gladhill's wedding on Saturday night wasn't even invited. President Donald Trump crashed the couple's wedding taking place at Trump National Golf Club in Bedminster, New Jersey.

Photos surfaced on Instagram showing the happy husband and wife smiling with President Trump, who apparently stopped by to greet the couple and shake hands with guests.



Instagram/@lauramp11

ADVERTISEMENT · CONTINUE READING BELOW

Trump has become such a fixture at nuptials at his resorts, the Bedminster club once advertised a Trump appearance as a potential feature of booking a wedding there, according to a now-discontinued brochure obtained by the *New York Times*:

> **If [Trump] is on-site for your big day, he will likely stop in & congratulate the happy couple. He may take some photos with you but we ask you and your guests to be respectful of his time & privacy.**

This was Trump's 24th visit to a golf course since he was elected. In addition to making an appearance, it looks like Trump also took the time to sign autographs for fans. One photo showed Trump with a Sharpie, waving a Make America Great Again hat.





Instagram/@lauramp11

[H/T *The Hill*]

# MORE FROM ESQUIRE:



The President-Elect Would Prefer Some 'Soft Sensuality' at His Inauguration



Alec Baldwin Continues to Troll Trump, This Time in Russian

ADVERTISING





The Worst Heat Wave in Decades is
Scorching the American Southwest



This Millionaire Hid Nearly $2 Million Worth
of Treasure in the Rockies





Okay, So You Kick Nancy Pelosi Out. Then
What?



We Make Our Own Monsters, Even Out of
Ourselves

Case 1:17-cv-04712-GHW-JLC    Document 57-1    Filed 03/26/18    Page 49 of 91

6/21/2017    Case 1:17-cv-04712-GHW<sub></sub>President Trump is At Least 'Looking At A Book' Document 57-3 Filed 06/21/17    Page 8 of 10



# Esquire

The 'Moderate' Republican Senator Is a Dangerous Myth

Either the Queen Just Threw Shade at Trump, or His State Visit Is Off

Do Not Ignore This Persistent Truth About Republicans

Chris Christie Doesn't Care About His Approval Rating, Which Happens to Be 15%

Uber Co-Founder Travis Kalanick Resigned as CEO on Tuesday

Paul Ryan's New Challenger Produced One Hell of a Political Ad





shop now

NEWS & POLITICS    DONALD TRUMP    LAURA PIATKOWSKI    PRESIDENT OBAMA, WEDDING CRASHER

DONALD TRUMP WAS REALLY DESPERATE TO GO TO CHELSEA CLINTON'S WEDDING

SEN. LINDSEY GRAHAM RETALIATED AGAINST DONALD TRUMP WITH THE ULTIMATE VIDEO COMEBACK

STEPHEN COLBERT AND DONALD TRUMP WERE THE ULTIMATE COMEDY DUO LAST NIGHT

TRUMP READING UPDATE: PRESIDENT TRUMP IS AT LEAST 'LOOKING AT A BOOK'

DONALD TRUMP TO TAKE ANOTHER STAB AT THIS WHOLE RUNNING FOR PRESIDENT THING





## *Esquire*



MORE FROM NEWS & POLITICS

*Esquire*   f   y   g+   p   t   instagram   youtube

| | | |
|---|---|---|
| Newsletter | Digital Editions | About Us |
| Media Kit | Press Room | Contact Us |
| Community Guidelines | Advertise Online | About Our Ads |
| Customer Service | Subscribe | Other Hearst Subscriptions |
| Give a Gift | Events & Promotions | BestProducts |
| Giveaways | Being Green | Why Did I Get This Ad? |

A PART OF HEARST DIGITAL MEDIA

Esquire participates in various affiliate marketing programs, which means Esquire gets paid commissions on purchases made through our links to retailer sites.

©2017 Hearst Communications, Inc. All Rights Reserved.

Privacy Policy    Your California Privacy Rights    Terms of Use    Site Map





BY GLEN WEISS   JUN 11, 2017

The most unexplainable guest at Alison DuBois's and Decker Gladbiil's wedding on Saturday night wasn't even invited. President Donald Trump crashed the couple's wedding taking place at Trump National Golf Club in Bedminster, New Jersey.

Photos surfaced on Instagram showing the happy husband and wife smiling with President Trump, who apparently stopped by to greet the couple and shake hands with guests.

Trump has become such a fixture at weddings at his resorts, the Bedminster club even published a Trump appearance as a potential feature of holding a wedding there, according to a news-item reported by reporters Maloney for the New York Times.

If Trump] to see that for your big day, he will surely stop in & congratulate the happy couple. He may even take some photos with you but we ask you and your guests to be respectful of his time & privacy.

This was Trump's golf visit to a golf course since he was elected. In addition to making an appearance at both the Trump also took the time in to snap photos for fans. Our photos showed Trump with a Sharpie, writing a Make America Great Again hat.

MOST POPULAR

If Michael Flynn Is Talking the Game Has Changed

Once So You Rich Money Bitcoin Out. Then What?









OTTO_0014



Info ⌄

Title                No Title

Caption              No Caption

Copyright            Jonathan Otto

☆  ☆  ☆  ☆  ☆

Original                                          JPG
IMG_8105.JPG
Captured June 10, 2017 at 9:31:52 PM

Apple iPhone 7
3.99mm (iPhone 7 back camera 3.99mm ƒ/1.8)
3024 x 3024 (4032 x 3024)

1/6 sec        ƒ/1.8        ISO 100

OTTO_0015





OTTO_0017

●●●○○ Verizon 📶                    7:25 AM                    ◢ ⏰ ✳ 78% 🔋

<                                     ⓘ

(612) 702-4605

iMessage
Saturday 9:38 PM







EXHIBIT
4
12/11/17 AK

   iMessage 


●●●○○ Verizon 📶    7:25 AM    🧭 🕐 ❋ 78% 🔋





(612) 702-4605

Text Message
Saturday 7:09 PM



iMessage
Saturday 9:38 PM



    

7/19/2017    Donald Trump crashes wedding at his New Jersey golf club | Daily Mail Online

**Feedback**  Like 11.7M    Wednesday, Jul 19th 2017 8PM 9(







Brad Pitt 'texting Jennifer Aniston' post split with Angelina Jolie



Jennifer Garner 'brings ex Ben Affleck to the Bahamas'

- Trump was seen in social media pictures posing for photos during a reception
- President has spent the weekend at his Trump National Golf Club in New Jersey
- The club came under fire for including potential visits and photo opportunities with Trump in a brochure given to people thinking about booking the venue
- Photos from Saturday night show Trump speaking and dancing with the bride

By LIAM QUINN FOR DAILYMAIL.COM
PUBLISHED: 11:27 EDT, 11 June 2017 | UPDATED: 23:41 EDT, 11 June 2017

 Share       **9.5k** shares   **1.6k** View comments



7/19/2017                    Donald Trump crashes wedding at his New Jersey golf club | Daily Mail Online

During yet another weekend away at one of his golf courses, **Donald Trump** decided to stop in on a wedding reception.



The president headed to the Trump National Golf Club in Bedminster, New Jersey, for the weekend, officially to host a fundraiser for one of the state's Republican congressmen, Tom MacArthur.

But on Saturday night the president seemed to be in a partying mood, as he posed for pictures, danced with the bride, and gave a speech.

Photographs posted to social media showed him smiling with the newly-married couple, and in one it appeared as though he was handing out a signed red cap.

A guest at the wedding told the **Washington Post** Trump's visit was a whirlwind that lasted just a few minutes.

'It was very brief. He waved to everyone. Everyone obviously got very excited, got out of their chairs and came to take pictures,' Sean Burke told the Post.

'The bride came running out and he gave her a big hug and a kiss so she was just ecstatic. And then the groom found out, too... No one knew it was going to happen.'





FEMAIL T

▶ Oh mama! A
Jolie wears cl
camisole dre
daughter Shil
off a skater b
during trip to
in Los Angel

Perfect pair! .
Aniston wear
slinky white t
ripped jeans \
with dressed-
hubby Justin
Big Apple

HCI-OTTO-00109





▶ **Ben Affleck**
girlfriend Lin
Shookus go c
for coffee run
York... after h
out of film to
'wellness and

▶ **Joanna Kru**
her broken he
**Greece after**
she was 'blin
when Romain
asked for a di
because he w

▶ **She's a real**
babel Jessica
shows off him
during Hawai
getaway with
family...right a
announces p

▶ **Can an A-lis**
relationship F
end on good t
famous last w
celebrities ha
about their ex
**SPONSORED**

▶ **EXCLUSIVE**
Estranged hu
**Ben Affleck's**
**Lindsay Shoc**
on daddy duty
after his wife
the Hollywood

▶ **Fan approve**
Jenner's Insta
followers go v
she poses in
white dress a
**ONE MILLION**
hour

▶ **Cheers! Kate**
William raise
**Queen Elizab**
birthday as D
stuns in an ol
shoulder scar
at a Berlin ga

© Madelyn Smith/Instagram

**Donald Trump has been pictured crashing a wedding held at his golf course in New Jersey on Saturday night**

'He walked in and he walked out. It was three to four minutes, max.'

'It was very impromptu. It wasn't theatrical.'

Trump appearance comes after the course came under fire for including potential presidential appearance as a selling-point in brochures for people thinking about booking the site for a wedding.

'If he is on-site for your big day, he will likely stop in & congratulate the happy couple,' a brochure read, the **New York Times** reports.

'He may take some photos with you but we ask you and your guests to be respectful of his time & privacy.'

HCI-OTTO-00110

7/19/2017                    Donald Trump crashes wedding at his New Jersey golf club | Daily Mail Online

After the Times story was published, a spokesman for the course said the brochure
had been discontinued.

**SHARE THIS
ARTICLE**



**9.5k** shares

**RELATED ARTICLES**

 Trump is pictured on
the golf course AGAIN
after insisting...

 What about North
Korea?! Grinning Trump
hits his Palm Beach...

Trump hits the links
AGAIN as war looms:
President enjoys...

Trump is accused of
running scared of
protests as Downing...

▶ Me time! Me
picks up beau
supplies in M
enjoying retai
trip without h
kids
The 31-year-o
workout gear

▶ Mariah Care
energetic dia
takes to the s
final night in I
... after fans s
'shambolic' d
moves in vira

Advertisement

▶ From Ben A
Jennifer Gam
Efron and Var
Hudgens, the
couples we w
get back toge
SPONSORED



© Laura Piatkowski/Instagram                                              +9

**Trump was seen posing for pictures with the couple in images shared on Instagram and across
social media**

HCI-OTTO-00111

7/19/2017          Donald Trump crashes wedding at his New Jersey golf club | Daily Mail Online



**One of the pictures uploaded showed Trump dancing with the bride at his New Jersey golf club**

▷ Madame Tu... accused of 'whitewashing Beyonce's wa... as fans comp... Mariah Carey... Swift

▷ The mane a... Sia ditches tr... wig again as... on new proje... Kate Hudson The singer wa... without her ha

▷ Stevie Wond... 'marries third Tomeeka Bra... romantic cere They were ser... John Legends... at the nuptials

▷ A new beau... Michele hold... with fashion... Zandy Reich... one week afte... anniversary o... Monteith's de

▷ Game Of Th... brace for sho... between Jon... Littlefinger ov... as HBO relea... peek of episo...

▷ 'I was a drug... Jada Pinkett... reveals her d... while recallin... friendship wi... rapper Tupac

▷ Kim Kardas... youngest per... Forbes top-e... celebrities of... as the reality... in almost $50... at number 8

▷ That'll get th... talking! Kim K... leaves little t... imagination i... tank top as sh... out in curve-h... pants on nigh...

HCI-OTTO-00112

7/19/2017                    Donald Trump crashes wedding at his New Jersey golf club | Daily Mail Online



© Laura Piatkowski/Instagram                                    [○] +9

**Trump appears to be speaking to the crowd and gesturing with his hand in this photo from Saturday**

It is unclear if the president pulled on his white polo and played 18 this weekend - which, if he did, would mark the 25th time he has since taking office.

Based on his ultra-frequent outings, Trump - according to **Golf News** - is on track to play 387 rounds of golf over the next eight years, assuming he wins remains president for the full time and keeps up his current pace.

Barack Obama, who Trump routinely attacked for playing too much golf while in office, played 306 rounds as President, **Golf Digest** reports.

Obama's tally is almost 21 per cent below the number Trump is tracking towards.

▶ Elizabeth Hu
flaunts her pe
posterior in a
thong as she
topless in sul
Been treating
with sultry sna

Advertisement

Da

▶ 'There's too
animosity': A
cries as he ta
damaged rela
with brother I
saying he's 'b
from DUI arre

▶ EXCLUSIVE
Simpson's pa
be in jeopard
caught mastu
his Nevada p
by a female c
officer

HCI-OTTO-00113

7/19/2017                    Donald Trump crashes wedding at his New Jersey golf club | Daily Mail Online



© Laura Piatkowski/Instagram

It appeared as though Trump did not arrive at the wedding empty-handed, as this photograph shows him handed out a signed red cap

▶ Honeymoon
Jessica Chas
pajama suit a
returns to LA
husband Giar
Passi de Prep
after wedding

▶ Bella Thorn
wears bikini t
dinner date w
Disick, 34, as
spend second
row together
York City

▶ Long night?
Thorne seem
wear after kee
with wild Sco
for second ni
row
The 19-year-o
tired and dishe

▶ Pregnant Pr
Sofia of Swed
almost unreco
in a t-shirt an
charity socce
she places a
hand on her b

▶ 'Why the he
worry?': Ed S
hits out at tro
insists fan ba
his Game Of
cameo didn't
quit Twitter

▶ White hot! N
sizzles as she
her fabulous
skimpy bikini
beach as she
Victoria's Sec
shoot

▶ As Bella Ha
Kendall Jenn
Hailey Baldwi
repeatedly ate
chic booties,
FEMAIL's gui
weather footv
can wear now

▶ Bare butt m
Golf legend G
Norman, 62, s
snap of nude
during horse
in the Colorac
Wilderness

HCI-OTTO-00114

7/19/2017                    Donald Trump crashes wedding at his New Jersey golf club | Daily Mail Online



© Laura Piatkowski/Instagram

**Trump was constantly flanked by security as he crashed the wedding and was photographed with the groom**



Advertisement

BALENCIAGA

**SHOP NOW**

Da

▶ **Personal tra**
**Game Of Thr**
**Emilia Clarke**
**secrets of hor**
**'clean and lea**
**- and why she**
**diets**

▶ **'I haven't be**
**Hoboken sho**
**she died': Gri**
**Boss Buddy V**
**reflects on lo:**
**mother to AL:**
He's still mourn

▶ **'I'm a beauty**
**Drew Barrym**
**the products**
**loving right n**
**why spending**
**Cameron Diaz**
**her routine**

HCI-OTTO-00115

7/19/2017                    Donald Trump crashes wedding at his New Jersey golf club | Daily Mail Online



▶ Love with a
top! Smitten /
Rose flaunts
curves in mid
outfit on trip v
younger beau
Savage

▶ Olivia Wilde
is HONORED
Jennifer Lawr
'vomits' durin
scenes in her
production of
Orwell's 1984

▷ Where's Van
Nick Viall enjc
on-one lunch
Bachelor in P
castmate Ash
Iaconetti
No sign of his

▷ Sheer deligh
Theron flashe
bra in flimsy t
she promotes
Blonde
The 41-year-o
gave fans a th

▶ 'I cried, I cou
probably lost
pounds': Joar
says she was
blindsided wh
husband Ron
asked for a di

▷ He's writing
tell-all! Lamar
admits he's w
book as it's c
will spill on K
Kardashian's
splits' from K

▶ 'Any tips on
turn over at n
Pregnant Sen
Williams mak
night plea ask
how to sleep
baby bump - i
flooded with i

▶ Style 1011 G
the scenes of
Family star Sa
Hyland's new
school campa
Candle's and
few fashion ti

**Trump is seen yelling something to those gathered at his golf course for a wedding reception on Saturday night**

The fundraiser for MacArthur comes as the Republican faces pressure ahead of his reelection fight in 2018.

MacArthur has been met with protesters and angry constituents over his role in helping pass Trump's desired Obamacare overhaul, which is current stuck in the Senate.

The New Jersey congressman was one of the two Republicans from five in the state who backed the controversial would-be legislation.

The Congressional Budget Office estimated the House bill would leave 23 million fewer people with insurance by 2026.

HCI-OTTO-00116

7/19/2017                Donald Trump crashes wedding at his New Jersey golf club | Daily Mail Online



▶ He scrubs u
Prince Harry I
dapper as he
Falklands Wa
at black tie ch
dinner in Lon
He hosted the

▶ Idris Elba a
Winslet warm
as they film n
The Mountain
Us... after ten
shoot in rural

▶ Gotta get hi
hair! Kate Mo
Lottle debuts
candyfloss tr
night out with
amid 'split' fr
'cheating' bea
Mytton

▶ 'I probably v
survive': Abby
Miller, 50, exp
anxiety about
prison term d
View sit-down
before she ch

Advertisement





**Trump (pictured at the White House on June 1) is on track to play 387 rounds of golf over the next eight years, assuming he wins remains president for the full time and keeps up his current pace**

HCI-OTTO-00117






**Barack Obama, who Trump routinely attacked for playing too much golf while in office, played 306 rounds as President - 21 per cent fewer than Trump is on track to play**

Read more:
How many times has President Donald Trump played golf while in office?
We've crunched the numbers, and it's official: President Obama played A LOT of golf while in office - Golf Digest
www.nytimes.com/...
Trump Holds Major Fundraiser for NJ Congressman at His Golf Club | NBC New York
President Trump can't stop crashing parties at his golf clubs – The Washington Post

### Share or comment on this article

       **9.5k** shares

**FROM THE WEB**                                   Sponsored Links by Taboola





**Could Your Last Name Uncover Your Royal Relatives?**
Ancestry

**If you own a computer you must try this game**
Vikings: Free Online Game

**American Giant's New Dresses Are All You Need This Summer.**
Refinery29 | American Giant

HCI-OTTO-00118

7/19/2017                          Donald Trump crashes wedding at his New Jersey golf club | Daily Mail Online



**The Secret To Flawless Skin? This New Exfoliating Method**

InStyle | Trophy Skin



**Giveaways and Meet the FlavorFour in Boston July 22**

Facebook | Cheez Doodles



**The Most Armed US States, Ranked**

CBS News



**Here's Why Guys Are Obsessed With This Underwear...**

The Weekly Brief | Mack Weldon



**Manage Diabetes Using These 9 Tricks and Tips**

Livestrong for Healthline



**He Might Be The Last Thing You Ever See**

CNET



**MOST WATCHED NEWS VIDEOS**                                    Embed this

Director-General of the BBC Tony Hall speaks

Dan Walker on BBC pay story: 'It's going to

O.J. Simpson set to appear before Nevada

Violence on Wealdstone: a car

Heart-stopping moment bikers rob driver at

Tony Hall defends high BBC salaries as

Captured Islamic State fighters held in

Moment young seal is cut free from fishing

▶ What a trans
Ivanka Trump
home from an
morning work
gear, before c
into a glamor
for a day at th

▶ Braless Cou
Stodden flaun
and puts on e
popping disp
semi-sheer w
top in London
she is shooti
show

▶ Shirtless Ric
Gere, 67, goo
on the beach
family vacatio
son Homer, 1
girlfriend Alej
Silva, 34

▶ Do I have to
Sleepy Prince
rubs his eyes
royals receive
welcome in B
Charlotte is p
with a mini bo

▶ 'I'm glad to I
of him': Blac
says Rob Kar
'stressed' her
her NO mone
yet to return I
Range Rover

▶ Celine Dion
her chic strea
as she steps
head-turning
sequined jum
Showcasing a
stylish new loo

▶ Grey's Anat
Kate Walsh p
stunning Los
mansion- con
own Pilates s
the market fo
million

▶ Amal Cloon
floaty yellow
she holds ha
husband Geo
date night in
as they enjoy
holiday since
were born

HCI-OTTO-00119

7/19/2017                     Donald Trump crashes wedding at his New Jersey golf club | Daily Mail Online

Ad                                                                          ▷ ✕

**Balenciaga**
$302.00 $756.00 Shop the Newest S/S Collections.
mytheresa.com USA



▶ Tyga's ex De
squeezes her
into a khaki th
as she cuddle
Tom Zanetti d
sun-soaked y
Spain

▶ 'Ich heisse C
Kate practice
German with
after apologiz
Chancellor Ar
Merkel for no
the language

▷ She gave he
day off! Olivia
covers up in l
Waves Gotch
Vancouver aft
modeling a sv
Malibu

▶ Rooney Mar
completely to
she showers
passionately
with co-star E
Mendelsohn f
upcoming dra

**MOST READ NEWS**



| Charlie Gard is given legal | 'It's mortifying!' Senior female BBC | EXCLUSIVE: OJ Simpson's parole | EXCLUSIVE: 'One night mum and dad |

▷ Introducing
family already
Williams cont
smitten displa
handsome my
for dinner in F
daughter Mat

## Comments 1620
Share what you think



| Newest | Oldest | Best rated | Worst rated |

🔍 View all

The comments below have not been moderated.

Gora.chora, Cincinnati, United States, 1 month ago

That would be awesome. The White House used to have an open door policy about visitors and parties until Lincoln ended it. One more reason he was hated when he was president. How's he looking now?

Click to rate    ⬆ 1    ⬇ 2

opticview, International Space Centre, Åland Islands, 1 month ago

Talk about ruining someone's wedding

Click to rate    ⬆ 10    ⬇ 21

Pattycakes, Montreal, Canada, 1 month ago

Extra charge for a pose with Trump. The grift never ends.

Click to rate    ⬆ 13    ⬇ 10

▶ 'Mom alread
Ben Affleck r
moment unim
daughter Viol
fun after he re
would receive
humanitarian

▶ X-Men star J
McAvoy's bro
sent to prison
months abdu
father-of-four
accomplice b
beat their vict

▷ Kris she for
Momager Jen
flashes her bi
seriously spla
cash in Herm
boyfriend Cor
Gamble, 33



HCI-OTTO-00120



**smoker**, Small Town, United States, 1 month ago

That was Hillary that did that. I'll bet she really misses the millions that she got. I'm looking forward to the day all the people and countries she took money from come to collect it from her.

Click to rate   19   8

**Peaceful feeling**, Philadelphia pa, United States, 1 month ago

Nice President Trump

Click to rate   23   14

**Sirus67**, Glasgow, United Kingdom, 1 month ago

Love it ..nice one Mr P

Click to rate   24   11

**sodapo**, Boludos, Argentina, 1 month ago

I hope he didn't grab the bride's kitty!

Click to rate   19   32

**Susanusher**, Cardiff, 1 month ago

That was a nice thing to do.

Click to rate   28   12

**Smith2030**, Phoenix, United States, 1 month ago

A sitting president drops in for a photo shoot at someone's wedding and it makes negative news? Only in America.

Click to rate   46   14

**Pattycakes**, Montreal, Canada, 1 month ago

It's part of the Premier Reception Package ($350,000 & up). The package includes an appearance by President Trump. Only in Trumpland.

Click to rate   6   9

**Parakeetpoopings**, Huntsville, United States, 1 month ago

The libs didn't mind Obama doing the same

Click to rate   10   1

**pinot gris**, Bruny Island Tasmania, Australia, 1 month ago

HCI-OTTO-00121



7/19/2017                    Donald Trump crashes wedding at his New Jersey golf club | Daily Mail Online

I think that is great

Click to rate    △ 31    ▽ 11

johnnybragetti, Jefferson, United States, 1 month ago

Libs don"t get hand outs, another FALSE narrative, spread by reactionary fadio. Trump hates his country and is an embarrrassment

Click to rate    △ 10    ▽ 39

Smith2030, Phoenix, United States, 1 month ago

In case you've been absent since 1963 the libs have been keeping people in poverty for over 50 years.

Click to rate    △ 21    ▽ 3

Parakeetpoopings, Huntsville, United States, 1 month ago

And the ones getting the handouts keep voting for libs. That's how democrats get their votes.

Click to rate    △ 7    ▽ 0

实 View all

The views expressed in the contents above are those of our users and do not necessarily reflect the views of MailOnline.

We are no longer accepting comments on this article.

## MORE TOP STORIES

▶ Push Trump
Cliff: Rosie O
under fire afte
shares link to
that encourag
to kill Preside
They've feude

▶ From beach
Kylie Jenner'r
'highlighter' h
stylists' VERY
tips for luscio
festival-inspir
Step-by-step g

▶ Up All Night
Tomlinson loo
sleepy as he
on his gruelin
tour for new s
One Direction
hitting promo

▶ Stunning Na
Portman ravle
boho-inspired
as she steals
at Dior for Lo
Tokyo
Mom-of-two is

▶ Topless Nac
slips off her s
negligée to ro
onscreen hus
Crudup in nev
Gypsy... as it
they are 'datir

▶ Jennifer Ani
highlights av
in T-shirt and
jeans for dinn
with Justin Ti
Enjoyed a mea
friends in the E

▶ Beauty at th
Christina Mill
wardrobe mal
tiny string bik
Miami holiday
Singer, 35, flas
toned abs on t

▶ Wolverine's
friend! Hugh
shares adoral
his beloved F
Bulldog slidir
couch
Pooch is called

HCI-OTTO-00122

EXHIBIT
6
12/11/17 AR
PENGAD 800-631-6989



CAROLYN KASTER/AP

President Donald Trump speaks in the East Room at the White House in Washington, Monday, June 5, 2017. Trump is making the case for privatizing the nation's air traffic control system.

JUNE 12, 2017

# Trump plays wedding crasher at New Jersey ceremony

BY **PATRICIA MADEJ**
*PhillyVoice Staff*

President Donald Trump paid a bit of a surprise visit over the weekend.

Trump crashed a wedding reception happening at Trump National Golf Club in Bedminster Township in New Jersey late Saturday night, CNN reported.

## RELATED: Trump trading in White House, Palm Beach for New Jersey

HCI-OTTO-00157

Kristen Piatkowski and Tucker Gladhill, the bride and groom, were celebrating with friends and family when Trump played wedding crasher around 10:30 p.m.

Secret Service agents first stopped in to clear the way and make sure the guests wouldn't swarm Trump, who then posed for photos while the crowd chanted, "USA!"



 Ashley Killough  Follow
@KilloughCNN

Trump made surprise stop at wedding reception last night at Bedminster. The crowd broke out into chants of "USA!" (Video obtained by CNN)

3:33 PM - 11 Jun 2017 · Branchburg, NJ

 ⟳ 2,807    ♡ 6,027

HCI-OTTO-00158

7/19/2017                          Trump plays wedding crasher at New Jersey ceremony | PhillyVoice



**beautyonlocationnj**
Trump National Golf Club Bedminster                                    **Follow**

**168 likes      26 comments**
We were with Her: Our beautiful bride ❤Makeup & Hair by our amazing team
@beautyonlocationnj Venue @trumpgolfbedminster #njbride #njwedding

Sean Burke, a guest at the wedding, told The Washington Post that Trump's appearance
lasted about four minutes.

"It was very brief. He waved to everyone. Everyone obviously got very excited, got out of
their chairs and came to take pictures," Burke said. "The bride came running out, and he
gave her a big hug and a kiss, so she was just ecstatic. And then the groom found out, too."

HCI-OTTO-00159

Before becoming president, Trump would often crash weddings at the golf club. The likelihood was even noted in a since discontinued brochure.

"If he is on-site for your big day, he will likely stop in & congratulate the happy couple. He may take some photos with you but we ask you and your guests to be respectful of his time & privacy," the brochure read, according to The New York Times.

Trump's weekend visit was his second to the New Jersey golf course since becoming president.



**PATRICIA MADEJ**
patricia@phillyvoice.com

## You May Like

Promoted Links by Taboola ▷

**Remember Barbi Benton? What She Looks Like Today Is Unreal**
Hyperactivz

**Eagles cut a couple guys**

**Troubled News Anchor Does The Unthinkable On Air**
www.heraldweekly.com/

**Eagles LB Mychal Kendricks for Bears CB Kyle Fuller: Who says no?**

**Here's What New Dental Implants Should Cost**
Save On Dental - Ads

**Why Phillies could act quickly on a Jeremy Hellickson trade and an idea of what they could receive in return**

**The LPGA Is Questioning Her Outfit Choices**

HCI-OTTO-00160

**The Brofessional**

**A doctor's opinion of Sidney Jones' likelihood of playing in 2017 and returning to 100 percent**

## From The Web

* **Remember Barbi Benton? What She Looks Like Today...** (Hyperactivz)
* **Here's What New Dental Implants Should Cost** (Save On Dental - Ads)
* **The LPGA Is Questioning Her Outfit Choices** (The Brofessional)
* **32 Gorgeous WNBA Players On & Off The Court** (www.heraldweekly.com)
* **The Royal Family Was Shocked When Kate Wore This** (StyleBistro)
* **Eagles cut a couple guys**
* **Eagles LB Mychal Kendricks for Bears CB Kyle Fuller: Who say...**
* **Why Phillies could act quickly on a Jeremy Hellickson trade and ...**
* **A doctor's opinion of Sidney Jones' likelihood of playing in ...**
* **Three Eagles draft picks considered steals by NFL pers...**

## More From PhillyVoice

Promoted Links

by Taboola ▷

## *Just In*

* Q&A: How Trump could help sink Obama health law
* Parents of Bucks County murder victim hires Philly law firm
* Coyotes on the Main Line? Officials warn residents to be on the lookout
* Heat index of 100 degrees (and beyond) seen for Thursday and Friday
* Video: N.J. woman shatters ex's car windows with kids inside
* NJ Transit weighs disciplinary actions over canceled trains

HCI-OTTO-00161

# *Must Read*

**TRIBUTES**



 

Girlfriend of Bucks County murder victim shares moving tribute on Instagram

**ODD NEWS**



'Nightmarish number of huge spiders' are scaring SEPTA commuters at one train station

HCI-OTTO-00162

  

●○○○○ Verizon  LTE                    12:43 PM                    ⁂ ⏰ ⁑ 95% ▮ ⚡

(612) 702-4605

Yesterday 2:33 PM

Hey, TMZ & others using my photo above without credit/compensation. You send to anyone? I want my cut

Nope!

They reached out to kat



**PRESIDENT TRUMP**
**WEDDING CRASHER**

6/11/2017 7:34 AM PDT



EXHIBIT
8
12/11/17  AC
PENGAD 800-631-6989

    

iMessage

OTTO-0011



••○○○ Verizon 🛜                5:58 PM            ✈ ⏰ ✲ 15% 🔋

‹                           **Tweet**                          ✍

**TMZ** ✔ @TMZ · 7h
President Trump: Wedding Crasher
(PHOTOS) dlvr.it/PLSnOF

↩ 28          ⟲ 25          ♥ 90          ✉

**Jonathan Otto**
@OttoJon

Replying to @TMZ

This is my original photo @TMZ – where
is credit/compensation? Someone at
event with me obviously shared without
permission – please DM me.



••○○○ Verizon  LTE          2:19 PM         ✈ ⏰ ✲ 67% 🔋
‹                          Yesterday                  Details
                            9:31 PM

EXHIBIT 9  12/11/17

Tweet your reply

 Home    Explore    Notifications    Messages   

OTTO_0012

●●○○○ Verizon 📶     5:58 PM     🧭 ⏰ ⚹ 15% 🔋

 **Tweet** 



               

6/11/17, 2:58 PM

📊 VIEW TWEET ACTIVITY

↩️     🔁     ❤️     ✉️

 **Jonathan Otto** @OttoJon · 2h     ⌄
Replying to @OttoJon and @TMZ
Cc. @HarveyLevinTMZ would like someone to contact me asap

               

Tweet your reply

               
Home     Explore     Notifications     Messages     

OTTO_0013



Case 1:17-cv-04763-LTS-SN   Document 20   Filed 10/30/17   Page 1 of 1

Swain, 8

```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #: _____          │
│ DATE FILED: _10.30.17_          │
└─────────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                          :
JONATHAN OTTO,                                            :
                              Plaintiff,                  :
                                                          :
            -against-                                     :   Index No. 1:17-cv-04763-LTS-SN
                                                          :
WARNER BROS ENTERTAINMENT INC.                            :   **STIPULATION OF DISMISSAL**
                                                          :   **WITH PREJUDICE**
                                                          :
                              Defendant.                  :   ECF Case
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

**IT IS HEREBY STIPULATED AND AGREED,** by and among plaintiff Jonathan Otto

and Defendant Warner Bros Entertainment Inc., by and through their undersigned attorneys, that

the above-captioned action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the

Federal Rules of Civil Procedure.

Dated: October 30, 2017

_____
Richard Liebowitz

LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: 516-233-1660
RL@LiebowitzLawFirm.com

_____
James D. Weinberger
Leo Kittay
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
4 Times Square, 17th Floor
New York, New York 10036
Tel: 212-813-5952
JWeinberger@fzlz.com

**SO ORDERED.**

_____        Date: 10/30/17
Laura Taylor Swain, U.S.D.J.
                                    LTS

[72405770.1 ]

EXHIBIT
10
12/11/17 AR

HCI-OTTO-00094

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Leigh Clayett*

Acting United States Register of Copyrights and Director

Registration Number

## VA 2-055-309

Effective Date of Registration:
June 12, 2017

## Title

Title of Work:   Donald Trump crashes wedding at Trump National Golf Club, Bedminster, NJ

## Completion/Publication

Year of Completion:   2017
Date of 1st Publication:   June 10, 2017
Nation of 1st Publication:   United States

## Author

Author:   Jonathan Otto
Author Created:   photograph
Citizen of:   United States

## Copyright Claimant

Copyright Claimant:   Jonathan Otto
1450 Washington Street, Hoboken, NJ, 07030, United States

## Certification

Name:   Richard Liebowitz
Date:   June 12, 2017



Page 1 of 1

OTTO_0001

OTTO_0002

**Registration #:**  VA0002055309
**Service Request #:**  1-5377479441

Richard Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

OTTO_0003



OTTO_0004

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:**  Donald Trump crashes wedding at Trump Nationsl Golf Club, Bedminster, NJ

## Completion/Publication

**Year of Completion:**  2017
**Date of 1st Publication:**  June 10, 2017
**Nation of 1st Publication:**  United States

## Author

- **Author:**  Jonathan Otto
  **Author Created:**  photograph
  **Citizen of:**  United States

## Copyright Claimant

**Copyright Claimant:**  Jonathan Otto
1450 Washington Street, Hoboken, NJ, 07030, United States

## Certification

**Name:**  Richard Liebowitz
**Date:**  June 12, 2017

Page 1 of 1

OTTO_0005

Registration #:     *-APPLICATION-*
Service Request #:  1-5377479441

## Mail Certificate

Richard Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

Priority:   Routine          Application Date:  June 12, 2017

## Correspondent

Name:        Richard Liebowitz
Email:       rl@liebowitzlawfirm.com
Telephone:   (516)233-1660
Address:     11 Sunrise Plaza
             Suite 305
             Valley Stream, NY 11580 United States

OTTO_0006