# Exhibit B

UNITED STATES DISTRICTCOURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN OTTO

                              Plaintiff,

- against -    17 Civ. 4712-GHW

HEARST COMMUNICATIONS, INC.

                              Defendant.

## **PLAINTIFF JONATHAN OTTO RULE 26(a)(1) INITIAL DISCLOSURES**

      Pursuant to Rule 26(a) (1) of the Federal Rules of Civil Procedure, plaintiff Jonathan Otto ("Otto") hereby provides the following Initial Disclosures. These disclosures are based on information reasonably available to Otto at this time, and Otto does not represent that it is identifying every document, tangible thing, or individual potentially relevant to this lawsuit. Otto continues to investigate the claims in this action, and reserves the right to produce during discovery or at trial such data, information, or documents as are subsequently discovered, generated, determined to be relevant, or determined to have been omitted from these disclosures. Otto also reserves the right to modify or supplement any or all of these disclosures.

**Identity of Individuals Likely To Have Discoverable Information**

      The following persons are reasonably likely to have discoverable information that Otto may use to support its claims in the above-captioned action. Otto has not provided contact information where he does not have such information and/or such information is already known or otherwise readily available to Defendants.

| Name | Company Affiliation/Address | Expected Areas of Knowledge |
|---|---|---|
| Jonathan Otto | (*contact only through counsel*) | • Knowledge regarding the creation and registration of the copyrighted work at issue.<br>• Knowledge regarding his business and damages. |
| Peter Wade | Hearst Communications, Inc. | • Knowledge regarding the creation of the article on the website that contained Plaintiff's Photograph. (hereinafter "Photograph")<br>• Knowledge regarding from where the Photograph was obtained.<br>• Knowledge regarding the number of page hits the article received.<br>• Knowledge regarding any advertising or other actions done to increase traffic to the article.<br>• Knowledge regarding the number of shares, links or linkbacks to the article.<br>• Knowledge regarding the advertising revenue earned from the article. |
| Corporate Representative (s) | Hearst Communications, Inc. | • Knowledge regarding the creation of the article on the website that contained the Plaintiff's Video.<br>• Knowledge regarding the number of page hits the article received.<br>• Knowledge regarding any advertising or other actions done to increase traffic to the article.<br>• Knowledge regarding the number of shares, links or linkbacks to the article.<br>• Knowledge regarding the advertising revenue earned from the article. |

**Documents and Things in the Possession of Counsel or the Party**

Plaintiff identifies the following categories of documents and things in its possession, custody or control that may be used to support its claims: