# Exhibit D

Richard Liebowitz (rl@liebowitzlawfirm.com)
LIEBOWITZ LAW FIRM PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660

*Attorneys for Plaintiff Jonathan Otto*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONATHAN OTTO<br><br>                    Plaintiff,<br><br>- against -<br><br>HEARST COMMUNICATIONS, INC.<br><br>                    Defendant. | Case No. 1:17-cv-4712 (GHW) |

**PLAINTIFF JONATHAN OTTO'S SUPPLEMENTAL DISCLOSURES PURSUANT TO RULE 26(e) of THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, Plaintiff Jonathan Otto ("plaintiff"), by and through its attorneys, hereby supplements and/or corrects his previous disclosures and responses as follows:

**DEFINITIONS AND INSTRUCTIONS**

1.      The definitions and instructions set forth in plaintiff's First Set of Requests for the Production of Documents and First Set of Interrogatories are incorporated by reference as if fully set forth herein.

## SUPPLEMENT TO INITIAL DISCLOSURES

1. As previously communicated to defendant via e-mail on November 22, 2017, the following additional persons are reasonably likely to have discoverable information:

| Name | Company Affiliation / Address | Expected Areas of Knowledge |
|---|---|---|
| Sean Burke | Unknown – (was an attendee at the Wedding) | • Knowledge regarding publication of the Photograph. |
| Kat Kellerman | Unknown (was an attendee at the Wedding) | • Knowledge regarding publication of the Photograph. |

## SUPPLEMENT / CORRECTIONS TO PLAINTIFF'S ANSWERS AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

• **Answer to Interrogatory 1:** Plaintiff identifies Sean Burke and Kat Kellerman.

• **Answer to Interrogatory 2:** Plaintiff identifies Sean Burke and Kat Kellerman as to their knowledge regarding publication of the Photograph.

• **Answer to Interrogatory 3:** Plaintiff identifies Sean Burke and Kat Kellerman as to (a) the uses and/or infringement of the Photograph.

• **Answer to Interrogatory 4**: Aside from confidential settlement agreements procured in connection with infringing uses by third parties, Plaintiff is not in possession, custody or control of any contract or agreement relating to the Photograph.

• **Interrogatory No. 5**: Plaintiff identifies a licensing agreement entered into with Warner Bros. Entertainment, Inc.

## SUPPLEMENT / CORRECTIONS TO PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF DOCUMENT REQUESTS

• **Response to Request 5:** Subject to and without waiving the general and specific objections stated therein, and provided that the term "communications" includes lawsuits