IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN OTTO,<br><br>    Plaintiff,<br><br>v.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>    Defendant. | C.A. No. 1:17-cv-04712-GHW |

**NOTICE OF DEFENDANT'S MOTION FOR SANCTIONS**

PLEASE TAKE NOTICE that, pursuant to Rule 16 of the Federal Rules of Civil Procedure, 28 U.S.C. § 1927, and the Court's inherent authority, and upon the March 27, 2018 Declaration of Ravi V. Sitwala, the March 27, 2018 Declaration of Jennifer D. Bishop and exhibits annexed thereto, and the accompanying Memorandum of Law, Defendant Hearst Communications, Inc. ("Hearst"), by its undersigned counsel, will move this Court before the Honorable James L. Cott, United States Magistrate Judge of the United States District Court for the Southern District of New York, at the United States Courthouse, Courtroom 21D, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, for an order (i) requiring Plaintiff and the Liebowitz Law Firm jointly and severally liable for Hearst's attorneys' fees of $22,612.50; (2) imposing further sanctions against Plaintiff and his counsel sufficient to deter future misconduct; and (3) granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's order of March 6, 2018 (ECF No. 50), Plaintiff's opposition papers must be served by April 17, 2018, and

Defendant's reply brief must be served by April 24, 2018 (unless Plaintiff cross-moves, in which case Defendant shall respond to Plaintiff's cross-motion and file its reply by April 27, 2018).

| | |
|---|---|
| New York, New York<br>March 27, 2018 | /s/ Jennifer D. Bishop<br>Jonathan R. Donnellan<br>Ravi V. Sitwala<br>Jennifer D. Bishop<br>The Hearst Corporation<br>Office of General Counsel<br>300 West 57th Street, 40th Floor<br>New York, NY 10019<br>Tel: (212) 841-7000<br>Fax: (212) 554-7000<br>jdonnellan@hearst.com<br>rsitwala@hearst.com<br>jbishop@hearst.com<br><br>*Counsel for Defendant Hearst Communications, Inc.* |

To:

Richard Liebowitz
James H. Freeman
Liebowitz Law Firm, PLLC
*Counsel for Plaintiff*
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
rl@liebowitzlawfirm.com
jf@liebowitzlawfirm.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 27, 2018, and pursuant to the Court's Order of March 6, 2018 (ECF No. 50), a true and correct copy of the above document will be sent by electronic mail to CottNYSDChambers@nysd.uscourts.gov and served on counsel via Fed Ex and electronic mail at:

> Richard Liebowitz
> James H. Freeman
> Liebowitz Law Firm, PLLC
> 11 Sunrise Plaza, Suite 305
> Valley Stream, NY 11580
> RL@LiebowitzLawFirm.com
> JF@LiebowitzLawFirm.com

Also pursuant to the Court's March 6, 2018 Order, a redacted version of the foregoing document will be filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing at a later date.

/s/ Jennifer D. Bishop<br>
Jennifer D. Bishop