# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN OTTO,<br><br>      Plaintiff,<br><br>v.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>      Defendant. | ECF No. 1:17-cv-3650 (RA)<br><br>**PLAINTIFF'S ANSWERS AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES** |

Pursuant to Rule 33 of the Federal Rules of Civil Procedure ("Federal Rules"), and Rule 33.3 of the Local Rules of the United States District Court for the Southern District of New York ("Local Rules"), the Plaintiff Jonathan Otto ("Otto") hereby answers, under the threat of perjury and objects to Defendant Hearst Communications, Inc. ("HEARST") First Set of Interrogatories dated September 7, 2017, as follows:

**GENERAL OBJECTIONS**

Plaintiff makes the following General Objections to the Interrogatories. These General Objections apply to each of the Interrogatories, set forth immediately below, and are incorporated therein by reference. The Specific Objections, even if the same or similar, do not waive the General Objections. Answering any Specific Interrogatory shall not be construed as an admission that the Defendant is entitle to any response more specific than provided:

1. Plaintiff objects to Instructions, Definitions, and Interrogatories that impose duties or obligations beyond, or inconsistent with, those set forth in Local Rules and the Federal Rules.

2. Plaintiff objects to the extent the Interrogatories seek information outside the scope of this proceeding. To the extent that the information sought is not relevant nor proportional

**Interrogatory No. 6**

State with particularity the method and/or equation by which you will compute your actual damages in this matter, *excluding* any of Hearst's profits that are attributable to use of the Photograph. Your answer shall state, with particularity, all categories of information that you contend are relevant to the computation of actual damages, and how you will use that information to calculate actual damages.

ANSWER: OBJECTION. The Plaintiff repeats and incorporates General Objections. An interrogatory is not the best vehicle of eliciting this information. Plaintiff refers to Defendant to Responses to Requests for Document Production. Plaintiff further calculates the loss of licensing fee in the range of $5,000 based on the market rate of photographs of similar style, quality and content. Actual damages would then be supplemented by any benefit, advantage or gain that befell Hearst as a result of the infringement.

DATED: October 18, 2017  
       Valley Stream, NY

Respectfully Submitted,

/s/Richard Liebowitz  
Richard P. Liebowitz  
Yekaterina Tsyvkin  
Liebowitz Law Firm  
11 Sunrise Plaza, Suite 305  
Valley Stream, NY 11580  
(516)233-1660  
rl@liebowitzlawfirm.com

*Attorneys for Jonathan Otto*