# Exhibit B
# REDACTED

| | |
|---|---|
| **From:** | James H. Freeman <JF@liebowitzlawfirm.com> |
| **Sent:** | Thursday, December 07, 2017 3:57 PM |
| **To:** | Bishop, Jennifer D |
| **Cc:** | Sitwala, Ravi; Richard Liebowitz; Kate Tsyvkin |
| **Subject:** | Re: Otto's Document Production [OTTO_0001-66] |
| **Attachments:** | Production Letter_Otto_12_7_17 .pdf; Otto _ Warner Licensing Agreement.pdf |

Please see attached.

James H. Freeman, Esq.
Liebowitz Law Firm, PLLC
(516) 233-1660

On Wed, Dec 6, 2017 at 2:31 PM, Bishop, Jennifer D <jbishop@hearst.com> wrote:

> Dear James and Richard,
>
> Plaintiff's December 5 production did not include the licensing agreement entered into with Warner Brothers Entertainment, Inc., that Plaintiff identified in his November 28 Supplemental Interrogatory Responses. Please produce a copy of that agreement by noon tomorrow.
>
> Thanks,
>
> Jenn
>
> **Jennifer D. Bishop**
>
> Counsel
>
> Office of General Counsel
>
> 300 West 57 Street, Floor 40
>
> New York, NY 10019
>
> (212) 649-2030
>
> jbishop@hearst.com
>
> **HEARST**
>
> **From:** James H. Freeman [mailto:JF@liebowitzlawfirm.com]
> **Sent:** Tuesday, December 05, 2017 11:57 AM

1

**To:** Bishop, Jennifer D <jbishop@hearst.com>; Sitwala, Ravi <RSitwala@hearst.com>
**Cc:** Richard Liebowitz <rl@liebowitzlawfirm.com>; Kate Tsyvkin <kt@liebowitzlawfirm.com>
**Subject:** Otto's Document Production [OTTO_0001-66]

Hi Jennifer:

Please see letter attached. The link to Otto's document production is below.


James H. Freeman, Esq.

Liebowitz Law Firm, PLLC

(516) 233-1660



December 7, 2017

**VIA E-MAIL**

Jennifer D. Bishop
The Hearst Corporation
Office of General Counsel
300 West 57th Street, 40th Floor
New York, NY 10019
jbishop@hearst.com

Re: *Otto v. Hearst Communications, Inc.* 1:17-cv-04712 (GHW)

Dear Jennifer:

    In further response to Defendant's First Set of Requests for Production of Documents, attached please find documents bearing Bate Stamp Nos. OTTO_0067-70.

                              Sincerely,

                                **/jameshfreeman/**
                                James H. Freeman

                              *Counsel for Plaintiff Jonathan Otto*

# Document Redacted