# Exhibit D
# REDACTED

| | |
|---|---|
| **From:** | James H. Freeman <JF@liebowitzlawfirm.com> |
| **Sent:** | Friday, December 15, 2017 5:05 PM |
| **To:** | Bishop, Jennifer D |
| **Cc:** | Sitwala, Ravi; Richard Liebowitz; Kate Tsyvkin |
| **Subject:** | Re: Otto's Document Production [OTTO_0001-66] |
| **Attachments:** | Production Letter_Otto_12_15_17 .pdf; Otto v. TMZ- Signed Settlement Agreement.pdf |

Please see attached.

Best,

James


James H. Freeman, Esq.
Liebowitz Law Firm, PLLC
(516) 233-1660


On Thu, Dec 7, 2017 at 3:57 PM, James H. Freeman <JF@liebowitzlawfirm.com> wrote:
> Please see attached.
>
>
> James H. Freeman, Esq.
> Liebowitz Law Firm, PLLC
> (516) 233-1660
>
>
> On Wed, Dec 6, 2017 at 2:31 PM, Bishop, Jennifer D <jbishop@hearst.com> wrote:
>> Dear James and Richard,
>>
>> Plaintiff's December 5 production did not include the licensing agreement entered into with Warner Brothers Entertainment, Inc., that Plaintiff identified in his November 28 Supplemental Interrogatory Responses. Please produce a copy of that agreement by noon tomorrow.
>>
>> Thanks,
>>
>> Jenn
>>
>> **Jennifer D. Bishop**
>>
>> Counsel
>>
>> Office of General Counsel
>>
>> 300 West 57 Street, Floor 40

New York, NY 10019

(212) 649-2030

jbishop@hearst.com

**HEARST**


**From:** James H. Freeman [mailto:JF@liebowitzlawfirm.com]
**Sent:** Tuesday, December 05, 2017 11:57 AM
**To:** Bishop, Jennifer D <jbishop@hearst.com>; Sitwala, Ravi <RSitwala@hearst.com>
**Cc:** Richard Liebowitz <rl@liebowitzlawfirm.com>; Kate Tsyvkin <kt@liebowitzlawfirm.com>
**Subject:** Otto's Document Production [OTTO_0001-66]

Hi Jennifer:

Please see letter attached. The link to Otto's document production is below.


James H. Freeman, Esq.

Liebowitz Law Firm, PLLC

(516) 233-1660

2



11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

December 15, 2017

**VIA E-MAIL**

Jennifer D. Bishop
The Hearst Corporation
Office of General Counsel
300 West 57th Street, 40th Floor
New York, NY 10019
jbishop@hearst.com


Re:   *Otto v. Hearst Communications, Inc.* 1:17-cv-04712 (GHW)


Dear Jennifer:

  In response to Defendant's proposed motion to compel under Rule 37, attached please find documents bearing Bate Stamp Nos. OTTO_0071-79.

              Sincerely,

              **/jameshfreeman/**
              James H. Freeman

              *Counsel for Plaintiff Jonathan Otto*

# Document Redacted