# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN OTTO,<br><br>      Plaintiff,<br><br>v.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>      Defendant. | No. 1:17-cv-04712-GHW |

**FIRST STIPULATION OF FACTS**

      For use in this litigation and for no other purpose, Defendant Hearst Communications, Inc. ("Hearst"), and Plaintiff Jonathan Otto ("Otto"), by and through their undersigned counsel, hereby stipulate to the following undisputed facts, and agree that these stipulated facts may be received into evidence in lieu of further proof or testimony:

      1.      The document produced in this matter as OTTO_0071-79 and attached hereto as <u>Exhibit 1</u> is a true and complete copy of the Settlement and Release Agreement, along with exhibits attached thereto, entered into between Otto and Warner Bros. Entertainment, Inc. and effective October 27, 2017.

      2.      Exhibit B to the Settlement and Release Agreement (Bates-stamped OTTO_0077-79) is an identical copy of the document that was produced in this matter as OTTO_0067-69 and that Otto testified about at his December 11, 2017 deposition.

      Hearst and Otto agree to the above stipulations of agreed facts.

Dated: December 20, 2017

| For Plaintiff Jonathan Otto: | For Defendant Hearst Communications, Inc.: |
|---|---|
| *[signature: James H. Freeman]* | *[signature]* |
| Richard Liebowitz | Jonathan R. Donnellan |
| James H. Freeman | Ravi V. Sitwala |
| Liebowitz Law Firm, PLLC | Jennifer D. Bishop |
| 11 Sunrise Plaza, Suite 305 | The Hearst Corporation |
| Valley Stream, New York 11580 | Office of General Counsel |
| Tel: (516) 233-1660 | 300 West 57th Street, 40th Floor |
| Fax: (516) 612-2740 | New York, NY 10019 |
| rl@liebowitzlawfirm.com | Tel: (212) 841-7000 |
| jf@liebowitzlawfirm.com | Fax: (212) 554-7000 |
| | jdonnellan@hearst.com |
| | rsitwala@hearst.com |
| | jbishop@hearst.com |
| *Counsel for Plaintiff Jonathan Otto* | *Counsel for Defendant Hearst Communications, Inc.* |

2