# Exhibit F

# Ravi V. Sitwala Attorney Time Records
*Otto v. Hearst Communications, Inc.*, No. 1:17-cv-4712

| Date | Hours | Description |
|---|---|---|
| 10/16/17 | 0.5 | Review draft settlement memorandum |
| 10/23/17 | 2.5 | Discuss settlement conference with Ms. Bishop; travel to and attend settlement conference with Judge Cott |
| 03/25/18 | 0.5 | Review draft sanctions brief |
| 03/27/18 | 1.5 | Review draft sanctions brief; draft and revise Sitwala declaration; review time records. |
| **TOTAL** | 5 | |

5 hours @ $700/per hour = $3,500

**TOTAL FEES = $3,500**