# Exhibit G

## Jennifer D. Bishop Attorney Time Records
*Otto v. Hearst Communications, Inc., No. 1:17-cv-4712*

| Date | Hours | Description |
|---|---|---|
| 10/16/17 | 3.75 | research for, draft, and finalize settlement memorandum |
| 10/23/17 | 2.5 | discuss settlement with R. Sitwala and client; travel to and attend settlement conference |
| 01/17/18 | 6.5 | research re grounds for sanctions |
| 01/21/18 | 4.25 | additional research re sanctions; outline sanctions brief |
| 01/22/18 | 2.25 | draft sanctions brief |
| 03/21/18 | 9 | draft and revise brief in support of sanctions motion; conduct additional sanctions research |
| 03/27/18 | 6.5 | Draft and finalize declaration in support of sanctions motion; review time records; edit and finalize memorandum of law in support of sanctions motion. |
| **TOTAL** | 34.75 | |

34.75 hours @ $550/per hour = $19,112.50

**TOTAL FEES = $19,112.50**