UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN OTTO,<br><br>                                    Plaintiff,<br><br>         - against -<br><br>HEARST COMMUNICATIONS, INC.<br><br>                                    Defendant. | Docket No. 17-cv-4712 (GHW-JLC)<br><br>**NOTICE OF MOTION OF PLAINTIFF'S MOTION FOR JUDGMENT OF CIVIL CONTEMPT PURSUANT TO L.R. 83.6 AND SANCTIONS** |

**PLEASE TAKE NOTICE** that, upon this Notice of Motion; the April 17, 2018 Declaration of Richard Leibowitz, and exhibits attached thereto; the April 17, 2018 Declaration of James H. Freeman, and exhibits attached thereto, and the memorandum of law in support thereof; and the pleadings and prior proceedings herein; Plaintiff Jonathan Otto will move the Court, before the Honorable James L. Cott at the United States District Court, 500 Pearl Street, New York, New York 10007, Rm 21D at a time set by the Court for a Judgment holding Defendant Hearst Communications, Inc. and its counsel of record in Civil Contempt for their flagrant and willful violation of an unambiguous Standing Court Order, pursuant to Local Rule ("L.R.") 83.6, and for sanctions pursuant to L.R. 83.6 or the Court's inherent power in the form of attorneys' fees incurred as a result of this ancillary proceeding, and for such further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's order [Dkt. #50], Defendant's opposition papers, if any, must be served by April 27, 2018. Plaintiff reserves the right to seek leave of Court to file a reply brief.

Respectfully Submitted,

LIEBOWITZ LAW FIRM, PLLC

**/richardliebowitz/**
Richard Liebowitz, Esq.

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580

*Counsel for Plaintiff Jonathan Otto*

TO:

Jonathan R. Donnellan
Ravi V. Sitwala
Jennifer D. Bishop
THE HEARST CORPORATION
Office of General Counsel
300 West 57th Street, 40th Floor
New York, NY 10019
Tel: (212) 841-7000
Fax: (212) 554-7000
jdonnellan@hearst.com
rsitwala@hearst.com
jbishop@hearst.com

*Counsel for Defendant Hearst
Communications, Inc.*