# EXHIBIT C

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:17-cv-04763-LTS-SN

| | |
|---|---|
| Otto v. Warner Bros. Entertainment Inc. | Date Filed: 06/22/2017 |
| Assigned to: Judge Laura Taylor Swain | Date Terminated: 10/30/2017 |
| Referred to: Magistrate Judge Sarah Netburn | Jury Demand: Plaintiff |
| Cause: 17:101 Copyright Infringement | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Jonathan Otto**   represented by   **Yekaterina Tsyvkin**
Liebowitz Law Firm PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
(347)-405-2871
Email: kt@liebowitzlawfirm.com
*ATTORNEY TO BE NOTICED*

**Richard Liebowitz**
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Valleystream, NY 11580
(516)-233-1660
Email: RL@LiebowitzLawFirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Warner Bros. Entertainment Inc.**   represented by   **James David Weinberger**
Fross Zelnick Lehrman & Zissu, P.C.
4 Times Square, 17th Floor
New York, NY 10036
212-813-5900
Fax: 212-813-5901
Email: jweinberger@frosszelnick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leo Benjamin Kittay**
Fross Zelnick Lehrman & Zissu, P.C.
4 Times Square, 17th Floor
New York, NY 10036
(212) 813-5900
Fax: (212) 813-5901
Email: lkittay@frosszelnick.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2017 | 1 | COMPLAINT against Warner Bros. Entertainment Inc.. (Filing Fee $ 400.00, Receipt Number 0208-13819459)Document filed by Jonathan Otto. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Liebowitz, Richard) (Entered: 06/22/2017) |
| 06/22/2017 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to Warner Bros. Entertainment Inc., re: 1 Complaint. Document filed by Jonathan Otto. (Liebowitz, Richard) (Entered: 06/22/2017) |
| 06/22/2017 | 3 | CIVIL COVER SHEET filed. (Liebowitz, Richard) (Entered: 06/22/2017) |
| 06/22/2017 | 4 | AO 121 FORM COPYRIGHT - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review.(Liebowitz, Richard) (Entered: 06/22/2017) |
| 06/23/2017 | 5 | AO 121 FORM COPYRIGHT - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a court action has been filed on the following copyright(s) in the U.S. District Court Southern District of New York. Form e-mailed to Register of Copyrights. (rch) (Entered: 06/23/2017) |
| 06/23/2017 | 6 | ELECTRONIC SUMMONS ISSUED as to Warner Bros. Entertainment Inc.. (rch) (Entered: 06/23/2017) |
| 06/23/2017 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Laura Taylor Swain. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (rch) (Entered: 06/23/2017) |
| 06/23/2017 | | Magistrate Judge Sarah Netburn is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (rch) (Entered: 06/23/2017) |
| 06/23/2017 | | Case Designated ECF. (rch) (Entered: 06/23/2017) |
| 07/12/2017 | 7 | LETTER MOTION for Extension of Time to File Answer re: 1 Complaint addressed to Judge Laura Taylor Swain from James D. Weinberger dated July 12, 2017. Document filed by Warner Bros. Entertainment Inc..(Weinberger, James) (Entered: 07/12/2017) |
| 07/14/2017 | 8 | ORDER: granting 7 Letter Motion for Extension of Time to Answer. The request is Granted. Doc. # 7 is resolved. SO ORDERED. Warner Bros. Entertainment Inc. answer due 7/31/2017. (Signed by Judge Laura Taylor Swain on 7/14/2017) (ama) (Entered: 07/14/2017) |
| 07/25/2017 | 9 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement). Referred to Magistrate Judge Sarah Netburn. (Signed by Judge Laura Taylor Swain on 7/25/2017) (cf) (Entered: 07/25/2017) |
| 07/26/2017 | 10 | INITIAL PRETRIAL CONFERENCE ORDER: Initial Conference set for 8/7/2017 at 11:30 AM in Courtroom 219, 40 Centre Street, New York, NY 10007 before Magistrate Judge Sarah Netburn, and as further set forth in this order. (Signed by Magistrate Judge Sarah Netburn on 7/26/2017) (ap) (Entered: 07/26/2017) |

| | | |
|---|---|---|
| 07/26/2017 | 11 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Time Warner Inc. for Warner Bros. Entertainment Inc.. Document filed by Warner Bros. Entertainment Inc..(Weinberger, James) (Entered: 07/26/2017) |
| 07/26/2017 | 12 | ANSWER to 1 Complaint. Document filed by Warner Bros. Entertainment Inc..(Weinberger, James) (Entered: 07/26/2017) |
| 07/26/2017 | 13 | LETTER MOTION to Adjourn Conference *Scheduled for August 7, 2017* addressed to Magistrate Judge Sarah Netburn from James D. Weinberger dated July 26, 2017. Document filed by Warner Bros. Entertainment Inc..(Weinberger, James) (Entered: 07/26/2017) |
| 07/26/2017 | 14 | ORDER granting 13 Letter Motion to Adjourn Conference. Defendant's motion to adjourn the initial pretrial conference scheduled for Tuesday, August 7, 2017 is GRANTED. The conference is ADJOURNED and RESCHEDULED to Monday, August 28, 2017, at 2:30 P.M. in Courtroom 219, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 07/26/2017) |
| 07/26/2017 | 15 | NOTICE OF APPEARANCE by Leo Benjamin Kittay on behalf of Warner Bros. Entertainment Inc.. (Kittay, Leo) (Entered: 07/26/2017) |
| 08/23/2017 | 16 | INITIAL REPORT OF PARTIES BEFORE PRETRIAL CONFERENCE. Document filed by Jonathan Otto.(Liebowitz, Richard) (Entered: 08/23/2017) |
| 08/28/2017 | 17 | NOTICE OF APPEARANCE by Yekaterina Tsyvkin on behalf of Jonathan Otto. (Tsyvkin, Yekaterina) (Entered: 08/28/2017) |
| 08/28/2017 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Initial Pretrial Conference held on 8/28/2017. (jnm) (Entered: 08/28/2017) |
| 08/28/2017 | 18 | PRE-TRIAL SCHEDULING ORDER: A pre-trial conference was last held in this matter on Monday, August 28, 2017. The Court hereby makes the following provisions for scheduling and trial in this matter. The parties are directed to appear before Judge Laura Taylor Swain in Courtroom No. 17C, 500 Pearl Street, New York, NY 10007, for a final pre-trial conference on Tuesday, October 23, 2018 at 11:00 A.M. The purpose of the conference is to explore the possibility of settlement, to schedule the trial (which will, Judge Swain's calendar permitting, commence within two weeks after the conference) if necessary, to review the issues to be tried and the proof to be offered in connection therewith, and to resolve any remaining pre-trial issues. The counsel who plan to try the case must appear at such conference. Counsel attending the conference must seek settlement authority from their respective clients prior to such conference. If counsel is not granted such authority, the client must be present in person or available by telephone so that a settlement can be consummated if possible. "Settlement authority," as used in this order, includes the power to enter into stipulations and make admissions regarding all matters that the parties may reasonably anticipate discussing at the pre-trial conference including, but not limited to, the matters enumerated in this Pre-Trial Scheduling Order. The Court will not adjourn the final pre-trial conference or excuse the appearance of a party or its counsel unless a stipulation of settlement is on file prior to the pre-trial conference date set forth in this paragraph 7. Motions due by 5/1/2018. Final Pretrial Conference set for 10/23/2018 at 11:00 AM in Courtroom 17C, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Sarah Netburn. (Signed by Magistrate Judge Sarah Netburn on 8/28/2017) (js) (Entered: 08/29/2017) |
| 08/28/2017 | 19 | CIVIL CASE MANAGEMENT PLAN & SCHEDULING ORDER: The parties may amend the pleadings or join additional parties until Thursday, September 28, 2017. All fact discovery shall be completed by Friday, January 12, 2018. All expert discovery shall be completed by Friday, March 30, 2018. Any party that wishes to file a motion for summary |

| | | |
|---|---|---|
| | | judgment must file such motion with the Hon. Laura Taylor Swain by Tuesday, May 01, 2018. The parties request a jury trial. (Signed by Magistrate Judge Sarah Netburn on 8/28/2017) (mro) (Entered: 08/29/2017) |
| 10/30/2017 | 20 | STIPULATION OF DISMISSAL WITH PREJUDICE: IT IS HEREBY STIPULATED AND AGREED, by and among plaintiff Jonathan Otto and Defendant Warner Bros Entertainment Inc., by and through their undersigned attorneys, that the above-captioned action is dismissed with prejudice pursuant to Rule 41(a)(1) (A)(ii) of the Federal Rules of Civil Procedure. (Signed by Judge Laura Taylor Swain on 10/30/2017) (ap) (Entered: 10/30/2017) |
| 10/30/2017 | 21 | AO 121 FORM COPYRIGHT - CASE TERMINATED- SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a final decision was rendered on 10/30/2017 in a court action filed on the following copyright(s) in the U.S. District Court Southern District of New York. Form e-mailed to Register of Copyrights. (Attachments: # 1 ORDER) (ap) (Entered: 10/30/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/17/2018 16:47:21 | | | |
| **PACER Login:** | LiebowitzLawFirm:4796889:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:17-cv-04763-LTS-SN |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |