# EXHIBIT A

**UNITED STATES DISTRICTCOURT**
**SOUTHERN DISTRICT OF NEW YORK**

JONATHAN OTTO,

                        Plaintiff,

- against -

HEARST COMMUNICATIONS, INC.,

                        Defendant.

1:17 Civ. 4712(GHW)

**PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF DOCUMENT REQUESTS**

Plaintiff Jonathan Otto("Otto") hereby responds and objects to Defendant Hearst Communications, Inc. ("HEARST") First Set of Document Requests, dated September 7, 2017, pursuant to Federal Rules of Civil Procedure Rules 26 and 34, as well as Local Civil Rules of the United States District Court for the Southern District of New York.

GENERAL OBJECTIONS

Otto makes the following General Objections to Defendant's Requests.   These General Objections and Specific Objects do not have the effect of waiving each other.

1. Otto objects to Requests that are redundant and have already been provided.

2. Otto objects to vague, overbroad, irrelevant requests that are not tailored to the issues and subject matter of this litigation.

3. Otto objects to Requests for documents he has no possession, control or access of.

4. Otto objects to Requests for documents where he owes a duty of confidentiality to a non-party, including contracts, agreements, licenses and payments thereupon.

5. Otto objects requests for speculative production, including estimates for loss of opportunity and catchall requests intended to circumvent tailoring its requests.

1

6. Otto objects that he does not waive any objections even if he choses to provide responses to the Defendant's requests. All responses are subject to General and Specific objections stated herein.

7. Otto objects to Requests for documents to the extent they are abusive, excessive and interposed with the intent to harass the Plaintiff.

## SPECIFIC OBJECTIONS AND RESPONSES

1. Any and all documents identified in your initial disclosures.

RESPONSE: OBJECTION. This request is overly broad and unduly burdensome. It is not related to any particular claim or defense. Subject to and without waiving the objections stated herein, Plaintiff will produce non-privileged documents responsive to this request.

2. Any and all documents reviewed, consulted, or referenced in answering Hearst's interrogatories to you.

RESPONSE: OBJECTION. This request is overly broad and unduly burdensome. It is not related to any claim or defense and not proportional to the needs of the case. Subject to and without waiving the objections stated herein, Plaintiff will produce non-privileged documents responsive to this request.

3. Any and all communications between you and anyone acting on behalf of Hearst or any affiliate of Hearst.

RESPONSE: OBJECTION. This request is overly broad and unduly burdensome. It is not proportional to the needs of the case, nor is it related to any claim nor defense. It is also as easily or cheaply available to the Defendant as to the Plaintiff. Subject to and without waiving the

2

general objections stated herein, Plaintiff is not in possession of any non-privileged documents responsive to this request.

4. Any and all communications between you and Laura Piatkowski, Kristen Piatkowski, and/or anyone acting or purporting to act on behalf of the Piatkowskis.

RESPONSE: This request is overly broad and unduly burdensome. It is not proportional to the needs of the case, nor is it related to any claim nor defense. Subject to and without waiving the general objections stated herein, Plaintiff is not in possession of any non-privileged documents responsive to this request. Plaintiff reserves the right to supplement this response should responsive documents become available.

5. Any and all communications between you and Warner Bros. Entertainment Inc., and/or anyone acting or purporting to act on behalf of Warner Bros. Entertainment Inc., regarding the Photograph.

RESPONSE: OBJECTION. This request is overly broad and unduly burdensome. It is not proportional to the needs of the case, nor is it related to any claim nor defense. Subject to and without waiving the general objections stated herein, Plaintiff is not in possession of any non-privileged documents responsive to this request. Plaintiff reserves the right to supplement this response should responsive documents become available.

6. Any and all communications between you and CBS Broadcasting Inc., and/or anyone acting or purporting to act on behalf of CBS Broadcasting Inc., regarding the Photograph.

RESPONSE: OBJECTION. This request is overly broad and unduly burdensome. It is not proportional to the needs of the case, nor is it related to any claim nor defense. Subject to and

without waiving the general objections stated herein, Plaintiff is not in possession of any non-privileged documents responsive to this request.   Plaintiff reserves the right to supplement this response should responsive documents become available.

       7.      Any and all documents relating to the publication and/or use of the Photograph by any person other than you, including Hearst, Warner Bros Entertainment Inc., CBS Broadcasting Inc., Laura Piatkowski/@lauramp11, DailyMail.com, and/or PhillyVoice.com.

RESPONSE:  OBJECTION.  This request is unduly burdensome, redundant and overly broad.  Subject to and without waiving the general objections stated herein, Plaintiff is not in possession of any non-privileged documents responsive to this request.   Plaintiff reserves the right to supplement this response should responsive documents become available.

       8.      Any and all documents relating to efforts to identify uses and/or infringement of any image in which you claim ownership of a copyright (including the Photograph).

RESPONSE:  OBJECTION. This request is unduly burdensome and overly broad.  It is not proportional to the needs of the case, nor is it related to any claim nor defense. Subject to and without waiving the objections stated herein, Plaintiff is not in possession of any non-privileged documents responsive to this request.

       9.      Any and all documents relating to the creation of the Photograph, including documents showing how, by whom, and on what device the Photograph was shot.

RESPONSE:  OBJECTON.  This request is unduly burdensome and overly broad.  Subject to and without waiving the objections stated herein, Plaintiff will produce documents responsive to this request.

10. Any and all documents relating to your registration of the Photograph with the U.S. Copyright Office, including copies of the deposit(s) submitted to the U.S. Copyright Office and copies of the registration certificate(s) issued by the U.S. Copyright Office.

RESPONSE: OBJECTION. This request is unduly burdensome and overly broad. Subject to and without waiving the objections stated herein, Plaintiff will produce non-privileged documents responsive to this request.

REQUEST No.

11. Any and all contracts or agreements, whether formal or informal, relating to the Photograph, including (a) license agreements relating to the Photograph, (b) settlement agreements relating to the Photograph, and (c) agreements between you and Laura Piatkowski, Kristen Piatkowski, and/or anyone acting or purporting to act on behalf of the Piatkowskis.

RESPONSE: OBJECTION. This request is overly broad and unduly burdensome. It is not proportional to the needs of the case, nor is it directly related to any claim nor defense. Subject to and without waiving the objections stated herein, Plaintiff is not in possession of any documents responsive to this request.

12. Any and all documents relating to any and all contracts or agreements responsive to the foregoing Request 11, including documents relating to the negotiation and/or meaning of such contracts or agreements.

RESPONSE: OBJECTION. This request is overly broad and unduly burdensome. It is not proportional to the needs of the case, nor is it directly related to any claim nor defense. Subject to and without waiving the objections stated herein, Plaintiff is not in possession of any documents responsive to this request.

13. Any and all documents relating to your contemplated, intended, or actual licensing of the Photograph for use by any other person or entity, including documents reflecting the fee(s) you have charged in exchange for a license to use the Photograph.

RESPONSE: OBJECTION. This request is overly broad and unduly burdensome. Subject to and without waiving the foregoing objections, Plaintiff is not in possession of any non-privileged documents responsive to this request.

14. ==Any and all documents relating to the fee(s) you have charged in exchange for a license to use images other than the Photograph.==

RESPONSE: OBJECTION. The request is overbroad and unduly burdensome. It is not proportional to the needs of the case, nor is it directly related to any claim nor defense. Subject to and without waiving the foregoing objections, no further response is required.

15. Any and all documents that evidence, relate to, support, or refute your allegation in Paragraph 17 of the Complaint that Hearst's alleged infringement of the Photograph was willful.

RESPONSE: OBJECTION. This request is overly broad and unduly burdensome. Subject to and without waiving the foregoing objections, Plaintiff reserves the right to supplement this response.

16. Any and all documents that evidence or support your claimed actual damages in this matter.

RESPONSE: OBJECTION. This request is overly broad and unduly burdensome. Subject to and without waiving the foregoing objections, Plaintiff will produce non-privileged documents responsive to this request.

17. All settlement agreements entered into by you in connection with other instances of alleged infringement of your claimed copyright(s).

RESPONSE: OBJECTION. This request is overly broad, redundant and unduly burdensome. It is not proportional to the needs of the case, nor is it directly related to any claim nor defense. Similarly, it involves duties of confidentiality owed to third parties. Subject to and without waiving the foregoing objections, Plaintiff is not currently in possession of any responsive documents but will make a commercially reasonable effort to produce documents responsive to this request.

18. Any and all documents relating to any other copyright infringement notices, claims, suits, or other actions brought by you.

RESPONSE: OBJECTION. This request is unduly burdensome, overly broad and is not proportional to the needs of the case. It is not related to any claim nor defense. Subject to and without waiving the objections stated herein, no further response is required.

19. Any and all documents produced to you by any third party in or relating to this action, whether in response to a subpoena or otherwise.

RESPONSE: OBJECTION. Subject to and without waiving the general objections stated herein, Plaintiff is not in possession of any non-privileged documents responsive to this request.

20. Any and all documents produced by any party in the action *Otto v. Warner Bros Entertainment Inc.*, No. 1:17-cv-04763-LTS-SN (S.D.N.Y.), and/or the action *Otto v. CBS Broadcasting Inc.*, No. 1:17-cv-06351-SHS (S.D.N.Y.).

RESPONSE: OBJECTION. This request is unduly burdensome and overbroad. Many of responsive documents are publically available. It is not proportional to the needs of the case, nor is it directly related to any claim nor defense. It also involves duties of confidentiality owed to

third parties.  Subject to and without waiving the objections stated herein, no further response is required.

21. To the extent not otherwise produced in response to the foregoing Requests, any and all documents relating in any way to your assertions and/or allegations in the Complaint.

RESPONSE: OBJECTION.  This request is unduly burdensome, overly broad and is intended as a catchall.  Subject to and without waiving the objections stated herein, no further response is required.

22. To the extent not otherwise produced in response to the foregoing Requests, any and all documents you plan to introduce as evidence in this proceeding, on your behalf or on behalf of any other.

RESPONSE: OBJECTION.  This request is unduly burdensome, overly broad, redundant and is intended as a catchall. Subject to and without waiving the objections stated herein, no further response is required.

DATED: October 18, 2017                    Respectfully Submitted,

    Valley Stream, NY

                                                  /s/Richard Liebowitz  
                                                  Richard P. Liebowitz  
                                                  Yekaterina Tsyvkin  
                                                  Liebowitz Law Firm  
                                                  11 Sunrise Plaza, Suite 305  
                                                  Valley Stream, NY 11580  
                                                  (516)233-1660  
                                                  rl@liebowitzlawfirm.com  

                                                  *Attorneys for Jonathan Otto*