# EXHIBIT C

**H E A R S T**

November 16, 2017

**Office of**
**General Counsel**

Eve Burton
**Senior Vice President**
**General Counsel**

Catherine A. Bostron
**Corporate Secretary**

Jonathan R. Donnellan
Mark C. Redman
**Vice President**
**Deputy General Counsel**

Kristina E. Findikyan
Kenan J. Packman
Maureen Walsh Sheehan
Ravi V. Sitwala
Jack Spizz
Debra S. Weaver
**Senior Counsel**

Sultan Barazi
Liddy Barrow*
Jennifer D. Bishop
Lisa Bozman
Marianne W. Chow
Andrea Chui
Adam Colón
Travis P. Davis
Ignacio Diaz*
Carolene S. Eaddy
Carl G. Guida
Haifeng Han*
Audra B. Hart
Diego Ibargüen
Monika Jedrzejowska
Siu Y. Lin
Miyuki Matsumoto
Kate Mayer
Aimee Nisbet*
Shira R. Saiger
Eva M. Saketkoo
Evan Saucier
Jennifer Schanes
Aryn Sobo
Jennifer G. Tancredi
Federica Tigani*
Kitty Yang*
Stephen H. Yuhan
**Counsel**

**Jennifer D. Bishop**
Counsel

**VIA EMAIL AND FEDEX**

Richard Liebowitz
Liebowitz Law Firm
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
rl@liebowitzlawfirm.com

Re:  *Otto v. Hearst Communications, Inc.*, No. 1:17-cv-4712-GHW

Dear Richard:

As you know, I represent Defendant Hearst Communications, Inc. ("Hearst") in the above-referenced action. I write regarding several fact discovery matters.

First, please promptly sign and return Judge Woods' standard form Stipulated Confidentiality Agreement and Protective Order (which is enclosed for your convenience), and I will file it with the Court so that Hearst can make its document production. We also ask that you (1) provide a new date for Mr. Otto's deposition by no later than November 21, 2017, and (2) produce the documents you have already agreed to produce by no later than December 1, 2017.

Second, during our mediation session, you and your client mentioned at least one person who is likely to have discoverable information and is responsive to Hearst's Interrogatories No. 3 and 4, but who was not disclosed on Plaintiff's initial disclosures or interrogatory responses: the individual to whom Mr. Otto voluntarily provided the photograph at issue. Please provide this information in updated disclosures and interrogatory responses by no later than November 21, 2017, so that Hearst has a meaningful opportunity to pursue all potentially discoverable information. We also remind you of your Rule 26(e) obligation to supplement your Responses and Objections to Defendant's First Set of Document Requests.

Third, Plaintiff's October 18 Responses and Objections to Defendant's Document Requests No. 14 and 15 do not inform Hearst whether Plaintiff is withholding documents responsive to those requests (and/or refusing to search for such documents), in violation of Rule 34(b)(C). Please provide amended responses and objections that disclose this information.

300 West 57th Street
New York, NY 10019
T 212.649.2030
F 646.280.2030
jbishop@hearst.com

* Not admitted or
  resident in New York

Richard Liebowitz
November 16, 2017
Page 2

Thank you for your cooperation.

Very truly yours,

Jennifer D. Bishop

Enclosure(s)