# EXHIBIT D



James H. Freeman <jameshfreeman@gmail.com>

## Otto v. Hearst: Supplemental Disclosures
4 messages

---

**James H. Freeman** <JF@liebowitzlawfirm.com>　　　　　　　　　　　　　　Wed, Nov 22, 2017 at 4:26 PM
To: Jennifer Deanne Bishop <jbishop@hearst.com>, Ravi Viren Sitwala <rsitwala@hearst.com>
Cc: Richard Liebowitz <rl@liebowitzlawfirm.com>, Kate Tsyvkin <kt@liebowitzlawfirm.com>

Hi Jennifer:

We will serve formal supplemental disclosures next week.  In the meantime, Plaintiff identifies Sean Burke and Kat Kellerman as individuals who may have discoverable information in their possession concerning the photograph at issue. We do not have their contact information, but both individuals are referenced in the following Washington Post article about the wedding:

https://www.washingtonpost.com/news/politics/wp/2017/06/11/president-trump-cant-stop-crashing-parties-at-his-golf-clubs/?utm_term=.0001e075813b

Best,

James H. Freeman, Esq.
Liebowitz Law Firm, PLLC
(516) 233-1660

---

**James H. Freeman** <JF@liebowitzlawfirm.com>　　　　　　　　　　　　　　Tue, Nov 28, 2017 at 5:16 PM
To: Jennifer Deanne Bishop <jbishop@hearst.com>, Ravi Viren Sitwala <rsitwala@hearst.com>
Cc: Richard Liebowitz <rl@liebowitzlawfirm.com>, Kate Tsyvkin <kt@liebowitzlawfirm.com>

Further to the above e-mail, attached please find Plaintiff's supplemental disclosures and responses pursuant to Fed.R.Civ. P. 26(e).


James H. Freeman, Esq.
Liebowitz Law Firm, PLLC
(516) 233-1660

[Quoted text hidden]

 **Otto Supplemental Disclosures_11_28_17.pdf**
98K

---

**Bishop, Jennifer D** <jbishop@hearst.com>　　　　　　　　　　　　　　　　Wed, Nov 29, 2017 at 3:08 PM
To: "James H. Freeman" <JF@liebowitzlawfirm.com>, "Sitwala, Ravi" <RSitwala@hearst.com>
Cc: Richard Liebowitz <rl@liebowitzlawfirm.com>, Kate Tsyvkin <kt@liebowitzlawfirm.com>

James,

Thanks for providing this information.  Please confirm whether either Mr. Burke or Ms. Kellerman is the person to whom your client voluntarily provided the photograph at issue, as referenced in my November 16 letter.

Best,

Jenn

**Jennifer D. Bishop**

Counsel

Office of General Counsel

300 West 57 Street, Floor 40

New York, NY 10019

(212) 649-2030

jbishop@hearst.com

**HEARST**

**From:** James H. Freeman [mailto:JF@liebowitzlawfirm.com]
**Sent:** Tuesday, November 28, 2017 5:16 PM
**To:** Bishop, Jennifer D <jbishop@hearst.com>; Sitwala, Ravi <RSitwala@hearst.com>
**Cc:** Richard Liebowitz <rl@liebowitzlawfirm.com>; Kate Tsyvkin <kt@liebowitzlawfirm.com>
**Subject:** Re: Otto v. Hearst: Supplemental Disclosures

[Quoted text hidden]

---

**James H. Freeman** <JF@liebowitzlawfirm.com>       Wed, Nov 29, 2017 at 3:38 PM
To: "Bishop, Jennifer D" <jbishop@hearst.com>
Cc: "Sitwala, Ravi" <RSitwala@hearst.com>, Richard Liebowitz <rl@liebowitzlawfirm.com>, Kate Tsyvkin <kt@liebowitzlawfirm.com>

Based on the documents to be produced, it appears that Mr. Otto texted Mr. Burke a copy of the photograph at issue on the night of the wedding.

James H. Freeman, Esq.
Liebowitz Law Firm, PLLC
(516) 233-1660

[Quoted text hidden]