# EXHIBIT F

# HEARST

December 1, 2017

**Office of**
**General Counsel**

Eve Burton
**Senior Vice President**
**General Counsel**

Catherine A. Bostron
**Corporate Secretary**

Jonathan R. Donnellan
Mark C. Redman
**Vice President**
**Deputy General Counsel**

Kristina E. Findikyan
Kenan J. Packman
Maureen Walsh Sheehan
Ravi V. Sitwala
Jack Spizz
Debra S. Weaver
**Senior Counsel**

Sultan Barazi
Liddy Barrow*
Jennifer D. Bishop
Lisa Bozman
Marianne W. Chow
Andrea Chui
Adam Colón
Travis P. Davis
Ignacio Diaz*
Carolene S. Eaddy
Carl G. Guida
Haifeng Han*
Audra B. Hart
Diego Ibargüen
Monika Jedrzejowska
Siu Y. Lin
Miyuki Matsumoto
Kate Mayer
Aimee Nisbet*
Shira R. Saiger
Eva M. Saketkoo
Evan Saucier
Jennifer Schanes
Aryn Sobo
Jennifer G. Tancredi
Federica Tigani*
Kitty Yang*
Stephen H. Yuhan
**Counsel**

* Not admitted or
  resident in New York

**Jennifer D. Bishop**
Counsel

**VIA EMAIL**

Richard Liebowitz
James H. Freeman
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 306
Valley Stream, NY 11580
(516) 233-1660
rl@liebowitzlawfirm.com
jf@liebowitzlawfirm.com

Re:   *Otto v. Hearst Communications, Inc.*, **No. 1:17-cv-4712-GHW**

Counsel:

   Enclosed with this letter please find a link to a Dropbox folder containing a production of documents in the above-referenced matter, which are Bates-stamped **HCI-OTTO-00001 – HCI-OTTO-00162**, which are produced pursuant to the Stipulated Confidentiality Agreement and Protective Order entered by the Court on November 29, 2017.  The password to the Dropbox folder will follow by separate email.

                                                Very truly yours,

                                                [signature]

                                                Jennifer D. Bishop

300 West 57th Street
New York, NY 10019
T 212.649.2030
F 646.280.2030
jbishop@hearst.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN OTTO,<br><br>                              Plaintiff,<br><br>   - against -<br><br>WARNER BROS. ENTERTAINMENT INC.,<br><br>                              Defendant. | Docket No. 1:17-cv-4763<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Jonathan Otto ("Otto" or "Plaintiff"), by and through his undersigned counsel, as and for his Complaint against Defendant Warner Bros. Entertainment Inc. ("Warner" or "Defendant") hereby alleges as follows:

### NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of President Donald Trump crashing a wedding at Trump National Golf Club in Bedminster, New Jersey, owned and registered by Otto, a New York based photojournalist. Accordingly, Otto seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

### JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or is transacting business in New York.

4.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.     Otto is a professional photojournalist in the business of licensing his photographs to online, print, and television stations for a fee, having a usual place of business at 1450 Washington Street, Hoboken, New Jersey 07030.

6.     Upon information and belief, Warner is a foreign business corporation duly organized and existing under the laws of the State of Delaware, with a place of business at 1325 6th Avenue, #2500, New York, New York 10019.  Upon information and belief, Warner is registered with the New York Department of State, Division of Corporations to do business in the State of New York.  At all times material hereto, Warner has owned and operated a website at the URL: www.tmz.com (the "Website").

## STATEMENT OF FACTS

**A.     Background and Plaintiff's Ownership of the Photograph**

7.     On June 10, 2017, Otto photographed President Donald Trump crashing a wedding at Trump National Golf Club in New Jersey (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8.     Otto is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9.     The Photograph was registered with the U.S. Copyright Office and was given pending Copyright Registration Number 1-5377479441.  See Exhibit B.

**B.     Defendant's Infringing Activities**

10.   Upon information and belief, on or about June 11, 2017, Warner ran an article on the Website entitled PRESIDENT TRUMP WEDDING CRASHER. See http://www.tmz.com/2017/06/11/donald-trump-wedding-crasher-golf-course/. The article prominently featured the Photograph. A true and correct copy of the article is attached hereto as Exhibit C.

11.   Warner did not license the Photograph from Plaintiff for its article, nor did Warner have Plaintiff's permission or consent to publish the Photograph on its Website.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST WARNER)**
**(17 U.S.C. §§ 106, 501)**

12.   Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13.   Warner infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Warner is not, and has never been, licensed or otherwise authorized to reproduce, publicly display, distribute and/or use the Photograph.

14.   The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15.   Upon information and belief, the foregoing acts of infringement by Warner have been willful, intentional, and purposeful, in disregard of and with indifference to Plaintiff's rights.

16. As a direct and proximate cause of Defendant's infringement of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to recover his damages and defendant's profits pursuant to 17 U.S.C. § 504(b).

17. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

18. Plaintiff further is entitled to recover his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Warner be adjudged to have infringed upon Plaintiff's copyright in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded his costs, expenses and attorney's fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated:  Valley Stream, New York
        June 22, 2017

                                                 LIEBOWITZ LAW FIRM, PLLC

                                                 By: /s/Richard Liebowitz
                                                     Richard P. Liebowitz
                                                     11 Sunrise Plaza, Suite 305
                                                     Valley Stream, New York 11580
                                                     Telephone: (516) 233-1660
                                                     RL@LiebowitzLawFirm.com

                                           *Attorneys for Plaintiff Jonathan Otto*

HCI-OTTO-00068

Swain, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10.30.17

---------------------------------------- x

JONATHAN OTTO,
                    Plaintiff,

-against-

WARNER BROS ENTERTAINMENT INC.

                    Defendant.

---------------------------------------- x

Index No. 1:17-cv-04763-LTS-SN

**STIPULATION OF DISMISSAL WITH PREJUDICE**

ECF Case

**IT IS HEREBY STIPULATED AND AGREED**, by and among plaintiff Jonathan Otto and Defendant Warner Bros Entertainment Inc., by and through their undersigned attorneys, that the above-captioned action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: October 30, 2017

_____
Richard Liebowitz

LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: 516-233-1660
RL@LiebowitzLawFirm.com

_____
James D. Weinberger
Leo Kittay
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
4 Times Square, 17th Floor
New York, New York 10036
Tel: 212-813-5952
JWeinberger@fzlz.com

SO ORDERED.

_____ Date: 10/30/17
Laura Taylor Swain, U.S.D.J.

{F2406778.1}

HCI-OTTO-00094