# EXHIBIT G



James H. Freeman <jameshfreeman@gmail.com>

## Otto's Document Production [OTTO_0001-66]

**James H. Freeman** <JF@liebowitzlawfirm.com>  Tue, Dec 5, 2017 at 11:56 AM
To: Jennifer Deanne Bishop <jbishop@hearst.com>, Ravi Viren Sitwala <rsitwala@hearst.com>
Cc: Richard Liebowitz <rl@liebowitzlawfirm.com>, Kate Tsyvkin <kt@liebowitzlawfirm.com>

Hi Jennifer:

Please see letter attached. The link to Otto's document production is below.

 **Otto Production_OTTO_0001-66.pdf**

James H. Freeman, Esq.
Liebowitz Law Firm, PLLC
(516) 233-1660

 **Production Letter_Otto_12_5_17.pdf**
553K