# EXHIBIT H



James H. Freeman <jameshfreeman@gmail.com>

## Otto's Document Production [OTTO_0001-66]

**Bishop, Jennifer D** <jbishop@hearst.com>  Wed, Dec 6, 2017 at 2:31 PM
To: "James H. Freeman" <JF@liebowitzlawfirm.com>, "Sitwala, Ravi" <RSitwala@hearst.com>
Cc: Richard Liebowitz <rl@liebowitzlawfirm.com>, Kate Tsyvkin <kt@liebowitzlawfirm.com>

Dear James and Richard,

Plaintiff's December 5 production did not include the licensing agreement entered into with Warner Brothers Entertainment, Inc., that Plaintiff identified in his November 28 Supplemental Interrogatory Responses. Please produce a copy of that agreement by noon tomorrow.

Thanks,

Jenn

**Jennifer D. Bishop**

Counsel

Office of General Counsel

300 West 57 Street, Floor 40

New York, NY 10019

(212) 649-2030

jbishop@hearst.com

**HEARST**

**From:** James H. Freeman [mailto:JF@liebowitzlawfirm.com]
**Sent:** Tuesday, December 05, 2017 11:57 AM
**To:** Bishop, Jennifer D <jbishop@hearst.com>; Sitwala, Ravi <RSitwala@hearst.com>
**Cc:** Richard Liebowitz <rl@liebowitzlawfirm.com>; Kate Tsyvkin <kt@liebowitzlawfirm.com>
**Subject:** Otto's Document Production [OTTO_0001-66]

Hi Jennifer:

Please see letter attached. The link to Otto's document production is below.

James H. Freeman, Esq.

Liebowitz Law Firm, PLLC

(516) 233-1660