# EXHIBIT I



James H. Freeman <jameshfreeman@gmail.com>

## Otto's Document Production [OTTO_0001-66]

**James H. Freeman** <JF@liebowitzlawfirm.com>     Thu, Dec 7, 2017 at 3:57 PM
To: "Bishop, Jennifer D" <jbishop@hearst.com>
Cc: "Sitwala, Ravi" <RSitwala@hearst.com>, Richard Liebowitz <rl@liebowitzlawfirm.com>, Kate Tsyvkin <kt@liebowitzlawfirm.com>

Please see attached.

James H. Freeman, Esq.
Liebowitz Law Firm, PLLC
(516) 233-1660

[Quoted text hidden]

**2 attachments**


**Production Letter_Otto_12_7_17 .pdf**
553K


**Otto _ Warner Licensing Agreement.pdf**
1098K



December 7, 2017

**VIA E-MAIL**

Jennifer D. Bishop
The Hearst Corporation
Office of General Counsel
300 West 57th Street, 40th Floor
New York, NY 10019
jbishop@hearst.com

Re:   *Otto v. Hearst Communications, Inc.* 1:17-cv-04712 (GHW)

Dear Jennifer:

      In further response to Defendant's First Set of Requests for Production of Documents, attached please find documents bearing Bate Stamp Nos. OTTO_0067-70.

                                              Sincerely,

                                              **/jameshfreeman/**
                                              James H. Freeman

                                              *Counsel for Plaintiff Jonathan Otto*