# EXHIBIT J



**James H. Freeman <jameshfreeman@gmail.com>**

---

## Otto v. Hearst Communications, Inc.

---

**James H. Freeman** <JF@liebowitzlawfirm.com>          Wed, Dec 13, 2017 at 4:21 PM
To: "Bishop, Jennifer D" <jbishop@hearst.com>
Cc: Richard Liebowitz <rl@liebowitzlawfirm.com>, "Sitwala, Ravi" <RSitwala@hearst.com>

Hi Jennifer:

With respect to Warner Bros., Otto will produce a copy of his settlement agreement by no later than 2:00 pm on Wednesday, Dec. 20, subject to any objections by Warner Bros.

With respect to CBS, the case has settled *in principle* pending negotiation of a formal settlement agreement. Accordingly, Otto is not in possession of a fully executed settlement agreement with CBS at this time. In the event a settlement agreement with CBS is ultimately consummated, then Otto shall produce a copy to Hearst, subject to any objections by CBS.

Further, Otto will be available for a second deposition on either Thursday, Dec. 21 or Friday, Dec. 22. However, to avoid a second deposition, Otto may be willing to stipulate to facts concerning the settlement agreements, depending on what Hearst intends to achieve through additional questioning.

We are available to meet and confer telephonically at your convenience.

Best,

James

James H. Freeman, Esq.
Liebowitz Law Firm, PLLC
(516) 233-1660

[Quoted text hidden]