# EXHIBIT K



James H. Freeman <jameshfreeman@gmail.com>

## Otto's Document Production [OTTO_0001-66]

**James H. Freeman** <JF@liebowitzlawfirm.com>　　　　　　　　　　　　　　　　　Fri, Dec 15, 2017 at 5:04 PM
To: "Bishop, Jennifer D" <jbishop@hearst.com>
Cc: "Sitwala, Ravi" <RSitwala@hearst.com>, Richard Liebowitz <rl@liebowitzlawfirm.com>, Kate Tsyvkin <kt@liebowitzlawfirm.com>

Please see attached.

Best,

James

James H. Freeman, Esq.
Liebowitz Law Firm, PLLC
(516) 233-1660

[Quoted text hidden]

---

**2 attachments**



**Production Letter_Otto_12_15_17 .pdf**
572K

**Otto v. TMZ- Signed Settlement Agreement.pdf**
2156K



December 15, 2017

**VIA E-MAIL**

Jennifer D. Bishop
The Hearst Corporation
Office of General Counsel
300 West 57th Street, 40th Floor
New York, NY 10019
jbishop@hearst.com


Re:     *Otto v. Hearst Communications, Inc.* 1:17-cv-04712 (GHW)


Dear Jennifer:

In response to Defendant's proposed motion to compel under Rule 37, attached please find documents bearing Bate Stamp Nos. OTTO_0071-79.

Sincerely,

**/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff Jonathan Otto*