# EXHIBIT L

 James H. Freeman <jameshfreeman@gmail.com>

## Otto's Document Production [OTTO_0001-66]

**Bishop, Jennifer D** <jbishop@hearst.com>　　　　　　　　　　　　　　Tue, Dec 19, 2017 at 2:33 PM
To: "James H. Freeman" <JF@liebowitzlawfirm.com>
Cc: "Sitwala, Ravi" <RSitwala@hearst.com>, Richard Liebowitz <rl@liebowitzlawfirm.com>, Kate Tsyvkin <kt@liebowitzlawfirm.com>

Hi James,

If you will agree to the attached stipulated facts, we will not need to depose Mr. Otto again. The referenced Exhibit 1 is the document you produced on Friday, Bates stamped OTTO_0071-79. Please let us know.

Thanks,

**Jennifer D. Bishop**

Counsel

Office of General Counsel

300 West 57 Street, Floor 40

New York, NY 10019

(212) 649-2030

jbishop@hearst.com

**HEARST**

**From:** James H. Freeman [mailto:JF@liebowitzlawfirm.com]
**Sent:** Monday, December 18, 2017 5:36 PM
**To:** Bishop, Jennifer D <jbishop@hearst.com>
**Cc:** Sitwala, Ravi <RSitwala@hearst.com>; Richard Liebowitz <rl@liebowitzlawfirm.com>; Kate Tsyvkin <kt@liebowitzlawfirm.com>
**Subject:** Re: Otto's Document Production [OTTO_0001-66]

[Quoted text hidden]

 **Stipulation of Facts.DOCX**
30K

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN OTTO,<br><br>       Plaintiff,<br><br>v.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>       Defendant. | No. 1:17-cv-04712-GHW |

**FIRST STIPULATION OF FACTS**

For use in this litigation and for no other purpose, Defendant Hearst Communications, Inc. ("Hearst"), and Plaintiff Jonathan Otto ("Otto"), by and through their undersigned counsel, hereby stipulate to the following undisputed facts, and agree that these stipulated facts may be received into evidence in lieu of further proof or testimony:

    1.    The document produced in this matter as OTTO_0071-79 and attached hereto as Exhibit 1 is a true and complete copy of the Settlement and Release Agreement entered into between Otto and Warner Bros. Entertainment, Inc. and effective October 27, 2017 (hereinafter, the "Warner Bros. Agreement").

    2.    Exhibit B to the Warner Bros. Agreement (Bates-stamped OTTO_0077-79) is an identical copy of the document that was produced in this matter as OTTO_0067-69 and that Otto testified about at his December 11, 2017 deposition.

    3.    The Warner Bros. Agreement is the only settlement agreement and/or license agreement that has been executed by Otto with respect to the photograph of Donald Trump that is the subject of this litigation.

Hearst and Otto agree to the above stipulations of agreed facts.

Dated:  December ___, 2017

| For Plaintiff Jonathan Otto: | For Defendant Hearst Communications, Inc.: |
|---|---|
| | /s/ Jennifer D. Bishop |
| Richard Liebowitz | Jonathan R. Donnellan |
| James H. Freeman | Ravi V. Sitwala |
| Liebowitz Law Firm, PLLC | Jennifer D. Bishop |
| 11 Sunrise Plaza, Suite 305 | The Hearst Corporation |
| Valley Stream, New York 11580 | Office of General Counsel |
| Tel: (516) 233-1660 | 300 West 57th Street, 40th Floor |
| Fax: | New York, NY 10019 |
| rl@liebowitzlawfirm.com | Tel: (212) 841-7000 |
| jf@liebowitzlawfirm.com | Fax: (212) 554-7000 |
| | jdonnellan@hearst.com |
| | rsitwala@hearst.com |
| *Counsel for Plaintiff* | jbishop@hearst.com |
| *Jonathan Otto* | |
| | *Counsel for Defendant Hearst* |
| | *Communications, Inc.* |