# EXHIBIT M



James H. Freeman <jameshfreeman@gmail.com>

## Otto's Document Production [OTTO_0001-66]

**James H. Freeman** <JF@liebowitzlawfirm.com>　　　　　　　　　　　　　　Wed, Dec 20, 2017 at 9:45 AM
To: "Bishop, Jennifer D" <jbishop@hearst.com>
Cc: "Sitwala, Ravi" <RSitwala@hearst.com>, Richard Liebowitz <rl@liebowitzlawfirm.com>, Kate Tsyvkin <kt@liebowitzlawfirm.com>

Hi Jennifer:

With regards to the proposed stipulation, paragraph #3 is not factually accurate as evidenced by Otto's settlement agreement with CBS.

Paragraph #1 calls for a legal conclusion as to whether the licensing agreement is incorporated by reference into the settlement agreement. Mr. Otto has already testified that the licensing agreement is separate from the settlement agreement. However, he is prepared to stipulate that the licensing agreement is attached as an exhibit to the Settlement Agreement.

Mr. Otto will stipulate to paragraph #2.

Please advise.

James

James H. Freeman, Esq.
Liebowitz Law Firm, PLLC
(516) 233-1660

[Quoted text hidden]