# EXHIBIT N



James H. Freeman <jameshfreeman@gmail.com>

## Otto's Document Production [OTTO_0001-66]

**Bishop, Jennifer D** <jbishop@hearst.com>  Wed, Dec 20, 2017 at 10:02 AM
To: "James H. Freeman" <JF@liebowitzlawfirm.com>
Cc: "Sitwala, Ravi" <RSitwala@hearst.com>, Richard Liebowitz <rl@liebowitzlawfirm.com>, Kate Tsyvkin <kt@liebowitzlawfirm.com>

Thanks James. We can delete paragraph 3 in light of the production.

Our intent with paragraph 1 was to authenticate the document, as well as indicating that the license agreement is attached as an exhibit to the settlement agreement. Can you please suggest some revised language that will achieve that purpose while addressing your concern?

Best,

Jenn


**Jennifer D. Bishop**

Counsel

Office of General Counsel

300 West 57 Street, Floor 40

New York, NY 10019

(212) 649-2030

jbishop@hearst.com

**HEARST**


**From:** James H. Freeman [mailto:JF@liebowitzlawfirm.com]
**Sent:** Wednesday, December 20, 2017 9:46 AM
**To:** Bishop, Jennifer D <jbishop@hearst.com>

[Quoted text hidden]

[Quoted text hidden]