# EXHIBIT P

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN OTTO,<br><br>          Plaintiff,<br><br>v.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>          Defendant. | No. 1:17-cv-04712-GHW |

## FIRST STIPULATION OF FACTS

For use in this litigation and for no other purpose, Defendant Hearst Communications, Inc. ("Hearst"), and Plaintiff Jonathan Otto ("Otto"), by and through their undersigned counsel, hereby stipulate to the following undisputed facts, and agree that these stipulated facts may be received into evidence in lieu of further proof or testimony:

1.  The document produced in this matter as OTTO_0071-79 and attached hereto as Exhibit 1 is a true and complete copy of the Settlement and Release Agreement, along with exhibits attached thereto, entered into between Otto and Warner Bros. Entertainment, Inc. and effective October 27, 2017.

2.  Exhibit B to the Settlement and Release Agreement (Bates-stamped OTTO_0077-79) is an identical copy of the document that was produced in this matter as OTTO_0067-69 and that Otto testified about at his December 11, 2017 deposition.

Hearst and Otto agree to the above stipulations of agreed facts.

Dated: December 20, 2017

**For Plaintiff Jonathan Otto:**

*[signature]*

Richard Liebowitz
James H. Freeman
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: (516) 233-1660
Fax: (516) 612-2740
rl@liebowitzlawfirm.com
jf@liebowitzlawfirm.com

*Counsel for Plaintiff*
*Jonathan Otto*

**For Defendant Hearst Communications, Inc.:**

*[signature]*

Jonathan R. Donnellan
Ravi V. Sitwala
Jennifer D. Bishop
The Hearst Corporation
Office of General Counsel
300 West 57th Street, 40th Floor
New York, NY 10019
Tel: (212) 841-7000
Fax: (212) 554-7000
jdonnellan@hearst.com
rsitwala@hearst.com
jbishop@hearst.com

*Counsel for Defendant Hearst*
*Communications, Inc.*

2