UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN OTTO,

                          Plaintiff,

- against –

HEARST COMMUNICATIONS, INC.

                          Defendant.

1:17-cv-04712 (GHW-JLC)

ECF Case

**DECLARATION OF RICHARD P. LIEBOWITZ, ESQ.**

I, RICHARD LIEBOWITZ, declare under the penalty of perjury as follows:

    1.    I am attorney with the Liebowitz Law Firm PLLC (the "Firm"), where I am a partner. I am admitted to practice before this Court and serve as counsel for plaintiff Jonathan Otto in the above-referenced action. I submit this declaration in further support of Plaintiff's motion for partial summary judgment and in opposition to Defendant Hearst Communications, Inc.'s motion for summary judgment.

**Registration of the Photograph**

    2.    It is the Firm's routine practice to register photographs with the U.S. Copyright Office (the "USCO") on behalf of the Firm's clients.

    3.    The Firm employs several individuals whose job function is to register clients' photographs with the USCO. I directly supervise the registration process, particularly with respect the to the Firm's new clients.

    4.    Jonathan Otto became a client of the Firm on Monday, June 12, 2017. That same day, the Firm's Director of Client Relations named Donna Halperin, who is a full-time employee

of the Firm, registered a photograph taken by Mr. Otto of President Trump dancing with a bride at a Wedding held at the Trump National Golf Club in Bedminster, New Jersey (the "Photograph").  A true and correct copy of the Photograph is attached hereto as Exhibit A.

5. Ms. Halperin's registration of the Photograph was carried out under my direct supervision, particularly given that Mr. Otto was a brand new client of the Firm and the Photograph had been infringed by several major media outlets.

6. Under my supervision and while I was in the office, the Photograph was submitted by Ms. Halperin to the USCO as part of an application for copyright registration, which includes my name under "Certification," bearing service request # 1-5377479441 (the "Application"). A true and correct copy of the Application is attached hereto as Exhibit B.

7. The USCO eventually approved the Application and mailed the Firm a registration certificate bearing registration number VA 2-055-309, with effective date June 12, 2017 (the "309 Registration"). A true and correct copy of the 309 Registration, which bears by name under "Certification," is attached hereto as Exhibit C.

8. The Firm's registration of the Photograph on behalf of Mr. Otto was carried out in accordance with the Firm's routine practice of registering clients' photographs with the USCO.

**Defendant's Document Production**

9. During the discovery period, Plaintiff asked Defendant to produce the following:

> **Request No. 1**: All records, documents, and communications concerning Hearst's discovery of the photograph, including all communications to, from and between person or persons who first came across the photograph.
>
> **Request No. 2:** All records, documents, and communications concerning Hearst's decision to use the photograph, including all communications to, from and between any person or persons who participated in the decision-making process to use the photograph.

**Request No. 3:** All records, documents, and communications concerning Hearst's process of editing the photograph, including all communications to, from and between any person or persons who participated in the editorial process.

**Request No. 4:** All records, documents and communications concerning Hearst's internal policy, Standards & Practices, or other guidance for obtaining permission, consent or license to any copyrightable material. This request pertains to a period from January 2013 through the present.

10. During discovery, Defendant produced documents responsive to the above Requests No. 1-4. However, Defendant never produced any documents showing that Hearst's editors can edit some, but not all, of the pieces of information about the Article displayed in Hearst's Content Management System ("CMS"). Nor did Defendant produce any documents showing entries from a limited, prepopulated list in the CMS.

Dated: April 23, 2018
Valley Stream, NY

/s/RichardLiebowitz

RICHARD LIEBOWITZ