# EXHIBIT B

Registration Number
# *-APPLICATION-*

## Title

**Title of Work:** Donald Trump crashes wedding at Trump Nationsl Golf Club, Bedminster, NJ

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** June 10, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Jonathan Otto
  **Author Created:** photograph
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jonathan Otto
1450 Washington Street, Hoboken, NJ, 07030, United States

## Certification

**Name:** Richard Liebowitz
**Date:** June 12, 2017

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-5377479441

## Mail Certificate

Richard Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

**Priority:** Routine    **Application Date:** June 12, 2017

## Correspondent

**Name:** Richard Liebowitz
**Email:** rl@liebowitzlawfirm.com
**Telephone:** (516)233-1660
**Address:** 11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

OTTO_0006