# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-055-309**

Effective Date of Registration:
June 12, 2017

## Title

        Title of Work:   Donald Trump crashes wedding at Trump Nationsl Golf Club, Bedminster, NJ

## Completion/Publication

    Year of Completion:   2017
  Date of 1st Publication:   June 10, 2017
Nation of 1st Publication:   United States

## Author

-             Author:   Jonathan Otto
   Author Created:   photograph
       Citizen of:   United States

## Copyright Claimant

  Copyright Claimant:   Jonathan Otto
                        1450 Washington Street, Hoboken, NJ, 07030, United States

## Certification

              Name:   Richard Liebowitz
               Date:   June 12, 2017

OTTO_0001

*0000VA000020553090202*

OTTO_0002

**Registration #:** VA0002055309
**Service Request #:** 1-5377479441

Richard Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

OTTO_0003



OTTO_0004