IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN OTTO,<br><br>    Plaintiff,<br><br>v.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>    Defendant. | C.A. No. 1:17-cv-04712-GHW |

**REPLY DECLARATION OF JENNIFER D. BISHOP**
**IN FURTHER SUPPORT OF DEFENDANT'S MOTION FOR SANCTIONS**

I, JENNIFER D. BISHOP, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. My name is Jennifer D. Bishop, and I am over the age of 18 and fully competent to make this Declaration. I am an attorney admitted to practice before this Court. I am employed as Counsel to the Hearst Corporation, in the Office of the General Counsel, and an attorney for Defendant Hearst Communications, Inc. ("Hearst"). I make this Declaration in further support of Hearst's Motion for a Sanctions (the "Motion"). I have personal knowledge of the matters stated in this Declaration, and each statement is true and correct.

2. A true and correct copy of a relevant portion of the transcript of the February 5, 2018 Conference before Judge Woods is attached hereto as <u>Exhibit A</u>.

Executed this 27th day of April, 2018, in New York, New York.

                                                                   /s/ Jennifer D. Bishop
                                                                   JENNIFER D. BISHOP