**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONATHAN OTTO,<br><br>                              Plaintiff,<br><br>       - against –<br><br>HEARST COMMUNICATIONS, INC.<br><br>                              Defendants. | 1:16-cv-05277 (GHW)<br><br>ECF Case<br><br>**DECLARATION OF**<br>**JAMES H. FREEMAN** |

I, JAMES H. FREEMAN, declare under the penalty of perjury as follows:

1.      I am attorney with the Liebowitz Law Firm PLLC (the "Firm"), where I am an associate.  I am admitted to practice before this Court and serve as counsel for plaintiff Jonathan Otto in the above-referenced action.  I submit this declaration in support of Plaintiff's motion for judicial notice, dated May 18, 2018.  I have personal knowledge of the facts stated herein.

2.      On February 21, 2018, our law office submitted a Litigation Statement ("Form LS") to the U.S. Copyright Office requesting a certified deposit copy of the Photograph at issue in this litigation ("Certified Deposit Copy").  Attached as Exhibit A is a true and correct copy of the Form LS, dated February 21, 2018.

3.      Plaintiff's request for the Certified Deposit Copy was placed on an expedited basis in the hope that such certification could be submitted to the Court as part of the cross-motions for summary judgment.  However, the Certified Deposit Copy was not received by our office until May 14, 2018.  Attached as Exhibit B is a true and correct copy of the Certified Deposit Copy received from the U.S. Copyright Office on May 14, 2018.

      4.      The total cost of the request for the Certified Deposit Copy was $617.00.

Attached as <u>Exhibit C</u> is a true and correct copy of the receipt issued by the U.S. Copyright Office in connection with Plaintiff's request for the Certified Deposit Copy.


Dated: May 18, 2018

Valley Stream, New York

                                          Respectfully Submitted,

                                          **/s/jameshfreeman/**

                                          JAMES H. FREEMAN