

# Litigation Statement · Form LS

**United States Copyright Office, Certifications and Documents Section**

Request for Reproduction of Copies, Phonorecords, or Identifying Material Deposited in Connection with Copyright Registration

## BASIC INSTRUCTIONS

This form *must* be used to request copies of copyright deposits pursuant to 37 CFR §201.2(d)(2)(ii). This form *must* contain an original signature and *all* information requested in order for the Office to process the request. A separate Form LS must be used for each work requested. The person who picks up copies must present photo identification.

**WARNING:** Material requested *must only* be used for specific litigation noted.

---

## 1

**A** Pursuant to 17 USC §706(b) and 37 CFR §201.2(d)(2)(ii), please make a copy of the deposit described below.

Registration number
▼ **VA 2-055-309**

Effective date of registration
▼ **June 12, 2017**

Title and description of this work:
**Donald Trump Crashes Wedding at Trump National Golf Club , Bedminister, NJ  (photograph)**

**B** The copy of this material should be:

☐ Uncertified    ☒ Certified (additional fee applies)    ☒ Expedited (additional fee applies)

---

## 2

**A** The copy of this material is to be used for the following actual or prospective litigation:

Name of client: **Jonathan Otto**

Address: **1450 Washington Street**

City: **Hoboken**    State: **NJ**    Zip: **07030**

Phone: (**908-229-9509**    Fax: (    )    Email: **jotto785@gmail.com**

**B** Client is (or may become): ▼    Name(s) of other party/parties ▼ **Hearst Communications, Inc. (defendant)**

☒ Plaintiff    ☐ Defendant

**C** Nature of the controversy: ▼
**Copyright Infringement (17 U.S.C. § 101 *et seq*.);**

Name of court if proceedings have been instituted: ▼
**U.S. District Court, Southern District of New York**

Docket number: **17-cv-4712 (GHW)**

Caption: **Otto v. Hearst Communications, Inc.**

**D** If litigation is prospective, please give a full statement of the facts surrounding the controversy (attach additional sheets if necessary). Attach any letter or other document that supports your claim that litigation may be instituted.

**n/a**

---

**MORE ON BACK**    • Complete all applicable spaces (number 3) on the reverse side of this page.
• Read all information and sign number 4.

DO NOT WRITE HERE
Page 1 of _____ pages

| REQUESTED MATERIAL WAS PICKED UP BY | FORM LS |
|---|---|
| | |
| PHOTO ID CHECKED BY | F O R |
| | C O P Y R I G H T |
| | O F F I C E |
| OR MAILED TO | U S E |
| | O N L Y |
| DATE | |

DO NOT WRITE ABOVE THIS LINE

**3**

Printed name of requesting attorney or pro se litigant: **James H. Freeman**

Name of firm: **Liebowitz Law Firm PLLC**

Address (*no P.O. boxes*): **11 Sunrise Plaza, Suite 305**

City: **Valley Stream**    State: **NY**    Zip: **11580**

Phone: ( **516** ) **233-1660**    Fax: ( **516** ) **612-2740**    Email: **jf@liebowitzlawfirm.com**

The requested material [X] should be mailed to the address above

☐ will be picked up by: _____
Individual's name or name of messenger service

☐ use requesting patrons FedEx account: _____
Account number

**4**

Any false statement of a material fact made on this form may be a criminal offense. See 18 U.S.C. §1001(a), reprinted below. The Copyright Office may report misrepresentations or misconduct to Federal enforcement agencies or the appropriate bar association(s).

I hereby declare to the Copyright Office, under penalty of perjury, that a controversy exists and that the requested copy will be used only in connection with the specified actual or prospective litigation. I also acknowledge that any other use of this copy would be in violation of the Regulations of the Copyright Office 37 CFR §201.2(d)(2).

*James H. Freeman* (For RL)                                                     **2/21/2018**

Handwritten signature of [X] Attorney: Bar number **JH 8605**    State of practice **New York**    Date
                          ☐ Pro se litigant (*individual serving as his or her own attorney*)

**Return this form to:** Records Research and Certification Section, U.S. Copyright Office, P.O. Box 70400, Washington, DC 20024

**37 CFR §201.2(d)(2)(ii)**
(2) Requests for certified or uncertified reproductions of the copies, phonorecords, or identifying material deposited in connection with a copyright registration of published or unpublished works in the custody of the Copyright Office will be granted only when one of the following three conditions has been met:
      ***
      (ii) The Copyright Office receives a written request from an attorney on behalf of either the plaintiff or defendant in connection with litigation, actual or prospective, involving a copyrighted work. The following information must be included in such a request: (A) The names of all the parties involved and the nature of the controversy; (B) The name of the court in which the actual case is pending or, in the case of a prospective proceeding, a full statement of the facts of the controversy in which the copyrighted work is involved; and (C) Satisfactory assurance that the requested reproduction will be used only in connection with the specified litigation.

**18 U.S.C. §1001. Statements or entries generally.**
(a) Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully—
      (1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;
      (2) makes any materially false, fictitious, or fraudulent statement or representation; or
      (3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;
shall be fined under this title or imprisoned not more than 5 years, or both.