LIBRARY OF CONGRESS

*Copyright Office of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached color photocopy is a true representation of the work entitled **DONALD TRUMP CRASHES WEDDING AT TRUMP NATIONAL GOLF CLUB, BEDMINSTER, NJ** deposited in the Copyright Office with claim of copyright registered under number **VA 2-055-309**.

**THIS IS TO CERTIFY ALSO,** that due to the nature of the work deposited, the attached photocopy is the best possible electrostatic positive print available.

**THIS IS TO CERTIFY FURTHER,** that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on May 10, 2018.

Karyn A. Temple
Acting United States Register of Copyrights and Director

*Veronica Patten.*

By: Veronica Patten
Supervisory Copyright Specialist
Records Research and Certification Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



Liebowitz Law Firm
Attn: James H. Freeman
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580

U.S. Copyright Office
Records Research &
Certification Section
101 Independence Ave., SE
Washington, DC 20559

