# UNITED STATES COPYRIGHT OFFICE
## Receipt of Payment

**RECORDS RESEARCH & CERTIFICATION**

*Rec'd certified copy on 5/14/18*

| | |
|---|---|
| Name: | Liebowitz Law Firm PLLC |
| Address: | Attn: James H. Freeman |
| | 11 Sunrise Plaza, Suite 305 |
| | Valley Stream, NY 11580 |
| Phone: | 516-233-1660 |

| | |
|---|---|
| Completed Date: | 5/10/2018 |
| Service Request No.: | 1-6319186820(TCLA) |
| Registration No.: | VA 2-055-309 |
| Registration No.: | |
| Registration No.: | |

| Service | Unit Price | Quantity | Fee | Amount Paid |
|---|---|---|---|---|
| **Retrieval Services** | | | | |
| Physical deposit | $200.00 per hour (1 hour min.) or per 6 | | $ 0.00 | |
| Electronic deposit/application | $100.00 (first 30 mins.) | 1 | $ 100.00 | $ 100.00 |
| Each additional 15 minutes | $50.00 | | $ 0.00 | |
| Physical correspondence | $200.00 per 6 | | $ 0.00 | |
| Electronic correspondence | $100.00 (first 30 mins.) | | $ 0.00 | |
| Each additional 15 minutes | $50.00 | | $ 0.00 | |
| Retrieval for inspection of correspondence (physical) | $200.00 | | $ 0.00 | |
| Retrieval for inspection of correspondence (e-file) | $100.00 | | $ 0.00 | |
| Retrieval for inspection of deposit (physical) | $200.00 | | $ 0.00 | |
| Retrieval for inspection of deposit (e-file) | $100.00 | | $ 0.00 | |
| **Copy Services** | | | | |
| Additional certificate | $40.00 | | $ 0.00 | |
| Black and white (8.5" x 11") | up to 24 pages ($12 min.) | | $ 0.00 | |
| Each additional page | $0.50 per page | | $ 0.00 | |
| Black and white (11" x 17") | up to 12 pages ($12 min.) | | $ 0.00 | |
| Each additional page | $1.00 per page | | $ 0.00 | |
| Color (8.5" x 11") | up to 6 pages ($12 min.) | 1 | $ 12.00 | $ 12.00 |
| Each additional page | $2.00 per page | | $ 0.00 | |
| Color (11" x 17") | up to 3 pages ($12 min.) | | $ 0.00 | |
| Each additional page | $4.00 per page | | $ 0.00 | |
| CD/DVD | $30.00 | | $ 0.00 | |
| Flash drive | $30.00 | | $ 0.00 | |
| Audio cassette | $75.00 (first 30 mins.) | | $ 0.00 | |
| Each additional 15 minutes | $20.00 | | $ 0.00 | |
| Video cassette | $75.00 (first 30 mins.) | | $ 0.00 | |
| Each additional 15 minutes | $20.00 | | $ 0.00 | |
| **Additional Services** | | | | |
| Certification | $200.00 | 1 | $ 200.00 | $ 200.00 |
| Double certified certificates | $240.00 | | $ 0.00 | |
| Expedited service | $305.00 per hour | 1 | $ 305.00 | $ 305.00 |
| Overnight shipping (FedEx) | $45.00 | | $ 0.00 | |
| Fax | up to 7 pages ($7 min.) | | $ 0.00 | |
| Each additional page | $1.00 per page | | $ 0.00 | |
| Public photocopying | $0.25 per page | | $ 0.00 | |
| Outside Service (DUPL/MBRS) | $ | | $ 0.00 | |
| **Search Services** | | | | |
| Search estimate | $200.00 | | $ 0.00 | |
| Litigation search | $200.00 per hour | | $ 0.00 | |
| Inspection search | $200.00 per hour | | $ 0.00 | |
| Search report | $400.00 first 2 hours (2 hour min.) | | $ 0.00 | |
| Each additional hour | $200.00 | | $ 0.00 | |
| | | **Total Fee** | $ 617.00 | |
| | | **Total Amount Paid** | | $ 617.00 |
| | | **Refund** | | $ 0.00 |

U.S. Copyright Office · Library of Congress · 101 Independence Avenue SE · Washington, DC 20559 · www.copyright.gov

REVISED: 02/2018