# HEARST

June 28, 2018

**VIA ECF**

<div style="float:left">

**Office of
General Counsel**

Eve Burton
**Senior Vice President
Chief Legal Officer**

Catherine A. Bostron
**Corporate Secretary**

Jonathan R. Donnellan
Mark C. Redman
**Vice President
Deputy General Counsel**

Kristina E. Findikyan
Kenan J. Packman
Maureen Walsh Sheehan
Ravi V. Sitwala
Jack Spizz
**Associate General Counsel**

Debra S. Weaver
**Senior Counsel**

Sultan Barazi
Liddy Barrow*
Jennifer D. Bishop
Lisa Bozman
Andrea Chui
Adam Colón
Travis P. Davis
Ignacio Diaz*
Carolene S. Eaddy
Carl G. Guida
Audra B. Hart
Diego Ibargüen
Monika Jedrzejowska
Siu Y. Lin
Miyuki Matsumoto
Kate Mayer
Marianne Chow Newman
Aimee Nisbet*
Shira R. Saiger
Eva M. Saketkoo
Evan Saucier
Jennifer Schanes
Aryn Sobo
Jennifer G. Tancredi
Federica Tigani*
Kitty Yang*
Stephen H. Yuhan
**Counsel**

* Not admitted or
resident in New York

</div>

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Jennifer D. Bishop
Counsel

Re: ***Otto v. Hearst Communications, Inc.*, Case No. 1:17-cv-4712-GHW
<u>Request for Withdrawal of Appearance of Jennifer D. Bishop</u>**

Dear Judge Woods:

    I write to request the withdrawal of my appearance as attorney for Defendant Hearst Communications, Inc. in the above-referenced matter. My last day as in-house counsel for Hearst is June 29, 2018. I respectfully ask that Your Honor please direct the Clerk to remove my name from the court docket and from any further electronic notification related to the litigation. Ravi V. Sitwala from The Hearst Corporation, who has appeared in this matter, will continue to represent the Defendant, and no hardship will be caused by my withdrawal.

                      Respectfully submitted,

                        /s/ Jennifer D. Bishop
                        Jennifer D. Bishop

cc:     Counsel of Record (via ECF)

300 West 57th Street
New York, NY 10019
T 212.649.2030
F 646.280.2030
jbishop@hearst.com