IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JONATHAN OTTO,

          Plaintiff,

v.

HEARST COMMUNICATIONS, INC.,

          Defendant.

C.A. No. 1:17-cv-04712-GHW-JLC

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

      Please enter my appearance as attorney of record for Defendant Hearst Communications,

Inc. in the above-titled action.  I certify that I am admitted to practice in this Court.

          Respectfully submitted,

          /s/ Nathaniel S. Boyer
          Nathaniel S. Boyer
          The Hearst Corporation
          Office of General Counsel
          300 West 57th Street, 40th Floor
          New York, NY 10019
          Tel: (212) 649-2030
          Fax: (212) 649-2035
          nathaniel.boyer@hearst.com

          *Attorney for Defendant*

Dated:      December 17, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on December 17, 2018.

/s/ Nathaniel S. Boyer
Nathaniel S. Boyer