USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/4/2019____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
JONATHAN OTTO,                                             :
                                                           :
                              Plaintiff,                   :    **ORDER**
                                                           :
            -v-                                            :    17-CV-4712 (GHW) (JLC)
                                                           :
HEARST COMMUNICATIONS, INC.,                               :
                                                           :
                              Defendant.                   :
-----------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

   On February 21, 2019, the Court issued its Opinion and Order resolving the parties' respective sanctions motions in this matter (Dkt. Nos. 59 and 66). As the Opinion and Order refers to information that was redacted in defendant Hearst's motion papers, the Opinion and Order was temporarily filed under seal and emailed to the parties. The parties were given until February 28, 2019 to submit any proposed redactions for the Court's review. Having received no applications for redactions, the Court will file its February 21 Opinion and Order on the public docket.

   The Clerk of Court is respectfully directed to unseal the previously filed Opinion and Order (Dkt. No. 92) and docket it on ECF. Both Docket Entry Nos. 59 and 66 should be closed and marked as denied.

   **SO ORDERED.**

Dated:  March 4, 2019
        New York, New York

_____
JAMES L. COTT
United States Magistrate Judge