UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN OTTO,                    Plaintiff,<br><br>- against -<br><br>HEARST COMMUNICATIONS, INC.<br><br>                                           Defendant. | Case No. 17-cv-4712 (GHW)<br><br>**STIPULATION REGARDING NONJURY TRIAL PURSUANT TO FED. R. CIV. P. 39(a)(1)** |

**WHEREAS** Plaintiff Jonathan Otto ("Plaintiff") initiated the above-captioned action by filing a complaint against Defendant Hearst Communications, Inc. ("Defendant") on July 24, 2017 alleging one count of copyright infringement (the "Complaint");

**WHEREAS,** in his Complaint, Plaintiff demanded a jury trial on all issues so triable, including the issue of damages in this copyright infringement action;

**WHEREAS,** the Court, having granted summary judgment to Plaintiff on the issue of liability, has scheduled a jury trial on the remaining issue of damages for July 15, 2019 [*See* ECF No. 91];

**WHEREAS,** Plaintiff and Defendant now desire a bench trial instead of a jury trial on the issue of damages;

*[continued on next page]*

1

**IT IS HEREBY STIPULATED AND AGREED**, by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 39(a)(1), that both Plaintiff and Defendant waive their right to a jury trial on the issue of damages.  The parties respectfully request that the Court vacate the jury trial scheduled for July 15, 2019 and schedule a nonjury trial to commence on that date instead.

DATED:  March 20, 2019                     LIEBOWITZ LAW FIRM, PLLC

By:     **/s/richardliebowitz/**
Richard Liebowitz
James H. Freeman
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
(516) 233-1660
rl@liebowitzlawfirm.com
jf@liebowitzlawfirm.com

*Attorneys for Plaintiff Jonathan Otto*

DATED:  March 20, 2019                     HEARST COMMUNICATIONS, INC.

By:      /s/ Nathaniel S. Boyer
Jonathan R. Donnellan
Ravi V. Sitwala
Nathaniel S. Boyer
The Hearst Corporation
300 West 57th Street, 40th Floor
New York, NY 10019
(212) 649-2030
jdonnellan@hearst.com
rsitwala@hearst.com
nathaniel.boyer@hearst.com

*Attorneys for Defendant Hearst Communications, Inc.*

**IT IS SO ORDERED:**

Dated: New York, New York
            _____ _____, 2019           _____
                                             HON. GREGORY H. WOODS, U.S.D.J.