# H E A R S T

March 20, 2019

**Office of**
**General Counsel**

Eve Burton
**Senior Vice President**
**Chief Legal Officer**

Jonathan R. Donnellan
Mark C. Redman
**Vice President**
**Co-General Counsel**

Kenan J. Packman
Maureen Walsh Sheehan
Ravi V. Sitwala
Jack Spizz
**Associate General Counsel**

Carolene S. Eaddy
Jennifer G. Tancredi
Debra S. Weaver
**Senior Counsel**

Sultan Barazi
Liddy Barrow*
Nathaniel S. Boyer
Lisa Bozman
Andrea Chui
Adam Colón
Travis P. Davis
Ignacio Diaz*
Kerry A. Flynn
Matthew Greenfield
Carl G. Guida
Diego Ibargüen
Monika Jedrzejowska
Kate Mayer
Marianne Chow Newman
Aimee Nisbet*
Sarah S. Park
Andrea S. Ryken
Eva M. Saketkoo
Jennifer Schanes
Aryn Sobo
Federica Tigani*
Kitty Yang*
Stephen H. Yuhan
**Counsel**

Catherine A. Bostron
**Corporate Secretary**

Nathaniel S. Boyer
Counsel

**VIA ECF**

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:      ***Otto v. Hearst Communications, Inc.***, Case No. 1:17-cv-4712-GHW
         **Proposed Stipulation and Order**

Dear Judge Woods:

As you know, we represent Defendant Hearst Communications, Inc. in the above-referenced action, in which a jury trial on damages is scheduled to commence on July 15, 2019.  We write jointly with counsel for Plaintiff Jonathan Otto to inform the Court that the parties have entered into a stipulation, pursuant to Fed. R. Civ. P. 39(a)(1), in which they waive their rights to a jury trial on the issue of damages in this case.  As stated in the stipulation, which has been electronically filed with the Clerk of the Court, the parties respectfully request that the Court vacate the jury trial scheduled for July 15, 2019 and schedule a nonjury trial to commence on that date instead.

Respectfully submitted,

/s/ Nathaniel S. Boyer
Nathaniel S. Boyer

/s/ James H. Freeman
James H. Freeman

cc:      Counsel of Record (via ECF)

300 West 57th Street
New York, NY 10019
T 212.649.2030
F 646.280.2030
Nathaniel.boyer@hearst.com

* Not admitted or
  resident in New York