# HEARST

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/03/19

**Office of**
**General Counsel**

Eve Burton
**Senior Vice President**
**Chief Legal Officer**

Jonathan R. Donnellan
Mark C. Redman
**Vice President**
**Co-General Counsel**

Kenan J. Packman
Maureen Walsh Sheehan
Ravi V. Sitwala
Jack Spizz
**Associate General Counsel**

Carolene S. Eaddy
Jennifer G. Tancredi
Debra S. Weaver
**Senior Counsel**

Sultan Barazi
Liddy Barrow*
Nathaniel S. Boyer
Lisa Bozman
Andrea Chui
Adam Colón
Travis P. Davis
Ignacio Diaz*
Kerry A. Flynn
Matthew Greenfield
Carl G. Guida
Diego Ibargüen
Monika Jedrzejowska
Kate Mayer
Marianne Chow Newman
Aimee Nisbet*
Sarah S. Park
Andrea S. Ryken
Eva M. Saketkoo
Jennifer Schanes
Aryn Sobo
Federica Tigani*
Kitty Yang*
Stephen H. Yuhan
**Counsel**

Catherine A. Bostron
**Corporate Secretary**

\* Not admitted or
   resident in New York

May 2, 2019

Nathaniel S. Boyer
Counsel

**VIA ECF**

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:  **Unopposed Letter Motion**
     **for Extension of Time Regarding Pretrial Materials**
     ***Otto v. Hearst Communications, Inc.*, Case No. 1:17-cv-4712-GHW**

Dear Judge Woods:

  As you know, we represent Defendant Hearst Communications, Inc. ("Hearst") in the above-referenced action, in which a bench trial on damages is scheduled to commence on July 15, 2019. The deadline for the submission of pretrial materials is Monday, May 6, 2019. *See* Doc. No. 98. We write to request (i) a one-week extension until May 13, 2019 for the parties to submit all pretrial materials except for any motions *in limine*, and (ii) a two-week extension until May 20, 2019, for the parties to submit motions *in limine*, if any. Counsel for Plaintiff Jonathan Otto consents to this request.

  The parties have been working cooperatively in preparing the joint pretrial order, exchanging multiple drafts since April 2. A recent addition to the draft, however, may necessitate motion practice that Hearst did not previously anticipate, and may cause Hearst to adjust various components of its pretrial filings (including direct examination declarations) which, as you know, are to be filed concurrently with the joint pretrial order. Hearst believes that, with this modest extension, the parties may be able to eliminate or narrow their dispute, minimizing the burden on the Court.

  This is Hearst's first request for an extension of this deadline. Mr. Otto made one prior unopposed application for a one-week extension of this

300 West 57th Street
New York, NY 10019
T 212.649.2030
F 212.649.2035
nathaniel.boyer@hearst.com

deadline, which the Court granted.

Respectfully submitted,

/s/ Nathaniel S. Boyer
Nathaniel S. Boyer

cc: Counsel of Record (via ECF)

Application granted. The parties are directed to submit all pre-trial materials other than motions *in limine* no later than May 13, 2019 and motions *in limine* no later than May 20, 2019.

SO ORDERED.

Dated: May 3, 2019
New York, New York

GREGORY H. WOODS
United States District Judge