IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN OTTO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>　　　　Defendant. | C.A. No. 1:17-cv-04712-GHW<br><br>**NOTICE OF<br>MOTION *IN LIMINE*** |

**PLEASE TAKE NOTICE** that Defendant Hearst Communications, Inc., by its undersigned counsel, will move this Court before the Honorable Gregory H. Woods, United States District Judge of the United States District Court for the Southern District of New York, at the United States Courthouse, Courtroom 12C, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, for an order, pursuant to Fed. R. Evid. 401, 403, 611, and the Court's inherent authority, precluding Plaintiff Jonathan Otto from calling Eve Burton, a senior executive with the Hearst Corporation who lacks any relevant knowledge, as a witness at the bench trial on damages in this matter that is scheduled to commence on July 15, 2019, and granting such other and further relief as the Court deems just and proper.

[continued on next page]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 5.B.i of the Judge Woods' Individual Rules of Practice in Civil Cases, Plaintiff's opposition papers must be served on or before May 28, 2019, and Defendant's reply brief must be served on or before June 3, 2019.

| | |
|---|---|
| New York, New York<br>May 20, 2019 | /s/ Nathaniel S. Boyer<br>Jonathan R. Donnellan<br>Ravi V. Sitwala<br>Nathaniel S. Boyer<br>The Hearst Corporation<br>Office of General Counsel<br>300 West 57th Street, 40th Floor<br>New York, NY 10019<br>Tel: (212) 841-7000<br>Fax: (212) 554-7000<br>jdonnellan@hearst.com<br>rsitwala@hearst.com<br>nathaniel.boyer@hearst.com<br><br>*Counsel for Defendant*<br>*Hearst Communications, Inc.* |

To:

Richard Liebowitz
James H. Freeman
Liebowitz Law Firm, PLLC
*Counsel for Plaintiff*
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
rl@liebowitzlawfirm.com
jf@liebowitzlawfirm.com

*Counsel for Plaintiff*
BY ECF