# Liebowitz Law Firm, PLLC

Attorneys for the Photographic Arts

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

May 28, 2019

**VIA ECF**

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Rm 2260
New York, NY 10007

Re: *Otto v. Hearst Communications, Inc.* 1:17-cv-04712 (GHW)

Dear Judge Woods:

     We represent Plaintiff Jonathan Otto ("Plaintiff" or "Otto") in the above-captioned case and write in response to Defendant Hearst Communications, Inc.'s ("Hearst") letter, dated May 23, 2019 [Dkt. # 109] and the Court's endorsement thereof [Dkt. #110] respecting the live testimony of Defendant's expert witness Eric Rachlis.

     On May 13, 2019, Hearst submitted an affidavit of Mr. Rachlis to the Court. Section 5.D(ii) of the Court's Individual Rules of Practice provides that Mr. Rachlis' "affidavit should be treated as a direct substitute for the witnesses' live testimony" and that …[o]nly those witnesses who will be cross-examined need to appear at trial." Based on the understanding that Mr. Rachlis' direct testimony would be submitted to the Court via affidavit "as is," and that Plaintiff would have the opportunity to submit his objections on the day of trial, Plaintiff informed the Court on May 16 that it would not cross-examine Mr. Rachlis.

     On May 20, Otto filed his opposition brief to Heart's pre-trial memorandum of law in which he pointed out flaws in Mr. Rachlis' testimony. In response, Hearst now seeks to call Mr. Rachlis as a live witness at trial, ostensibly to rehabilitate his testimony through the modification of statements made in Mr. Rachlis' affidavit. As the Court has indicated that it will entertain such live testimony, Plaintiff respectfully requests leave of Court to cross-examine him the day of trial.

Respectfully Submitted,

/s/richardliebowitz/
Richard Liebowitz

*Counsel for Plaintiff*

