# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

July 11, 2019

**VIA ECF**

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Rm 2260
New York, NY 10007

Re: <u>Otto v. Hearst Communications, Inc.</u> 1:17-cv-04712 (GHW)

Dear Judge Woods:

    We represent Plaintiff Jonathan Otto ("Plaintiff") in the above-captioned case. We write to advise the Court that in response to Your Honor's denial of Defendant Hearst Communications, Inc. ("Defendant")'s motion in limine to exclude the testimony of Eve Burton, Defendant has proffered a substitute witness named Eva Saketkoo, an attorney in Hearst's Office of General Counsel.

    Plaintiff has indicated that he has no objection to the appearance of Ms. Saketkoo at trial in lieu of Ms. Burton. Accordingly, Plaintiff has issued subpoenas to Ms. Saketkoo and has withdrawn his subpoenas to Ms. Burton.

                                       Respectfully Submitted,

                                       **/jameshfreeman/**

                                       James H. Freeman

                                       *Counsel for Plaintiff Jonathan Otto*

