UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN OTTO, <br><br>                         Plaintiff, <br><br> - against - <br><br> HEARST COMMUNICATIONS, INC. <br><br>                         Defendant. | Docket No. 1:17-cv-04712 (GHW) <br><br> **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon this Notice of Motion; the memorandum of law in support thereof; the declaration of Richard Liebowitz and exhibits attached thereto, the declaration of James H. Freeman and exhibits attached thereto, and the pleadings and prior proceedings herein; Plaintiff Jonathan Otto will move the Court, before the Honorable Gregory H. Woods (U.S.D.J.) at the United States District Court, 500 Pearl Street, New York, New York 10007, Rm 12C at a time set by the Court for an Order GRANTING Plaintiff's application for attorneys' fees and costs, pursuant to 17 U.S.C. § 505, in the amount of $60,181.25 in fees and in $440.00 in costs and for such further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order [Dkt. # 129] Defendant's opposition papers, if any, must be served by August 20, 2019; and Plaintiff's reply must be served by August 23, 2019.

                                                                                          Respectfully Submitted,

                                                                                          LIEBOWITZ LAW FIRM, PLLC

**/jameshfreeman/**
James H. Freeman, Esq.
Richard Liebowitz
11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580

*Counsel for Plaintiff Jonathan Otto*

TO:

THE HEARST CORPORATION
OFFICE OF GENERAL COUNSEL

Jonathan R. Donnellan
Ravi V. Sitwala
Nathaniel Scott Boyer
300 West 57th Street, 40th Floor
New York, NY 10019
Tel: (212) 841-7000
Fax: (212) 554-7000
jdonnellan@hearst.com
rsitwala@hearst.com
nathaniel.boyer@hearst.com