# TIME ENTRIES:
## James H. Freeman

| Date | Description | Hrs. |
|---|---|---|
| 11/22/17 | • Review and execute stipulated protective order | 0.5 |
| | • Draft plaintiff's second set of requests for admissions | 1.5 |
| 11/28/17 | • Draft plaintiff's Rule 26(e) supplemental disclosures | 0.75 |
| 12/1/17 | • Review defendant's initial production of documents | 1.5 |
| 12/5/17 | • Compile and produce Otto's first production of documents | 2.5 |
| 12/7/17 | • Review defendant's second production of documents | 0.75 |
| | • Compile and produce Otto's first production of documents | 0.5 |
| 12/11/17 | • Prepare for and attend deposition of plaintiff | 4.25 |
| 12/12/17 | • Review defendant's letter re: expert disclosures | 0.25 |
| 12/20/17 | • Review and edit first stipulation of facts | 0.25 |
| 12/22/17 | • Draft plaintiff's responses to defendants' requests for admissions | 1.25 |
| | • Review defendant's responses to plaintiff's second set of requests for admissions | 0.5 |
| | • Review defendant's second production of documents | 0.5 |
| 1/29/18 | • Draft and review joint status letter to Court | 0.75 |
| | • Review defendant's letter motion re: proposed summary judgment | 0.25 |

*Otto v. Hearst Communications, Inc.*, 17-cv-04712 (GHW)

| Date | Description | Hrs. |
|---|---|---|
| 1/30/18 | • Draft plaintiff's letter motion re: proposed summary judgment | 1.5 |
| 2/5/18 | • Prepare for and attend status conference re: proposed summary judgment | 2.5 |
| 2/12/18 | • Draft second stipulation of facts | 1.5 |
| 2/19/18 | • Research plaintiff's summary judgment motion | 3.5 |
| 2/20/18 | • Continue drafting and researching plaintiff's summary judgment motion papers | 2.0 |
| 2/21/18 | • Continue drafting and researching plaintiff's summary judgment motion papers | 4.5 |
|  | • Review defendant's mark-up of second stipulation of facts | 0.25 |
| 2/22/18 | • Continue drafting and researching summary judgment motion papers | 2.5 |
|  | • Revise second stipulation of facts | 0.25 |
|  | • Revise first joint stipulation regarding dismissal of defenses | 0.25 |
| 2/23/18 | • Continue drafting and researching summary judgment motion papers | 5.5 |
| 2/26/18 | • Continue drafting and researching summary judgment motion papers | 8.5 |
| 4/9/18 | • Draft memorandum of law in opposition to defendant's motion to strike | 2.0 |
| 4/17/18 | • Review defendant's reply brief re: motion to strike | 0.5 |
| 4/19/18 | • Draft memorandum of law in opposition to defendant's motion for summary judgment | 4.5 |

| Date | Description | Hrs. |
|---|---|---|
| 4/20/18 | • Continue drafting memorandum of law in opposition to defendant's motion for summary judgment; draft response to Rule 56.1 statement | 5.0 |
| 4/23/18 | • Continue drafting memorandum of law in opposition to defendant's motion for summary judgment | 6.5 |
| 5/7/18 | • Review defendant's reply memorandum of law in support of summary judgment | 0.5 |
| 5/18/18 | • Draft, research and file motion for judicial notice re: certified deposit copy | 2.75 |
| 5/26/18 | • Review defendant's memorandum of law in opposition to plaintiff's motion for judicial notice | 0.25 |
| 5/30/18 | • Draft and file reply memorandum of law in further support of plaintiff's motion for judicial notice | 0.75 |
| 11/15/18 | • Draft letter to Court re: notice of supplemental authority | 0.5 |
| 12/28/18 | • Draft joint letter to Court re: proposed trial dates | 0.25 |
| 3/6/19 | • Teleconference w/ opposing counsel re: joint pre-trial order | 0.5 |
| 3/20/19 | • Review proposed stipulation and order re: non-jury trial | 0.25 |
| 3/30/19 | • Review exhibits to include in joint pre-trial order | 1.75 |
| 4/2/19 | • Draft plaintiff's draft of joint pre-trial order | 3.5 |
| 4/5/19 | • Prepare for and attend teleconference w/ Court re: trial rules | 1.25 |

*Otto v. Hearst Communications, Inc.*, 17-cv-04712 (GHW)

| Date | Description | Hrs. |
|---|---|---|
| 4/22/19 | • Review defendant's mark-up of joint pretrial order | 0.5 |
| 4/30/19 | • Revise joint pretrial order | 1.25 |
| 5/3/19 | • Research the background, location and address of Peter Wade | 1.0 |
| 5/9/19 | • Research plaintiff's proposed conclusions of law | 2.75 |
| 5/10/19 | • Draft plaintiff's proposed findings of fact and conclusions of law | 3.5 |
| 5/13/19 | • Edit, review and file proposed joint pre-trial order | 1.75 |
| 5/13/19 | • Continue drafting and researching plaintiff's proposed findings of fact and conclusions of law | 5.5 |
| 5/19/19 | • Draft and research plaintiff's opposition brief to defendant's pretrial memorandum of law | 2.5 |
| 5/20/19 | • Continue drafting and researching plaintiff's opposition brief to defendant's pretrial memorandum of law | 3.5 |
| 5/24/19 | • Review defendant's reply pretrial memorandum of law | 0.25 |
| 5/29/19 | • Review defendant's motion in limine | 0.5 |
| 5/31/19 | • Draft and research plaintiff's opposition brief to defendant's motion in limine; draft attorney declaration | 5.5 |
| 6/6/19 | • Review defendant's reply brief re: motion in limine | 0.25 |
| 7/1/19 | • Prepare for and attend pre-trial conference | 2.5 |
| 7/8/19 | • Draft trial subpoenas | 0.25 |
| 7/11/19 | • Draft letter to Court re: substitute witness | 0.25 |
| 7/12/19 | • Draft outline for closing statement | 1.25 |

| Date | Description | Hrs. |
|---|---|---|
| | • Draft witness outline for Michael Sebastian | 1.5 |
| | • Review Court's summary judgment order | 0.5 |
| | • Review defendant's proposed finding of fact, conclusions of law, and pretrial memoranda | 1.5 |
| | • Review plaintiff's proposed conclusions of law | 0.5 |
| 7/13/19 | • Continue drafting witness outline for Michael Sebastian | 4.5 |
| | • Draft witness outline for John G. Plumpe | 3.5 |
| | • Draft witness outline for Eric Rachlis; Meet w/ R. Liebowitz re: Rachlis | 2.5 |
| 7/14/19 | • Draft witness outlines for Brooke Siegel | 2.5 |
| | • Draft witness outline for Eve Saketkoo | 1.5 |
| | • Draft opening statement | 1.25 |
| 7/15/19 | • Attend Bench Trial | 4.0 |
| 7/19/19 | • Attend Teleconference w/ Court | 1.0 |
| 8/8/19 | • Draft and research application for attorneys' fees | 3.0 |
| 8/9/19 | • Continue drafting and researching application for attorneys' fees | 5.5 |
| | **TOTAL** | **145.75** |