UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN OTTO, <br><br> Plaintiff, <br><br> - against - <br><br> HEARST COMMUNICATIONS, INC. <br><br> Defendant. | Docket No. 1:17-cv-04712 (GHW) <br><br> **DECLARATION OF** <br> **RICHARD LIEBOWITZ** |

RICHARD LIEBOWITZ declares under the penalty of perjury as follows:

1. I am the founding member and managing partner at Liebowitz Law Firm, PLLC, a boutique law firm which specializes in copyright enforcement of photographs and videos. I served as counsel for Plaintiff Jonathan Otto ("Plaintiff" or "Otto") in this action.

2. I submit this declaration in support of Plaintiff's application for attorneys' fees and costs under 17 U.S.C. § 505 of the Copyright Act.

3. I graduated from the Maurice A. Deane School of Law at Hofstra University in 2015 and my firm has filed over 1500 copyright infringement lawsuits since January 2016. I have thereby developed an expertise in the field. My rate is $425/hr.

4. My hourly rate of $425/hr. in this action is commensurate with what other courts in this District have recently approved for me. *See, e.g., Lanzilote v. The Tempest Media, Inc.*, 19-cv-00477 (JGK) (S.D.N.Y. June 4, 2019) [Dkt. #19] (awarding attorneys' fees on default based on Liebowitz's hourly rate of $425/hr.).

5. I spent a total of 13 hours on this case, which consisted of pre-filing due diligence, filing of the complaint, initial discovery requests and responses, and trial assistance.

6. Attached as <u>Exhibit A</u> are true and correct copies of my contemporaneous time records, which have been reconstructed based on cross-references to the court's docket, internal files, and calendars.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: Valley Stream, New York
August 9, 2019

**/s/richardliebowitz/**

RICHARD LIEBOWITZ