*Otto v. Hearst Communications, Inc.*, 17-cv-04712 (GHW)

# TIME ENTRIES:
## Richard Liebowitz

| Date | Description | Hrs. |
|---|---|---|
| 6/21/17 | • Conduct pre-filing due diligence | 2.5 |
|  | • Draft and file complaint | 1.0 |
| 7/14/17 | • Review Defendant's answer to complaint | 0.25 |
| 8/17/17 | • Review joint letter to Court | 0.25 |
| 9/1/17 | • Draft plaintiff's first set of interrogatories; requests for production; initial disclosures, first set of requests for admissions; notice of depositions | 1.5 |
| 9/12/17 | • Draft letter to Court re: referral to magistrate | 0.25 |
| 10/18/17 | • Draft plaintiff's answers and objections to defendant's first set of requests for production of documents and first set of interrogatories | 2.25 |
| 2/26/18 | • Review drafts of plaintiff's summary judgment papers | 0.5 |
| 7/13/19 | • Meet w/ J. Freeman to review witness outline for Eric Rachlis | 0.5 |
| 7/15/19 | • Attend Bench Trial | 4.00 |
|  | **TOTAL** | **13.0** |