# Exhibit C

POLITICS   NEWS

# President Trump finds time to crash a wedding between massacres in Texas and Ohio



By BRIAN NIEMIETZ
NEW YORK DAILY NEWS   |   AUG 04, 2019





In this file photo, President Donald Trump smiles while speaking to members of the media on the South Lawn of the White House on May 24, 2019. (Andrew Harnik/AP)

President Trump found time between gun violence massacres to celebrate at his golf club over the weekend.

The commander-in-chief appeared to crash a wedding at Trump National Golf Club in Bedminster, N.J., hours after a mass shooting took the lives of 20 people in an El Paso, Texas, Walmart and shortly before a different gunman killed nine people outside a Dayton, Ohio, bar.

Advertisement

ADVERTISEMENT

Photos of Trump at the event posted on an Instagram feed for the DJ company Trio Productions drew condemnation from social media users who questioned the president's timing.

"Living it up while Rome burns," wrote an Instagram user under the handle Dudadius.

Others called Trump "shameful" and referred to wedding attendees as "deplorables" while wondering why the president wasn't flying to El Paso to console victims of that shooting.

[More Politics] Trump vows not to do THIS! to Greenland »

"While bodies from TWO mass shootings were being picked up from the ground. While victims were in ICUs, their families weeping. While we all held our loved ones and prayed they would never be taken from us while shopping for groceries. This motherf---er went partying," Twitter user Hayden Black wrote after seeing photos on CNN.

Another Twitter user mocked the president for earlier tweeting his requisite "thoughts and prayers" to massacre victims.


**Donald J. Trump** @realDonaldTrump · Aug 4, 2019
Today's shooting in El Paso, Texas, was not only tragic, it was an act of cowardice. I know that I stand with everyone in this Country to condemn today's hateful act. There are no reasons or excuses that will ever justify killing innocent people....


**Donald J. Trump**
@realDonaldTrump

....Melania and I send our heartfelt thoughts and prayers to the great people of Texas.

129K　12:19 AM - Aug 4, 2019

39.3K people are talking about this

"Ohhhh, so THAT's how you do 'thoughts & prayers' "! wrote a user under the handle Serenity Now!

MOST READ

Rep. Pete King is the first Republican to sign on to the assault weapons ban

DMV letting New York State residents vote on new license plate design

New Jersey woman burns down house of man who called her for sex at 4 a.m., then fell asleep

Other users expressed condolences for the bride in the photo.

"Imagine 40 years from now, explaining to your grandchildren how you posed for a wedding picture next to this monster," wrote a user called People Are Saying.

"Your marriage is officially doomed now," wrote Titans Fan. "Good luck."

[More Politics] Reps. Ilhan Omar, Rashida Tlaib call for end to U.S. aid to Israel, question country's label as 'ally' after Trump-influenced travel ban »

One Instagram user bluntly commented, "I hope your honeymoon is s--t."

RELATED GALLERY







(Sandy Huffaker / Getty Images)

1 / 75

Multiple people killed at an El Paso shopping mall, one person in custody

Saturday's visit to Bedminster marked the 214th time Trump has visited one of his golf courses since becoming president, according to Golf News Net.

The president, who has been married three times, has a habit of showing up at weddings at his New Jersey golf course. He crashed a MAGA-themed nuptial July 20, but his timing wasn't questioned.