# Exhibit D

# TRUMP, INC.
Exploring the Business of Trump

He's the president, yet we're still trying to answer basic questions about how his business works: what deals are happening, whom they're happening with, and if the president and his family are keeping their promise to separate the Trump Organization from the Trump White House.

"Trump, Inc." is a joint reporting project from WNYC Studios and ProPublica that digs deep into those questions. We'll be laying out what we know, what we don't and how you can help us fill in the gaps.

Find *"Trump, Inc."* wherever you get your podcasts.

---

### Here's How a Foreign Official Ended Up Writing Part of Trump's Campaign Speech

We have the texts and emails.

Lucas Waldron and Isaac Arnsdorf, July 30, 10:33 a.m. EDT



---

### Trump Adviser Tom Barrack Pushed for Saudi Nuclear Deal — and Planned to Profit From It

Documents released by a congressional committee reveal Barrack's plan to team up with Arab princes to buy a U.S. nuclear company. Federal prosecutors are investigating foreign influence.

by Isaac Arnsdorf, July 29, 8:24 p.m. EDT



---

### The Questions Mueller Didn't Ask

The "Trump, Inc." team listened to all of special counsel Robert Mueller's testimony. We talk about what wasn't said.

by Eric Umansky, July 25, 4 a.m. EDT



---

### Want to Meet With the Trump Administration? Donald Trump Jr.'s Hunting Buddy Can Help

Tommy Hicks Jr. isn't in government, but he's a longtime pal of the president's son. That has put him in the room when the administration talks China and 5G policy, and it lets him help others — including one friend who had $143 million riding on the outcome.

by Jake Pearson, July 22, 4 a.m. EDT



---

### One Trump Tax Cut Was Meant to Help the Poor. A Billionaire Ended Up Winning Big.

Opportunity zones are meant to spur new investment in poor areas. But Under Armour's Kevin Plank is getting a tax break for investments that are not new and not in a poor tract. And Plank's area was picked over neighborhoods that are actually poor.

by Jeff Ernsthausen and Justin Elliott, June 19, 4 a.m. EDT



---

### How Payday Lenders Spent $1 Million at a Trump Resort — and Cashed In

At the Trump Doral outside Miami, payday lenders celebrated the potential death of a rule intended to protect their customers. They couldn't have done it without President Donald Trump and his latest deregulator, Kathleen Kraninger.

by Anjali Tsui, ProPublica, and Alice Wilder, WNYC, June 5, 4 a.m. EDT



---

### "Trump, Inc." and Former FBI Deputy Chief Andrew McCabe Compare Notes

McCabe talks about going after Russian organized crime in Brighton Beach as a young agent — and how some of those characters showed up in the Mueller report.

Heather Vogell, ProPublica, and Andrea Bernstein, WNYC, May 29, 4 a.m. EDT



---

### Why Did Deutsche Bank Keep Lending to Donald Trump? — "Trump, Inc." Podcast

The bank kept writing checks even after Trump defaulted on loans worth hundreds of millions and sued it. Now Congressional investigators are going to court to uncover the financial records behind their relationship.

by Heather Vogell, ProPublica, and Andrea Bernstein, WNYC, May 22, 7:30 p.m. EDT





### What We've Learned From Trump's Tax Transcripts — "Trump, Inc." Podcast

A look at Trump's tax data from his early years gives us a road map of what his current forms might tell us.

by Andrea Bernstein, May 10, 4 a.m. EDT



### How Taxpayers Covered a $1,000 Liquor Bill for Trump Staffers (and More) at Trump's Club

A top-shelf, closed-door drinking session. $546-a-night hotel rooms. A special government credit card for Mar-a-Lago. Taxpayers foot the costs — and the president profits.

by Derek Kravitz for ProPublica, May 1, 4 a.m. EDT



### Tell Us What You Know About the Consumer Financial Protection Bureau. We're Investigating.

Did you file a complaint with the CFPB? Perhaps you used to work there? ProPublica and WNYC need to hear from you.

by Anjali Tsui, ProPublica and Alice Wilder, WNYC, May 1, 4 a.m. EDT



### Mueller Went Looking for a Conspiracy, What He Found Was Conflict and a Cover-Up — "Trump, Inc." Podcast

Trump's business deal was bigger, lasted longer and fueled more secrecy than we knew before.

by Katie Zavadski and Heather Vogell, April 19, 7:54 p.m. EDT



Trump, Inc. | ProPublica

### "Trump, Inc." Goes Beyond Collusion
by Andrea Bernstein, WNYC, March 25, 7:30 p.m. EDT



### Romanian Prime Minister Is Staying at Trump's D.C. Hotel
The stay is the latest example of Trump's company doing business with foreign officials. Two attorneys general have sued Trump over the issue, accusing him of violating the Constitution.

by Ilya Marritz, WNYC, Justin Elliott, ProPublica, and Zach Everson, March 25, 3:15 p.m. EDT



### Meet Trump's Other Partners on His Attempted Moscow Tower — "Trump, Inc." Podcast
In this week's episode, we explore some of Donald Trump's partners — including a developer with no site and no funding — and find one reason Trump might've needed to enlist help from the very top of Russia's government.

by Eric Umansky and Heather Vogell, March 21, 4 a.m. EDT



### Six Tips for Preparing for the Mueller Report, Which Just Landed
Here's what to keep in mind while waiting for special counsel Robert Mueller's report.

by Eric Umansky, March 5, 4 a.m. EST



### Our Reporting on Michael Cohen: A Reading Guide
This week's testimony by President Donald Trump's former personal attorney and fixer held millions rapt with allegations of fraud, coded orders to lie and hundreds of threats. Many of those assertions had been explored before, as these articles show.

by Nick Varchaver, March 1, 1:16 p.m. EST





### What We've Learned From Michael Cohen — "Trump, Inc." Podcast Extra

"Trump, Inc." hosts Andrea Bernstein and Ilya Marritz talk about the congressional testimony by the president's former lawyer.

by Charlie Herman, WNYC, Feb. 28, 8:45 a.m. EST



### How a Nigerian Presidential Candidate Hired a Trump Lobbyist and Ended Up in Trump's Lobby — "Trump, Inc." Podcast

We spent a night at President Donald Trump's hotel in Washington, D.C. — and we met some interesting people.

by Katherine Sullivan, Feb. 27, 4 a.m. EST



### Who Was Behind the Plan to Give Saudi Arabia Nuclear Power, and What Was Their Agenda? — "Trump, Inc." Extra

We talk with the ProPublica reporter who helped uncover the Trump administration's plan to bring nuclear technology to the Saudis.

by Charles Herman, WNYC, Feb. 22, 4 a.m. EST



1    2    3    →    Last →

**FOLLOW PROPUBLICA**

Twitter

Facebook

YouTube

RSS

**STAY INFORMED**

Get our investigations delivered to your inbox with the Big Story newsletter.

 Enter your email

Sign Up

This site is protected by reCAPTCHA and the Google [Privacy Policy](#) and [Terms of Service](#) apply.

**MOST POPULAR STORIES**

| **Most Read** | Most Emailed |

**1**  Inside The Prison Where Inmates Set Each Other On Fire and Gangs Have More Power Than Guards

**2**  "No Comment": Emails Show the VA Took No Action to Spare Veterans From a Harsh Trump Immigration Policy

**3**  The Car Seat Industry Helped Delay a Child Safety Regulation — Again

**4**  "Dirtbag," "Savages," "Subhuman": A Border Agent's Hateful Career and the Crime That Finally Ended It

**5**  The Case That Made an Ex-ICE Attorney Realize the Government Was Relying on False "Evidence" Against Migrants