USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/23/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JONATHAN OTTO,

                     Plaintiff,

          -against-

HEARST COMMUNICATIONS, INC.,

                     Defendant.
-----------------------------------------------------------------X

1:17-cv-04712-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On December 10, 2018, the Court granted Plaintiff's motion for summary judgment on the issue of Defendant's liability. Dkt. No. 85. A bench trial on damages was held on July 15, 2019. The Court held a teleconference on July 19, 2019, during which it orally delivered its findings of fact and conclusions of law. Dkt. No. 130. For the reasons stated on the record during that conference, the Court will enter judgment for Plaintiff in the amount of $750.00. On January 23, 2020, the Court denied Plaintiff's motion for attorney's fees.

Accordingly, the Clerk of Court is directed to enter judgment in favor of Plaintiff in the amount of $750.00. The Clerk of Court is further directed to terminate all pending motions and deadlines and to close the case.

        SO ORDERED.

Dated: January 23, 2020
New York, New York

                                                     GREGORY H. WOODS
                                                    United States District Judge