**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JONATHAN OTTO,

                Plaintiff,

-against-

HEARST COMMUNICATIONS, INC.,
                Defendant.
------------------------------------------------------------X

17 CIVIL 4712 (GHW)

**JUDGMENT**

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 23, 2020, judgment is entered for Plaintiff in the amount of $750.00; accordingly, the case is closed.

**Dated:** New York, New York
          January 23, 2020

                                        **RUBY J. KRAJICK**
                                          **Clerk of Court**
                     BY:
                                          **Deputy Clerk**