UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN OTTO, <br><br> Plaintiff, <br><br> - against - <br><br> HEARST COMMUNICATIONS, INC. <br><br> Defendant. | Docket No. 17-cv-4712 (GHW) <br><br> ECF CASE |

**NOTICE OF MOTION OF PLAINTIFF'S MOTION FOR RECONSIDERATION OR REARGUMENT PURSUANT TO LOCAL RULE 6.3 AND RULE 60(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

**PLEASE TAKE NOTICE** that, upon this Notice of Motion; the memorandum of law in support thereof; and the pleadings and prior proceedings herein; Plaintiff Jonathan Otto will move the Court, before the Honorable Gregory H. Woods (U.S.D.J.) at the United States District Court, 500 Pearl Street, New York, New York 10007, at a time set by the Court for an Order to reconsider and/or reargue the Court's Order to deny Plaintiff his attorneys' fees as a prevailing party under 17 U.S.C. § 505, dated January 23, 2020 [ECF Docket # 140] pursuant to Local Rule 6.3 and Rule 60(b)(1) of the Federal Rules of Civil Procedure, and for such further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 6.1(a) and 6.3, Defendant's opposition papers, if any, must be served by February 20, 2020; and Plaintiff's reply must be served by February 27, 2020.

1

Respectfully Submitted,

LIEBOWITZ LAW FIRM, PLLC

**/richardliebowitz/**
Richard Liebowitz, Esq.

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580

*Counsel for Plaintiff Jonathan Otto*